UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PROCAPS S.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:12-cv-24356-DLG ) |
| PATHEON INC., et al. | ) ) |
| Defendants. | ) ) |

**Sealed**
FILED by _CML_ D.C.
OCT 16 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

Sealed

## DEFENDANT'S UNOPPOSED MOTION TO FILE UNDER SEAL

Defendant Patheon Inc. ("Patheon"), by counsel, hereby moves the Court for leave to file under seal the Declaration of Michael J. Klisch in Support of Defendant Patheon Inc.'s Request for Attorneys' Fees, and the exhibits thereto, submitted herewith, on the grounds set forth in the accompanying Memorandum of Law.

Counsel for Patheon has conferred with all parties in a good faith effort to resolve the issues raised in this Motion and plaintiff Procaps, S.A. does not object to this Motion.

Dated: October 16, 2013

Respectfully submitted,

For Robert M. Brochin (Fla. Bar No. 319661)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131-2339
Telephone: (305) 415-3456
Facsimile: (305) 415-3001
Email: rbrochin@morganlewis.com

M. Howard Morse (DC Bar No. 384793)
(admitted pro hac vice)
Marc G. Schildkraut (DC Bar No. 964940)
(admitted pro hac vice)
Michael J. Klisch (DC Bar No. 429711)
(admitted pro hac vice)
COOLEY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: hmorse@cooley.com
Email: mschildkraut@cooley.com
Email: mklisch@cooley.com

Mazda Antia (CA Bar No. 214963)
(admitted pro hac vice)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: mantia@cooley.com

*Counsel for Patheon Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October 2013, a true and correct copy of the foregoing was served by electronic mail and U.S. mail on all counsel or parties of record on the service list below:

> Alan Rosenthal
> Natalie Carlos
> CARLTON FIELDS, P.A.
> Miami Tower
> 100 S.E. Second Street, Suite 4200
> Miami, FL 33131-2114
> Email: arosenthal@carltonfields.com
> Email: ncarlos@carltonfields.com
>
> Chris S. Coutroulis
> Donald R. Schmidt
> CARLTON FIELDS, P.A.
> P.O. Box 3239
> Tampa, FL 33601-3239
> Email: ccoutroulis@carltonfields.com
> Email: dschmidt@carltonfields.com
>
> *Counsel for Plaintiff*

/s/ Robert M. Brochin (Fla. Bar No. 319661)

204674 /DC

MORGAN, LEWIS & BOCKIUS LLP
200 S. BISCAYNE BOULEVARD, SUITE 5300, MIAMI, FLORIDA 33131-2339 • TELEPHONE (305) 415-3000