UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PROCAPS S.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:12-cv-24356-DLG ) |
| PATHEON INC., et al., | ) ) |
| Defendants. | ) ) ) |

**NOTICE**

Pursuant to the Court's November 1, 2013 order [ECF No. 185], defendant Patheon Inc. notifies the Court that it wishes to pursue its attorneys' fees request in connection with the Court's October 8, 2013 discovery order. [ECF No. 146].

Dated:  November 4, 2013                    Respectfully submitted,

/s/ Robert M. Brochin
Robert M. Brochin (Fla. Bar No. 319661)
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131-2339
Telephone: (305) 415-3456
Facsimile: (305) 415-3001
Email: rbrochin@morganlewis.com

M. Howard Morse (DC Bar No. 384793)
(admitted pro hac vice)
Marc G. Schildkraut (DC Bar No. 964940)
(admitted pro hac vice)
Michael J. Klisch (DC Bar No. 429711)
(admitted pro hac vice)
COOLEY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: hmorse@cooley.com
Email: mschildkraut@cooley.com
Email: mklisch@cooley.com

Mazda Antia (CA Bar No. 214963)
(admitted pro hac vice)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: mantia@cooley.com

*Counsel for Patheon Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2013, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

> Alan Rosenthal
> Natalie Carlos
> CARLTON FIELDS, P.A.
> Miami Tower
> 100 S.E. Second Street, Suite 4200
> Miami, FL  33131-2114
> Email: arosenthal@carltonfields.com
> Email: ncarlos@carltonfields.com
>
> Chris S. Coutroulis
> Donald R. Schmidt
> CARLTON FIELDS, P.A.
> P.O. Box 3239
> Tampa, FL  33601-3239
> Email: ccoutroulis@carltonfields.com
> Email: dschmidt@carltonfields.com

*/s/ Robert M. Brochin*
Robert M. Brochin (Fla. Bar No. 319661)