UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PROCAPS S.A.,  )
　　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　)　　Case No. 1:12-cv-24356-JG
　　　　　　　　　　　　　　　　　)
PATHEON INC.,　　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　Defendant.　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)

**DEFENDANT'S MOTION TO RECONVENE THE DEPOSITION
OF PROCAPS' DAMAGES EXPERT AND TO COMPEL PROCAPS
TO PROVIDE TIMELY RULE 30(b)(6) TESTIMONY**

Defendant Patheon Inc. ("Patheon"), by counsel, and pursuant to Federal Rules of Civil Procedure 26, 30 and 37, respectfully requests that the Court order Plaintiff Procaps S.A. to: (1) reconvene the deposition of its damages expert, W. James Lloyd, at the Washington D.C. office of Cooley, LLP no later than February 20, 2014; (2) produce its Rule 30(b)(6) designees for deposition on January 30-31 or February 4-5, 2014; (3) produce all versions of the "Opportunities Details" spreadsheet; and (4) award Patheon its costs and fees for this Motion. The grounds for this Motion are set forth in the accompanying Memorandum of Law.

Counsel for Patheon has conferred with all parties in a good faith effort to resolve the issues raised in this Motion and has been unable to do so.

Dated:  January 22, 2014	Respectfully submitted,

*/s/ Robert M. Brochin*
Robert M. Brochin (Fla. Bar No. 319661)
MORGAN, LEWIS & BOCKIUS LLP
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131-2339
Telephone: (305) 415-3456
Facsimile: (305) 415-3001
Email: rbrochin@morganlewis.com

M. Howard Morse (DC Bar No. 384793)
(admitted pro hac vice)
Marc G. Schildkraut (DC Bar No. 964940)
(admitted pro hac vice)
Michael J. Klisch (DC Bar No. 429711)
(admitted pro hac vice)
COOLEY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: hmorse@cooley.com
Email: mschildkraut@cooley.com
Email: mklisch@cooley.com

Mazda Antia (CA Bar No. 214963)
(admitted pro hac vice)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: mantia@cooley.com

*Counsel for Patheon Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2014, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

> Alan Rosenthal
> Natalie Carlos
> CARLTON FIELDS, P.A.
> Miami Tower
> 100 S.E. Second Street, Suite 4200
> Miami, FL  33131-2114
> Email: arosenthal@carltonfields.com
> Email: ncarlos@carltonfields.com
>
> Chris S. Coutroulis
> Donald R. Schmidt
> CARLTON FIELDS, P.A.
> P.O. Box 3239
> Tampa, FL  33601-3239
> Email: ccoutroulis@carltonfields.com
> Email: dschmidt@carltonfields.com

        */s/ Robert M. Brochin*
        Robert M. Brochin (Fla. Bar No. 319661)

211687 /DC