UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-24356-CIV-GOODMAN

[CONSENT CASE]

PROCAPS S.A.,

    Plaintiff,

v.

PATHEON INC.,

    Defendant.

_____/

### PRELIMINARY ORDER ON DEFENDANT'S MOTION
### FOR A FORENSIC ANALYSIS OF PLAINTIFF'S ELECTRONIC MEDIA

This Cause is before the Court on Patheon Inc.'s ("Patheon") Motion for a Forensic Analysis of Procaps S.A.'s ("Procaps") Electronic Media. [ECF Nos. 301; 302]. The Court has considered Patheon's motion, Procaps' response in opposition, and Patheon's reply, and held a multi-hour hearing on the motion. [ECF Nos. 313; 318; 324]. The Court will issue a comprehensive order on Patheon's motion in due course. As a preliminary matter, however, it is ORDERED and ADJUDGED as follows:

    1.    Procaps **immediately** shall implement and maintain a litigation hold over all documents (including electronically stored information) that may contain information relevant to this case in accordance with the requirements set forth in *Point Blank Solutions, Inc. v. Toyobo America, Inc.*, No. 09-61166-CIV, 2011 WL 1456029, at *10-12 (S.D. Fla. Apr. 5, 2011).

2

2. By Friday, February 28, 2014, Patheon shall file an affidavit detailing its fees request relating to this motion and attaching all supporting documentation. Patheon shall use the hourly attorney rates set out in the Court's prior Order [ECF No. 223].

**DONE AND ORDERED** in Chambers, in Miami, Florida, February 26, 2014.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
All Counsel of Record