UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PROCAPS S.A.,                          CASE NO: 1:12-cv-24356-JG

         Plaintiff,
v.

PATHEON INC.,

         Defendant.
_____/

## INFORMAL STATUS REPORT #1

In the Court's Order Appointing Neutral Special Master for ESI Issues (DE 558), the Special Master was instructed to file succinct informal status reports. This is my first such report.

1. The Special Master issued a Report and Recommendation (DE 562) which was accepted by Procaps and Patheon (DE564 and 566). The work described in that Report is now being undertaken by Setec.

2. Once Setec submits its report, the parties and the Special Master will reconvene to address next steps within the context of the matters referred to the Special Master.

3. Patheon's response to Procaps Motion to Compel Forensic Analysis is due August 14, 2014. Procaps' reply is due August 21, 2014.

                                              /s/ John M. Barkett_____
                                              John M. Barkett, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of August 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                              /s/ John M. Barkett___

732860 v1