UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PROCAPS S.A.,            CASE NO: 1:12-cv-24356-JG

    Plaintiff,

v.

PATHEON INC.,

    Defendant.

_____/

## INFORMAL STATUS REPORT #5

In the Court's Order Appointing Neutral Special Master for ESI Issues (DE 558), the Special Master was instructed to file succinct informal status reports. Here is report #5:

1. The parties are still awaiting Setec's report on results of the application of search terms.

2. My Report and Recommendation to the Court on the motion for forensic analysis is nearly complete. It will be filed early next week.

/s/ John M. Barkett_____
John M. Barkett, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of November 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/ John M. Barkett___

747337 v1