UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PROCAPS S.A.,    CASE NO: 1:12-cv-24356-JG

    Plaintiff,

v.

PATHEON INC.,

    Defendant.

_____/

**INFORMAL STATUS REPORT #9**

In the Court's Order Appointing Neutral Special Master for ESI Issues (DE 558), the Special Master was instructed to file succinct informal status reports. Here is report #9:

1. The parties have resolved all search term related issues. As a result of this resolution, certain additional documents will be reviewed by Patheon.

2. Procaps has reviewed all documents it has received from Setec and is scheduled to receive the documents referred to in paragraph 1 this week. It is my understanding that those documents will be reviewed promptly thereafter.

3. Procaps has produced approximately 60,000 documents to Patheon thus far. It is producing documents on a rolling basis. Procaps is aware of the firmness of the Court's schedules and has advised me that it expects to meet the production deadlines set forth in the Court's scheduling order.

4. I was copied on an email exchange this week relating to Patheon's plans to request leave to take a Rule 30(b)(6) deposition of Setec and to propound written discovery relating to deleted documents that could not be recovered by Setec. I held a short call with the parties today to evaluate whether I was being copied on the emails because these issues fall within the referral to me. It does not appear to me that the requests to

755929 v1

take additional discovery fall within the referral to me even though they involve Setec or documents in a "deleted items" folder, but I told the parties I would be filing this report today in case the Court has a different view.

/s/ John M. Barkett_____
John M. Barkett, Esq.

### CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

/s/ John M. Barkett\_\_\_

755929 v1