UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PROCAPS S.A.,                                                            CASE NO: 1:12-cv-24356-JG

       Plaintiff,

v.

PATHEON INC.,

       Defendant.
_____/

## INFORMAL STATUS REPORT #10

In the Court's Order Appointing Neutral Special Master for ESI Issues (DE 558), the Special Master was instructed to file succinct informal status reports. Here is report #10:

1. The document review by Procaps has been completed and documents have been produced to Patheon. The parties have not to date raised any other document issues for the Special Master to help them resolve in connection with this production.

2. The deposition of Setec's representative was completed yesterday, June 10.

                              /s/ John M. Barkett_____
                              John M. Barkett, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of June 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                              /s/ John M. Barkett___

758681 v1