FILED by _____ D.C.

JUN 12 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PROCAPS S.A., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:12-cv-24356-JG |
| PATHEON INC., | ) ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION TO FILE UNDER SEAL

Defendant Patheon Inc. ("Patheon"), by counsel, and pursuant to Local Rule 5.4 and the Protective Order (Dkt. No. 86), hereby moves the Court for leave to file under seal *Exhibits 5-8 & Exhibit* 10 (collectively, the "Exhibits") to its June 12, 2015 Motion to Compel Production of Documents on Plaintiff's Personal Information Log and to Expedite Briefing and Ruling ("Motion"), submitted herewith, on the grounds set forth below.

1. Procaps designated the Exhibits as "Highly Confidential" under the Protective Order, and attempted to claw them back.

2. The Protective Order allows the parties to designate documents as "Confidential" or "Highly Confidential." [Dkt. No. 86, ¶ 3]. Documents designated as such are considered to be "Protected Material," and the Protective Order requires that "[a] Party seeking to file documents containing Protected Material shall comply with the requirements of Southern District of Florida Local Rule 5.4(b), 'Procedure for Filings Under Seal.'" [*Id.*, ¶¶ 2(j), 5(a)].

3. Procaps designated the Exhibits as "Highly Confidential," so they are considered "Protected Material" under the Protective Order, and Patheon is required to request that they be filed under seal.

4. For these reasons, Patheon respectfully requests that the Court grant this motion, and permit the attached Exhibits to be filed under seal, and that such filing be maintained under seal for a period of two (2) years, after which it should be destroyed.

Dated: June 12, 2015

Respectfully submitted,

*Robert M Brochin w/permission*

Robert M. Brochin (Fla. Bar No. 319661)
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131-2339
Telephone: (305) 415-3456
Facsimile: (305) 415-3001
Email: rbrochin@morganlewis.com

M. Howard Morse (DC Bar No. 384793)
(admitted pro hac vice)
Marc G. Schildkraut (DC Bar No. 964940)
(admitted pro hac vice)
Michael J. Klisch (DC Bar No. 429711)
(admitted pro hac vice)
COOLEY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: hmorse@cooley.com
Email: mschildkraut@cooley.com
Email: mklisch@cooley.com

Mazda Antia (CA Bar No. 214963)
(admitted pro hac vice)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: mantia@cooley.com

Robert T. Cahill (VA Bar No. 38562)
(admitted pro hac vice)
COOLEY LLP
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Patheon Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, a true and correct copy of the forgoing was served by electronic mail on all counsel or parties of record on the service list below:

Alan Rosenthal
Natalie Carlos
Avi R. Kaufman
Charles W. Throckmorton, V
CARLTON FIELDS
JORDEN BURT, P.A.
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, FL 33131-2114
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Email: arosenthal@cfjblaw.com
Email: ncarlos@cfjblaw.com
Email: akaufman@cfjblaw.com
Email: cthrockmorton@cfjblaw.com

Chris S. Coutroulis
D. Matthew Allen
Joanna Garcia
Mac Richard McCoy
Donald R. Schmidt
CARLTON FIELDS
JORDEN BURT, P.A.
4221 West Boy Scout Blvd.,
Suite 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
Email: ccoutroulis@cfjblaw.com
Email: mallen@cfjblaw.com
Email: jgarcia@cfjblaw.com
Email: mmccoy@cfjblaw.com
Email: dschmidt@cfjblaw.com

Karen L. Hagberg
Michael B. Miller
MORRISON & FOERSTER
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: khagberg@mofo.com
Email: mbmiller@mofo.com

*Counsel for Procaps S.A.*

Robert M. Brochin (Fla. Bar No. 319661)

117875460