UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| PROCAPS S.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-24356-JG |
| ) | |
| PATHEON INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S NOTICE OF FILING
SETEC DEPOSITION TRANSCRIPT AND EXHIBITS**

On April 24, 2015, the Court ordered Patheon to file the Setec deposition transcript. [Dkt. No. 689, ¶ 10]. The deposition was on June 10, and Patheon was required to file the transcript by June 15. [Dkt. No. 697]. The deposition transcript is attached hereto as *Exhibit 21*, and deposition exhibits 1-20 are attached hereto as *Exhibits 1-20*.

Procaps objected to Patheon publicly filing *Exhibit 6* without redactions, and *Exhibit 17*, so they will be filed under seal. Patheon has added the final page to *Exhibit 18*, which the court reporter inadvertently did not scan, because Procaps objected to Patheon filing the incomplete exhibit. *See Exhibit 22*.

Dated: June 15, 2015

Respectfully submitted,

/s/ Robert M. Brochin
Robert M. Brochin (Fla. Bar No. 319661)
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131-2339
Telephone: (305) 415-3456
Facsimile: (305) 415-3001
Email: rbrochin@morganlewis.com

M. Howard Morse (DC Bar No. 384793)
(admitted pro hac vice)
Marc G. Schildkraut (DC Bar No. 964940)
(admitted pro hac vice)
Michael J. Klisch (DC Bar No. 429711)
(admitted pro hac vice)
COOLEY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899
Email: hmorse@cooley.com
Email: mschildkraut@cooley.com
Email: mklisch@cooley.com

Mazda Antia (CA Bar No. 214963)
(admitted pro hac vice)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420
Email: mantia@cooley.com

Robert T. Cahill (VA Bar No. 38562)
(admitted pro hac vice)
COOLEY LLP
11951 Freedom Drive
Reston, VA 20190-5656
Telephone: (703) 456-8000
Facsimile: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Patheon Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2015, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Alan Rosenthal
Natalie Carlos
Avi R. Kaufman
Charles W. Throckmorton, V
CARLTON FIELDS
JORDEN BURT, P.A.
Miami Tower
100 S.E. Second Street, Suite 4200
Miami, FL 33131-2114
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
Email: arosenthal@cfjblaw.com
Email: ncarlos@cfjblaw.com
Email: akaufman@cfjblaw.com
Email: cthrockmorton@cfjblaw.com

Chris S. Coutroulis
D. Matthew Allen
Joanna Garcia
Mac Richard McCoy
Donald R. Schmidt
CARLTON FIELDS
JORDEN BURT, P.A.
4221 West Boy Scout Blvd.,
Suite 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
Email: ccoutroulis@cfjblaw.com
Email: mallen@cfjblaw.com
Email: jgarcia@cfjblaw.com
Email: mmccoy@cfjblaw.com
Email: dschmidt@cfjblaw.com

Karen L. Hagberg
Michael B. Miller
MORRISON & FOERSTER
250 West 55th Street
New York, NY 10019
Telephone: (212) 468-8000
Facsimile: (212) 468-7900
Email: khagberg@mofo.com
Email: mbmiller@mofo.com

*Counsel for Procaps S.A.*

/s/ Robert M. Brochin
Robert M. Brochin (Fla. Bar No. 319661)

117981497