# Exhibit   2

## McCoy, Mac R.

**From:**        Todd Stefan [tstefan@setecinvestigations.com]
**Sent:**        Tuesday, April 01, 2014 12:35 AM
**To:**          McCoy, Mac R.
**Cc:**          Mike Kunkel
**Subject:**     Interview of Director of IT - Procaps v. Patheon
**Attachments:** Memorandum, Interview of Pocaps' Director of IT, 3-31-14.pdf

Hi Mac,

In following up on our interview of Procap's Director of IT, we have assembled the attached summary. As I was unsure of how to provide it to Patheon's counsel, I hope you can distribute it or let me know how I should distribute it should you feel the attached summary satisfies the Order.

I hope you enjoyed your evening and I will talk to you soon.

Todd Stefan

---

Setec Investigations
The Power of Electronic Evidence
A Licensed Investigative Agency

tstefan@SetecInvestigations.com
www.SetecInvestigations.com
(323) 939-5598 x112

1

P D Exhibit
Witness: Kunkel
Date: 6 / 10 /2015
Beverly James, RPR,CRR



# Memorandum

**TO:** Counsel for Procaps and Counsel for Patheon

**FROM:** Mike Kunkel

**SUBJECT:** Interview of Pocaps' Director of IT - Procaps v. Patheon

**DATE:** March 31, 2014

**CC:** N/A

---

On March 28, 2014, Setec Investigations interviewed Procaps' Director of IT, Roberto Cardenas. Mr. Cardenas provided the following information:

The Procaps IT infrastructure in Columbia consists of a wired and wireless network of approximately 850 computer workstations and 30 servers. The workstations are distributed between Bogota, Columbia, and Barranquilla, Columbia, while the servers are located in Barranquilla. The computers used by the custodians listed in the Amended Order dated March 25, 2014, are located in Barranquilla.

The Procaps issued workstations and servers are not encrypted and run a Microsoft Windows operating system. The servers include an email server running Microsoft Exchange 2010, a file server, and other application servers, such as domain controllers.

The servers are not backed up or archived in any way, and there is no retention policy for any data. The email server contains mailboxes with a maximum size limit of 1 GB, and email is saved to individual employee workstations as Microsoft Outlook .PST email archive files.

Individual employee workstations are not backed up by Procaps IT staff. Individuals are allowed to use removable storage devices, and they are not tracked by Procaps IT staff. Employees are allowed to use personal cell phones at work and receive email on their cell phones, however, personal cell phones not configured or tracked by Procaps IT staff.

*Corporate Headquarters*
8391 Beverly Blvd. #167, Los Angeles, CA 90048
Tel 323.939.5598    Toll-Free 800.748.5440    Fax 323.939.5481
www.Setecinvestigations.com