# Exhibit 3

## Lappin, Suzanne

| | |
|---|---|
| From: | Todd Stefan <tstefan@setecinvestigations.com> |
| Sent: | Wednesday, April 02, 2014 3:38 PM |
| To: | Rosenthal, Alan; Carlos, Natalie J.; McCoy, Mac R.; Coutroulis, Chris S.; Allen, D. Matthew; Garcia, Joanna; Kaufman, Avi R.; Throckmorton, Charles W.; Siegel, Joshua; Cahill, Robert; Klisch, Mike; Schildkraut, Marc; Antia, Mazda; Bansal, Dee; Kelley, Mary Kathryn; Lobel, Douglas P.; Morse, Howard; msnyder@cooley.com; Vogel, David; Burns, David; rbrochin@morganlewis.com |
| Subject: | Summary of Interview with Director of IT - Procaps v. Patheon |
| Attachments: | Memorandum, Interview of Pocaps' Director of IT, 4-1-14.pdf |

In accordance with the Order in support of the Procaps v. Patheon matter, attached please find the summary of Setec Investigations'
interview of Procap's Director of IT, Roberto Cardenas.

Take care.

Todd Stefan

---

Setec Investigations
The Power of Electronic Evidence
A Licensed Investigative Agency

tstefan@SetecInvestigations.com
www.SetecInvestigations.com
(323) 939-5598 x112

1

P D Exhibit 3
Witness: Kunkel
Date: 6/10/2015
Beverly James, RPR,CRR



# Memorandum

| | |
|---|---|
| **TO:** | Counsel for Procaps and Counsel for Patheon |
| **FROM:** | Mike Kunkel |
| **SUBJECT:** | Interview of Pocaps' Director of IT - Procaps v. Patheon |
| **DATE:** | April 1, 2014 |
| **CC:** | N/A |

On March 28, 2014, Setec Investigations interviewed Procaps' Director of IT, Roberto Cardenas. A subsequent interview was then performed on April 1, 2014. During the course of the interviews, Mr. Cardenas provided the following information:

The Procaps IT infrastructure in Colombia consists of a wired and wireless network of approximately 850 computer workstations and 30 servers. The workstations are distributed between Bogota, Colombia, and Barranquilla, Colombia, while the servers are located in Barranquilla. The computers used by most of the custodians listed in the Amended Order dated March 25, 2014, are located in Barranquilla.

The Procaps issued workstations and servers are not encrypted and run a Microsoft Windows operating system. The servers include an email server running Microsoft Exchange 2010, a file server, and other application servers, such as domain controllers.

The Information Store from the Exchange server is not backed up or archived, such as onto tape or other hard drives, and there is no retention policy for this data. The email server contains mailboxes with a maximum size limit of 1 GB, and email is saved to individual employee workstations as Microsoft Outlook .PST email archive files.

Individual employee workstations are not backed up by Procaps IT staff. Individuals are allowed to use removable storage devices, and they are not tracked by Procaps IT staff. Employees are allowed to use personal cell phones at work and receive email on their cell phones, however, personal cell phones not configured or tracked by Procaps IT staff.