# Exhibit  21

1          UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF FLORIDA
2               MIAMI DIVISION
          CASE NO. 12-24356-CIV-GOODMAN
3

4

5    PROCAPS, S.A.,

6            Plaintiff,

7    VS.

8    PATHEON, INC.,

9            Defendant.

     _____/
10

11

12

13                    Shook Hardy & Bacon
                      201 South Biscayne Boulevard
14                    Suite 3200
                      Miami, Florida 33131
15                    Wednesday, June 10, 2015
                      9:37 a.m. - 1:04 p.m.
16

17

18        VIDEOTAPED DEPOSITION OF MICHAEL KUNKEL
19           Taken before Beverly Bourlier James,
20    Registered Professional Reporter, Certified Realtime
21    Reporter and Notary Public in and for the State of
22    Florida at Large, pursuant to Notice of Taking
23    Deposition filed in the above-mentioned cause.
24

25

Page 2

```
 1  APPEARANCES:
 2
 3       JOHN M. BARKETT, ESQUIRE
         jbarkett@shb.com
 4       Shook Hardy & Bacon
         201 South Biscayne Boulevard
         Suite 2400
 5       Miami, Florida 33131
         as court-appointed Special Master
 6
         MAC R. McCOY, ESQUIRE
 7       mmccoy@cfjblaw.com
         Carlton Fields Jorden Burt
 8       4221 W Boy Scout Boulevard
         Suite 1000
 9       Tampa, Florida 33607
10       -and-
11       ALAN ROSENTHAL, ESQUIRE
         arosenthal@cfjblaw.com
12       100 S.E. Second Street, Suite 4200
         Miami, Florida 33131
13       on behalf of the Plaintiff
14       ROBERT T. CAHILL, ESQUIRE
         rcahill@cooley.com
15       MICHAEL J. KLISCH, ESQUIRE
         mklisch@cooley.com
16       Cooley, LLP
         1299 Pennsylvania Avenue, N.W.
17       Washington, D.C. 20004
         on behalf of Defendant
18
19  ALSO PRESENT:
20       Chris Hernandez, Veritext Videographer
21
22
23
24
25
```

Page 3

```
 1        E X A M I N A T I O N
 2                              Page
 3  DIRECT EXAMINATION ..................... 4
      BY MR. BARKETT
 4  CROSS EXAMINATION ...................... 84
      BY MR. CAHILL
 5  REDIRECT EXAMINATION ................... 134
      BY MR. BARKETT
 6  CROSS EXAMINATION ...................... 136
      BY MR. McCOY
 7
 8
 9        E X H I B I T S
10  Exhibit 1 ........ Pantheon's motion ....... 4
    Exhibit 2 ........ e-mail .................. 4
    Exhibit 3 ........ e-mail .................. 4
11  Exhibit 4 ........ e-mail .................. 4
    Exhibit 5 ........ second amended order.... 4
12  Exhibit 6 ........ e-mail .................. 4
    Exhibit 7 ........ Patheon's notice ....... 4
13  Exhibit 8 ........ Procaps' notice ........ 4
    Exhibit 9 ........ e-mail .................. 4
14  Exhibit 10 ....... Patheon's notice....... 4
    Exhibit 11 ....... Procaps' response...... 4
15  Exhibit 12 ....... spreadsheet........... 4
    Exhibit 13 ....... spreadsheet........... 4
16  Exhibit 14 ....... e-mail ................. 4
    Exhibit 15 ....... e-mail ................. 4
17  Exhibit 16 ....... e-mail ................. 4
    Exhibit 17 ....... February 12, 2013...... 4
18  Exhibit 18 ....... e-mail ................. 4
    Exhibit 19 ....... spreadsheet........... 4
19  Exhibit 20 ....... list of exhibits........ 4
20
21
22
23
24
25
```

Page 4

```
 1        (Exhibits 1 through 20, documents, were
 2  marked for Identification.)
 3        THE VIDEOGRAPHER:  We are on the record.
 4  The date is June 10, 2015.  The name is 9:37 a.m.
 5  this is media unit 1 in the video deposition of
 6  Mike Kunkel.
 7        MR. BARKETT:  Very good.  And if the court
 8  reporter would swear the witness, then I'll go
 9  through some preliminaries.
10  THEREUPON:
11        MICHAEL KUNKEL
12  called as a witness on behalf of the parties herein,
13  duly sworn and responding "Yes," was examined and
14  testified as follows:
15        DIRECT EXAMINATION
16  BY MR. BARKETT:
17    Q.   Mr. Kunkel, good morning.  Thank you very
18  much for coming.  We chatted before the deposition
19  started and I went over the process, so you're
20  familiar with what we're going to do, is that right?
21    A.   Yes.
22    Q.   Very good.
23        So we are here in case number 12-24356,
24  Procaps, S.A. verse Patheon, Inc., case number
25  12-23456, as I said, and we are here on the order on
```

Page 5

```
 1  Patheon's motion for leave to depose the
 2  court-appointed forensic expert.
 3        According to Judge Goodman's order, I, as
 4  the court-appointed special master, had the authority
 5  to decide the order that we are going to proceed in.
 6  I've decided to go first and we have time limits, but
 7  I -- hopefully, we won't have to even exceed mine or
 8  any of the parties' time limits, and maybe you'll get
 9  to enjoy at least an afternoon in Miami before you
10  have to return to -- is it Dallas, is that --
11    A.   Correct.
12    Q.   Okay, very good.  So why don't we just
13  start exactly what your role is at Setec and tell us
14  a little bit about your technical background as well
15  so we can have an appreciation for that.
16    A.   I'm director of investigative services at
17  Setec.  That entails managing cases, managing teams
18  of people working on computer forensic engagements
19  with law firms, companies, sometimes individuals.
20        I've been doing this type of computer
21  investigative differently work for the last -- since
22  2009.  Prior to that, I was doing -- I was a federal
23  agent with the Air Force Office of Special
24  Investigations.  I was doing criminal investigative
25  work, criminal computer forensic work, investigative
```

2 (Pages 2 - 5)

Page 6

1 work in Japan as well as in California since 2004,
2 and I have a bachelor's degree in systems engineering
3 from United States Naval Academy and a masters -- MBA
4 from University of Texas at Dallas.
5    Q.   Very good.
6         So how did you first become involved in
7 the Procaps matter; was this through Mr. Stefan?  I
8 think you worked for him.
9    A.   Correct, I worked for Mr. Stefan.  I first
10 became involved with -- in the Procaps matter when
11 Setec was engaged.  I believe it was sometime in
12 either February or March, sometime in the spring
13 of --
14    Q.   2014?
15    A.   -- 2014.
16    Q.   All right.  Now, you were part of the
17 interview of Mr. Cardenas, is that also right?
18    A.   Yes.
19    Q.   And I understand from the memos that we
20 have here, Exhibits 2 and 3, and just for the record,
21 the exhibits have all been premarked.  The parties,
22 pursuant to the Court's order, provided copies of
23 exhibits to Mr. Kunkel last week and I've simply
24 organized them and marked them all, and then the list
25 of exhibits is actually Exhibit 20.

Page 7

1         So I may -- there may only be shorthand
2 references to the exhibits by number, although I'll
3 give enough of a description to be able to understand
4 what they are, but, obviously, exhibits will be
5 attached to the deposition and the full exhibit
6 descriptions will be on the exhibit list, Exhibit 20.
7         What I've premarked as Exhibits 2 and 3,
8 Mr. Kunkel, e-mail transmittals and then attachments
9 that have the results of the interview of Procaps
10 director of IT and that's Mr. Cardenas?
11    A.   Yes.
12    Q.   Was that your first contact with anybody at
13 Procaps was that interview?
14    A.   Yes.
15    Q.   And before you participated -- well, was
16 that interview done by telephone?
17    A.   Yes.
18    Q.   And you were in Dallas?
19    A.   Correct.
20    Q.   Mr. Stefan was in California?
21    A.   Yes.
22    Q.   All right.  And to prepare for that
23 interview, did you do anything in particular?
24    A.   Actually, let me back up for a second.  I
25 don't know that Mr. Stefan was in California at the

Page 8

1 time.
2    Q.   Wherever he was, he wasn't with you?
3    A.   He wasn't with me.
4    Q.   Fair point.  That's your Navy training
5 coming out.
6         But was there any preparation for the
7 interview?
8    A.   Only that we knew that we needed to get
9 information regarding the -- particularly regarding
10 the e-mail infrastructure at Procaps as well as
11 computers and, really, just their overall general IT
12 infrastructure.  As far as planning goes, I planned
13 ahead of time to know to ask those types of
14 questions.
15    Q.   And you had read the Court's order
16 beforehand?
17    A.   Correct.
18    Q.   So you knew what the Court was looking for?
19    A.   Yes.
20    Q.   There was a reference to infrastructure and
21 to backup information?
22    A.   Correct.
23    Q.   All right.  And that's what you focused on
24 in the interview?
25    A.   Yes.

Page 9

1    Q.   Did you take the lead in the interview or
2 did Mr. Stefan or did -- I know there was one other
3 person on the -- in the interview as I recall, there
4 was a woman?
5    A.   That was Veronica Perez.
6         I took the lead on the call.
7    Q.   All right, and did you then make notes?
8    A.   I did.
9    Q.   And was it from your notes that these two
10 memos were generated, the second pages of Exhibits 2
11 and 3?
12    A.   Correct.
13    Q.   And I know from a court hearing that there
14 was a change in these -- in the two memos from the
15 first to the second over numbers of servers, and
16 we've all read what Mr. Stefan explained to the judge
17 that that respect.  Have you seen that transcript?
18    A.   I don't believe I've seen the transcript,
19 but I'm aware of the change.
20    Q.   All right.  And just tell us, so that we
21 hear your side or your knowledge on that, exactly why
22 the change -- what the change was and why it was
23 made.
24    A.   I think there just was maybe a
25 miscommunication or a misunderstanding.  Would you

3 (Pages 6 - 9)

Page 10

1  mind if I looked at --
2    Q.   Absolutely not, yeah.  It's reference to
3  the servers versus server.  So I've just given you 2
4  and here's Exhibit 3.
5        So, in the exchange with the Court, the
6  Court asked Mr. Stefan about this.  The original
7  report said, "The servers are not backed up or
8  archived in any way," and the revised sentence was
9  changed to, "The information stored from the exchange
10 server is not backed up or archived."  And Mr. Stefan
11 explained that there was ambiguity in the first memo
12 because it suggested there was more than one server
13 and that was clarified in the second, and that's what
14 the Court.
15    A.   Correct.  And, basically, the way that is
16 is they've got an infrastructure where there's really
17 only one server, but the information storer or,
18 rather, there's kind of clusters of data stored on
19 different locations.  So it's really only one server
20 accessing data in multiple locations.
21    Q.   And where are these other storage, I'll
22 call it media if that's an appropriate word to use?
23    A.   They were all on-site in Colombia.
24    Q.   But I'm still a little confused.  So the
25 one server accessing data stored in various locations

Page 11

1  meaning -- meaning other server storage media?
2    A.   No, it's sort of as though if you had one
3  computer with multiple hard drives --
4    Q.   Okay.
5    A.   -- you have really just one computer but
6  multiple different hard drives can -- holding that
7  data.
8    Q.   So all of the various e-mail traffic from
9  the hundreds and hundreds of employees end up on
10 those various drives that are connected to one
11 server?
12    A.   Correct.
13    Q.   All right.  And that was what the change
14 was made, you clarified servers to server to explain
15 that?
16    A.   Right.
17    Q.   Now, you -- with respect to backup, again,
18 it's my understanding from reading the memo, from
19 what Mr. Stefan told the Court, that the company did
20 not have a formal backup policy for e-mails.  Is that
21 a fair statement?
22    A.   Correct.
23    Q.   So what exactly was done?  I'm an employee,
24 I have an e-mail, some period of time goes by, it
25 stays there.  Is it all tied to this one gigabyte

Page 12

1  limit that we've read about in, again, the transcript
2  of the April 14, 2014 hearing with the Court, is that
3  what controls whether e-mail stays on the server or
4  doesn't stay on the server because each mailbox has a
5  particular limit?
6    A.   Correct.  The -- the individual employees
7  would need to save e-mail to their computer in order
8  to free up space in their mailbox on the server.
9    Q.   All right.  So let's just agree on some
10 nomenclature.  When we say on their computer, can we
11 just use the word "local drive," is that --
12    A.   That will work.
13    Q.   Okay.  So the employee has a local drive.
14 Each employee has a mailbox on the e-mail store?
15    A.   (Nodding head.)
16    Q.   And that mailbox has a 1 gigabyte limit?
17    A.   Correct.
18    Q.   Right.  Now I've read that some employees
19 did not have that limit.  Are you aware of that?
20    A.   I don't recall any particular employees
21 that did not have that limit or having that
22 information.  I don't recall that right now.
23    Q.   That's fair.  So, in your conversation with
24 Mr. Cardenas, did a 1 gigabyte limit come out in that
25 conversation?

Page 13

1    A.   Correct.
2    Q.   And he didn't -- he didn't discuss with you
3  whether the limit applied to -- or certain employees
4  were excepted from that, that was not a discussion
5  that you had?
6    A.   No, I don't think so.
7    Q.   Okay.  That was a representation made to
8  the Court in that same hearing by counsel, not by Mr.
9  Stefan, so --
10    A.   Okay.
11    Q.   I'm not suggesting you were supposed to
12 know it, it's just -- that's not -- that's not
13 something in your memory banks is what I'm hearing?
14    A.   Correct.
15    Q.   All right.  So, walking away from that
16 call, then, your understanding was whatever number of
17 employees worked at Procaps, there was the 1 gigabyte
18 limit on the mailbox.  If they were nearing that
19 limit or reaching that limit, was there some sort of
20 notice given to them, do you know?
21    A.   In general, that's the way Microsoft
22 Exchange Servers work, is that when you have a -- not
23 when you necessarily are coming up to a limit, but,
24 rather, when you reach the limit, you usually receive
25 a notice saying that you have reached the limit.

4 (Pages 10 - 13)

Page 14

1    Q.    Did you have that particular discussion
2 with Mr. Cardenas?
3    A.    I don't recall.
4    Q.    And do you know whether that is, in fact,
5 what happened at Procaps, that when employees were
6 either nearing or reaching a limit, that -- well, let
7 me ask the predicate question.  Do you know if any
8 employees actually reached the 1 gigabyte limit?
9    A.    No, I don't know.
10    Q.    And, so, your belief is that if they did,
11 they would get an Outlook notice?
12    A.    Correct.
13    Q.    Automatically?
14    A.    Correct.
15    Q.    Okay, but that's not something that you
16 actually talked about with anybody?
17    A.    I don't believe so.
18    Q.    All right.  Now, did you have any
19 conversation with Mr. Cardenas about a litigation
20 hold notice?
21    A.    I don't recall if that came up in our
22 conversation.
23    Q.    All right.  You don't remember whether he
24 brought it up?
25    A.    No, I don't know if we talked about it.

Page 15

1    Q.    Okay.  That's not something that you would
2 have brought up?
3    A.    No, because the purpose of the call was to
4 get an understanding for the infrastructure, so I
5 don't believe I would have necessarily asked if they
6 had a litigation hold capability.
7    Q.    Fair point.
8         So I know you've discussed it in the memos
9 there, the attachments to Exhibits 2 and 3 -- or the
10 second pages of Exhibits 2 and 3, rather.  What was
11 your understanding, finishing that conversation, of
12 how any information, e-mail information was actually
13 backed up?
14    A.    My understanding was that it wasn't backed
15 up.
16    Q.    So how would -- if an employee wanted to
17 keep an e-mail, what would have to happen?
18    A.    It would have to be saved onto their local
19 drive.
20    Q.    And do you know whether, either from that
21 conversation or from your subsequent work, whether,
22 in fact, employees were doing that?
23    A.    Yes.
24    Q.    And how do you know that?
25    A.    Well, the way you would save an e-mail to

Page 16

1 your local drive is in the Microsoft Outlook PST
2 file.  PST file is like an e-mail database.  We did
3 find PST files, some PST files on individual's
4 computers.  Whether those PST files were the result
5 of individuals identifying that they had reached
6 their mailbox limit and needing to save e-mail, or
7 whether it was a result of them simply saving e-mail
8 to their computer, I really couldn't say, but the
9 presence of the PST files indicates that e-mail was
10 being saved to the computer for one reason or
11 another.
12    Q.    All right, and other than e-mail, what --
13 what did you learn about other types of documents,
14 whether they were Word documents or Excel
15 spreadsheets or PDF files, portable document format
16 files; what did you learn there about the creation of
17 those documents and the retention or backup or saving
18 of those documents?
19    A.    Basically, it was up to the individual
20 people to save those documents onto their computer,
21 onto their local drive.
22    Q.    So if an employee created a Word document,
23 that would be stored on the same server that we've
24 been talking about?
25    A.    A Word document would have been stored on

Page 17

1 their computer.
2    Q.    Only on their local computer, there was no
3 central repository of documents?
4    A.    That's my -- that's my understanding.
5    Q.    That's what you were told?
6    A.    Yes -- well, I know that there were -- I
7 want to be careful because obviously I said that's my
8 understanding and you said that's what you were told.
9 Whether I was told something by Mr. Cardenas about
10 that, I couldn't say, but I do know that documents
11 were saved onto the local -- the local drives.
12    Q.    All right.  So, for example, here at this
13 law firm when I create a document, there's a document
14 management system and anybody in the law firm can
15 access that document by going into the document
16 management system because there's a central
17 repository, but what I'm hearing you say is that your
18 understanding is at Procaps if employee created a
19 spreadsheet, that spreadsheet would only be
20 accessible by that employee on that employee's
21 computer?
22    A.    That's my understanding.
23    Q.    Okay.  Same would be true for a Word
24 document?
25    A.    Correct.

Veritext Legal Solutions

Page 18

1    Q.   All right. And if, for some reason,
2  employee created a PDF file, the same would be true?
3    A.   Yes.
4    Q.   And what about databases, did you do any
5  work with databases?
6    A.   No.
7    Q.   All right. And PowerPoint files, the same
8  sort of thing, they would be on that local computer?
9    A.   Correct.
10   Q.   So, again, to carry on with your
11  understanding, it would be that if employee A wanted
12  a document that employee B had created, employee B
13  would have to send it to employee A because there was
14  no other way to access the document?
15   A.   That's my understanding.
16   Q.   All right. So your conversation with Mr.
17  Cardenas, according to Mr. Stefan, lasted about
18  45 minutes. That's what he told the Court. Is that
19  consistent with your recollection as well?
20   A.   Yes.
21   Q.   And then you called him back?
22   A.   Yes.
23   Q.   And how long did the second conversation
24  last?
25   A.   Not -- not very long.

Page 19

1    Q.   And that was simply to confirm the servers
2  versus server point?
3    A.   Correct.
4         Now, I'll add we -- we've been talking
5  about different types of servers, different types of
6  data, and I put in the memorandum that there are a
7  number of different servers when we had our
8  discussion over the nomenclature on the e-mail
9  server, there are 850 computer workstation and 30
10  servers. As far as the file server application
11  servers, domain controllers, I don't know what's on
12  those. So, to be clear, we've been talking about
13  different types of files, different types of data
14  being transferred. I couldn't tell you what's on the
15  remainder of the servers such -- besides the e-mail
16  server.
17   Q.   All right, and you didn't inquire about
18  that, it's my understanding?
19   A.   The types of data, no.
20   Q.   And -- and what was your understanding of
21  these other servers, what their purpose was?
22   A.   I -- simply e-mail, file servers, other
23  applications, and domain controllers.
24   Q.   And, so, domain controllers --
25   A.   Domain controllers are essentially servers

Page 20

1  that are set up to manage the logins/logouts of the
2  Procaps domain.
3    Q.   And you were just referring to what
4  paragraph here?
5    A.   Second paragraph and the third.
6    Q.   And the application servers would be --
7  what would you expect those to represent?
8    A.   If -- typically, a company calls an
9  application server something that enables its users
10  to use particular programs.
11   Q.   All right. And then so neither application
12  servers nor domain controllers, I take it, would be
13  expected to have substantive documents, files of the
14  types of documents we were talking about, Word
15  documents or word processing documents, spreadsheets,
16  PowerPoint type or presentation graphics documents,
17  is that a fair statement?
18   A.   Correct.
19   Q.   All right. And then the file server,
20  that's the only one on here that at least raises an
21  interest as to what might have been on that?
22   A.   Right, and I don't know what's on it.
23   Q.   Okay. So did you physically go to
24  Colombia?
25   A.   No.

Page 21

1    Q.   Did you send folks to Colombia?
2    A.   I did.
3    Q.   And how many people went?
4    A.   Two.
5    Q.   And what are their names?
6    A.   Michael O'Brien and Veronica Perez.
7    Q.   And Veronica was the person you said was on
8  the call with you?
9    A.   Yes.
10   Q.   And were they given any instructions before
11  they left?
12   A.   Well, it was a pretty big trip, so they
13  did have instructions as far as they would be showing
14  up, meeting with counsel who was on-site, I believe,
15  and forensically imaging any device that was
16  identified as needing to be imaged and also
17  preserving e-mail from the e-mail exchange.
18   Q.   Okay. Now, did they file a report when
19  they returned?
20   A.   No.
21   Q.   Do you know whether they had any
22  conversations with employees that they described in
23  any kind of a document?
24   A.   No.
25   Q.   Is it fair to say that, insofar as you're

6 (Pages 18 - 21)

Page 22

1  aware, what they did was image information or collect
2  information on the various devices that were
3  identified and that's it?
4      A.   Correct, and export e-mail.
5      Q.   And export e-mail.
6          For example, do you know whether they had
7  any conversations with Mr. Cardenas?
8      A.   I don't -- I don't recall.
9      Q.   All right, but you don't remember seeing
10  any piece of paper that they generated describing
11  their work down there; they came back with the either
12  storage devices or -- I take it they came back with
13  storage devices that contained all the information
14  that you went to retrieve?
15      A.   Correct.  And the tracking spreadsheet
16  would have essentially been the -- the report, that
17  same tracking spreadsheet is the one that grew over
18  time after the bulk of the collections were -- were
19  finished.  I know that there were some follow-up
20  devices here and there, and I believe that's been
21  provided.
22      Q.   Right.  Yeah, we're going to talk about
23  that in a second.
24      A.   But I do know, I mean, they had to have
25  worked with somebody on-site, they couldn't just

Page 23

1  go --
2      Q.   Right.
3      A.   -- in and start imaging anything.
4      Q.   Right, but the point is --
5      A.   But whether they were working with Mr.
6  Cardenas or not, I'm not sure.
7      Q.   Buy my point is they didn't come back
8  saying on X date I imaged the devices related to four
9  employees, I had discussions with each employee about
10  the devices and the information, their storage habits
11  thing like that; nothing like that was written up by
12  any of these folks?
13      A.   No.  They wouldn't have had conversations
14  with the employees about their storage habits.  This
15  was -- this was very much an image what's presented
16  to you and retrieve the e-mail.
17      Q.   All right.  Let me show you what's been
18  marked as Exhibit 4 and this is the e-mail exchange
19  you had, Mr. Kunkel, with Joshua Siegel in which he
20  summarized, on the second and third pages of the
21  exhibit, what he understood you to be saying.  And
22  let me just tell you my summary of this -- of that
23  document and you tell me whether I have left anything
24  out when you're done looking at it.
25      A.   Okay.

Page 24

1      Q.   So my summary of that document is as
2  follows:  That unless an employee stores an e-mail,
3  it will be deleted if the storage limit is reached.
4  Fair statement, that's what you learned?
5      A.   That's a little bit different than what
6  this says, so let me think about that.
7          Can you say it again?
8      Q.   Yeah.  Unless an employee stores an e-mail,
9  it will be deleted if the storage limit is reached
10  automatically by the system?
11      A.   Yes, that's my understanding.
12      Q.   Okay.  I'm just -- I'm not -- this is not a
13  trick, I'm just trying to summarize what's in there
14  so I don't have to go through all of it.
15      A.   And this -- this doesn't have to do
16  with -- my response to Josh doesn't have to do with
17  the size limitation.
18      Q.   Understand, but the second page
19  is -- contains --
20      A.   Yeah.
21      Q.   -- quite a bit of information; I'm trying
22  to summarize all the document.
23      A.   Yes.
24      Q.   That employees can bring in their own
25  devices and can store information on their own

Page 25

1  devices, that's also contained in that document?
2      A.   Yes.
3      Q.   That those devices were not tracked by
4  Procaps?
5      A.   Correct.
6      Q.   That Procaps does not keep track of any
7  employees' individual backup habits or practices?
8      A.   Correct.
9      Q.   And that Procaps did not know whether any
10  company electronically stored information had been
11  copied by either current or former employees?
12      A.   Yes.
13      Q.   All right.  That's my summary of that, all
14  three pages.  Is that -- you want to look to see if I
15  left anything out?
16      A.   I think that's --
17      Q.   I think that's pretty much --
18      A.   I think that is accurate.
19      Q.   There is some repetition in there.
20      A.   Right.
21      Q.   But that seems to be the conclusions to
22  draw from that document.
23          All right.  Why don't I keep those --
24      A.   This, too.
25      Q.   So I don't have to --

7 (Pages 22 - 25)

Page 26

```
 1            Now, I want to show you Exhibit 6, which
 2   is an e-mail from Mr. Stefan to counsel of record.
 3   Attached to it is a 3-page spreadsheet and see if
 4   this spreadsheet is what you were describing earlier,
 5   a summary of what was collected.  Is that a fair
 6   statement?
 7       A.   Yes.
 8       Q.   What name do you give to that spreadsheet?
 9   I think it's been called an inventory, but maybe
10   that's not right word to use.  Do you give it a name?
11   Let's see what we called it in the exhibit list, what
12   did I call it, what is Exhibit 6 attachment called.
13   I called it 3-page spreadsheet entitled, "Data
14   acquisition summary."  That's what Mr. Stefan
15   referred to it as in his subject matter line of his
16   e-mail, data acquisition summary.  Can we use that as
17   our nomenclature?
18       A.   Yes.
19       Q.   It's a lot of words, but we will do our
20   best.
21            So who generated the data acquisition
22   summary?
23       A.   It was started on-site in Colombia and
24   then --
25       Q.   By either Mr. O'Brien or Ms. Perez?
```

Page 27

```
 1       A.   Correct.
 2            And then as more information
 3   start -- rather, more devices were imaged, they were
 4   added to the sheet.
 5       Q.   All right.  And who directed Mr. O'Brien
 6   and Ms. Perez to these various devices?
 7       A.   On-site in Colombia?
 8       Q.   Yes.
 9       A.   I don't know the name of the person.
10       Q.   But they -- they simply gather what was
11   provided to them or they were told to gather as
12   opposed to them independently trying to identify
13   devices, is that fair?
14       A.   Yes.
15       Q.   All right.  Let me just take a look at that
16   one so I can --
17            Now, in the Court's order on forensic
18   analysis docket entry 493 which is marked Exhibit 5,
19   there's a list of individuals in paragraph 2 on page
20   3, custodians whose paper and electronic files will
21   be searched pursuant to the order.  Let me just give
22   you that, Mr. Kunkel.
23            I take it Ms. Perez or Mr. O'Brien knew of
24   that list before they went to Colombia, is that also
25   fair?
```

Page 28

```
 1       A.   I believe so.
 2       Q.   And there are more names on Exhibit 6 than
 3   appear in the Court's order and there is a catchall
 4   line in the Court's order that says any other
 5   custodians identified by the parties, and I've made a
 6   list of additional names that are on Exhibit 6 that
 7   aren't in the Court's order.  Did you play any role
 8   in figuring out which individuals' devices would be
 9   imaged?
10       A.   Neither myself nor Mr. O'Brien nor Ms.
11   Perez would have been the ones to add additional
12   custodians.
13       Q.   All right.  So Exhibit 6, the data
14   acquisition summary, has more names than are listed
15   in the Court's order, but that's because the parties
16   or Procaps or Procaps' lawyer, somebody provided that
17   information to Setec?
18       A.   Yes.
19       Q.   Okay.  All right.  So your folks basically
20   did what you instructed them to do for the devices
21   that they were provided?
22       A.   Yes.
23       Q.   All right.  There was no discretion,
24   independent decision-making on your folks' part?
25       A.   Correct.
```

Page 29

```
 1       Q.   And I take it you've never met any of these
 2   individuals?
 3       A.   The custodians --
 4       Q.   Yes.
 5       A.   -- of Procaps?
 6            No, I've never met them.
 7       Q.   And have you spoken to any of them?
 8       A.   Only if Mr. Cardenas is on the list.
 9       Q.   All right, but other than him, you didn't
10   speak with anybody?
11       A.   No.
12       Q.   All right.  And do you have any information
13   about the positions that any of these individuals
14   held at Procaps?
15       A.   No, unless it's been provided in a -- in
16   a --
17       Q.   Well, let me frame it a different way.
18   That wasn't material to your charge?
19       A.   Okay, then no, I don't.
20       Q.   No, I'm asking the question.  It wasn't
21   material -- what they did at Procaps didn't matter to
22   what you were supposed to do?
23       A.   No, it didn't matter at all.
24       Q.   All right.  Why don't I take both of these.
25            Now, the Court's order in Exhibit 5 had a
```

8 (Pages 26 - 29)

Page 30

1  time period associated with it, it was January 1st of
2  2010 to July 19th of 2013. Do you remember that,
3  those dates?
4      A.    I don't -- if they are in the order,
5  then -- if you were to ask me could you tell me the
6  date range for the Procaps matter, I couldn't have
7  said them.
8      Q.    Fair point.
9      A.    But since they are written, yes.
10     Q.    And did you, in fact, limit your forensic
11 analysis to that time period or was that not
12 something that you could comfortably or easily do?
13     A.    We limited the searches, the data
14 extractions from the images to that time period.
15 What I mean by that is that data was collected at a
16 wholesale. We didn't get somebody's computer and
17 only preserve data in that time period. The way it
18 works is that you get the computer, you preserve the
19 entire computer in a forensic image and then take it
20 back to the lab and extract out the data that falls
21 within that time period. So, when that step came
22 which was to extract out data and run searches, then
23 it was limited to that time period.
24     Q.    All right. So let's talk more specifically
25 about this -- the deletion/overwriting information

Page 31

1  that you generated. Why don't you walk us through
2  the steps that you were taken for you to do your
3  forensic analysis and then I'll have some questions
4  about them.
5      A.    The way -- maybe it would be helpful to
6  talk about in general what happens when you delete a
7  file. A computer hard drive has what's called a
8  master file table. It's kind of like a table of
9  contents in a book. The table of contents points to
10 where the chapters are in the book and the chapters
11 represent the data, whether it's a Microsoft Word
12 document, Outlook PST file or just a system file, an
13 executable or a library of some kind. They are all
14 referenced in this master file table.
15           When you delete -- when a user deletes a
16 file, then the data is still there, in general, and
17 the entry in the master file table, or the table of
18 contents, is marked for deletion, meaning that it's
19 available to be overwritten by new data, but the
20 entry in the master file table is still there.
21           And, so, when we go into a computer hard
22 drive using forensic tools, in this case we primarily
23 used EnCase, which is an industry standard computer
24 forensic application, we can go in and look at the
25 master file table, similar to looking at a book's

Page 32

1  table of contents, and see all the entries that have
2  been marked for deletion or, rather, the space has
3  been made available to be overwritten.
4           However, when we go in, we can see, for
5  instance, there's files A, B, C and D. A and B might
6  still be allocated, meaning they are an active file;
7  we can just pull those out. Maybe C is marked for
8  deletion, but it hasn't been overwritten yet. Oh,
9  okay, we can just go and pull that out. Now, file D
10 has been marked for deletion and it's been
11 overwritten. That means new data has -- has gone
12 into the physical space of the old file and it can't
13 be pulled out again.
14     Q.    So I have this image of the hard drive
15 with, I think the word is, sectors, is that the right
16 word?
17     A.    Uh-huh, sectors and clusters and bits and
18 bytes.
19     Q.    Clusters and bits, right.
20           And the way I explain it to my students in
21 e-discovery classes, I use a file cabinet and there's
22 no more room in the file cabinet and, so, that space
23 gets taken up by a new file, some file has to be
24 thrown out if you have no more room. And, so, the
25 new file will occupy that space in the sector and,

Page 33

1  therefore, you can't recover the file anymore.
2  That's called overwriting.
3      A.    Correct. That's -- that is, I'd say, my
4  kind of first model. Aside from that, there are some
5  kind of other things that happen with deleted files,
6  and what I mean by that is sometimes files have been
7  deleted and there is no entry in the master file
8  table anymore, which means you don't know that they
9  are even there.
10     Q.    How does that happen?
11     A.    For example, if you were to -- that
12 happens a lot when files are copied -- well, let's
13 see -- well, first off, the master file table is not
14 kind of infinite. Entries in the master file table
15 can overwritten as well even before the data that it
16 references is overwritten. So many times -- or,
17 rather, I can't even say many times because you don't
18 know what you don't see.
19     Q.    Fair.
20     A.    So there's that phenomenon, but then also
21 you can have many deleted copies of a file and one
22 active file. This is something that we see -- we see
23 a lot especially in more recent versions of the
24 Windows operating system is a lot of times you might
25 see three deleted -- what's marked as deleted copies

9 (Pages 30 - 33)

Page 34

1  of the same file and then one active version of the
2  exact same file.  And that's not the user deleting
3  three copies of the file, what it is is the operating
4  system trying to maximize efficiency in moving data
5  around and, so, the unallocated -- basically, what
6  I'm trying to get to is that the unallocated space of
7  the hard drive is very much an alphabet soup of data.
8  There's no start and finish to -- to particular
9  files, it is essentially a stream of data that
10  sometimes you have very little or no information
11  about if it's not in the master file table.
12      Q.    In the old days when you can see the
13  defragmenter operating --
14      A.    Kind of moves things around.
15      Q.    -- moving data around.  I take it that's
16  putting data that's allocated in different spaces
17  representing one file together to make the computer
18  work faster?
19      A.    Yes, yes.  And as a result, fragments of
20  data are kind of left in the wake of the -- of the
21  defragmentation.  However, in this case, what we did
22  is pulled all the images into EnCase, identified the
23  files that had been marked for deletion that were not
24  overwritten and pulled those out, and then also
25  pursuant to the Court's order generated reports of

Page 35

1  files that we knew had existed during a certain time
2  frame but had been overwritten and, therefore,
3  couldn't be pulled out.
4      Q.    All right.  So let's talk about the last
5  one.  These are files marked for deletion and had
6  been overwritten?
7      A.    Yes.
8      Q.    All right, and how did you identify those,
9  purely by looking at the master file table?
10      A.    Yes, the master file table is where -- is
11  where you would go to get that information.  Because
12  it also keeps track of where the data is, so it is
13  what identifies if something is partially overwritten
14  or overwritten and everything.
15      Q.    So I'm imagining that you're operating the
16  software EnCase?
17      A.    (Nodding head.)
18      Q.    Did you do this custodian by custodian?
19      A.    Yes.
20      Q.    So every custodian has a master file table
21  associated with that particular drive, the local
22  drive?
23      A.    Actually, it's device by device.
24      Q.    Device.
25      A.    So some custodians had multiple devices,

Page 36

1  so they would have multiple spreadsheet reports.
2      Q.    All right, but, so, by device, you would
3  have a master file table?
4      A.    Yes.
5      Q.    You would run the EnCase software on the
6  information gathered -- imaged from that device, and
7  you would see the master file table and you would see
8  what was -- what was marked for deletion?
9      A.    Basically, the way it presents the data is
10  very similar to when you're browsing through your
11  computer, there's a kind of directory tree.
12      Q.    Yes.
13      A.    And then every line item is a file or a
14  folder and then every line item similar to the Excel
15  spreadsheet, every file folder is a line item, every
16  line item is marked as deleted or not deleted,
17  overwritten or not overwritten.
18      Q.    All right.  So you then extracted from
19  those all those that were marked for deletion, is
20  that right?
21      A.    As well as the active files, but yes.
22      Q.    I understand that, but I just want to focus
23  on the ones that were deleted for now.
24      A.    Yes.
25      Q.    Marked the ones that were deleted and then

Page 37

1  the master file index told you whether they were
2  overwritten or is that something that you figured out
3  on your own?
4      A.    No, the master file table
5  identifies -- well, the software, rather, identifies
6  from the master file table whether the file is
7  overwritten, but prior to extracting the data out, we
8  also ran the -- the date filter and the file type
9  filter.  So, instead of pulling out all deleted data,
10  first we culled it down by file type filters and date
11  filters and then pulled out the deleted files that
12  were not overwritten that were both responsive to the
13  date filter and the file type filter.
14      Q.    Okay.  And the date filter were the dates
15  reflected in the Court's opinion -- order, rather?
16      A.    Correct.
17      Q.    And the file filter was for files that had
18  certain extensions?
19      A.    Yes.
20      Q.    And is that the extension list that you
21  e-mailed --
22      A.    Yes.
23      Q.    -- to us.
24           Is this list on Exhibit 18 the list that
25  you're referring to?

10 (Pages 34 - 37)

Page 38

1    A.   Yes.
2    Q.   All right.  So you instruct the software to
3  find, with the file filter, all the files that have
4  the extensions that are listed on Exhibit 18 here and
5  you instruct the software to filter out files that
6  are outside the dates listed in the Court's order and
7  you then look at the master file table and it tells
8  you which files were marked for deletion and have
9  been overwritten?
10   A.   Yes.
11   Q.   All right.  And then you inventoried those
12 files somehow?
13   A.   On the Excel spreadsheets.
14   Q.   Those are the --
15   A.   You're talking about inventory of the
16 overwritten files?
17   Q.   Yes.
18   A.   Yes, on the Excel spreadsheets.
19   Q.   And those were -- I think I've read 36
20 spreadsheets, but maybe I have the number wrong.
21   A.   I believe it's something like that.
22   Q.   All right.  And exactly -- was there -- can
23 the master file table ever be wrong, in other words
24 did you sample to see if, in fact, you would be able
25 to find some of the files that were marked as

Page 39

1  overwritten?
2    A.   No.
3    Q.   Okay.  So you accept when it says
4  overwritten, that means it's overwritten, there's
5  nothing you can do about it?
6    A.   Yes.
7    Q.   All right.
8    A.   And I wanted to also clarify when we
9  talked about the dates, every file has four
10 timestamps: A date created, last accessed, last
11 written, and entry modified.  We use the date filter
12 to where if any of the four timestamps fell within
13 the time frame in the Court's order, then it was
14 included.
15   Q.   And what's the oldest of those four dates?
16   A.   Sometimes the created date is the oldest,
17 but sometimes the last written date can be older.
18   Q.   All right.  I think we have some exhibits
19 where there are column headings as you've described
20 them later and we can talk about that or maybe
21 counsel will ask you about that.
22        So you generate these spreadsheets listing
23 all the files that have been deleted and overwritten
24 and you provide those to counsel?
25   A.   Yes.

Page 40

1    Q.   And then did you have any discussions with
2  counsel on either side about the meaning of your
3  results, what your results showed?  Let's start with
4  counsel for the Plaintiff.  Did you have any
5  conversations with them about the spreadsheet
6  information?
7    A.   No, I don't believe so.
8    Q.   And how about counsel for Defendants?
9    A.   No.
10   Q.   For Defendant, rather.
11   A.   I don't believe so.
12   Q.   If I said Plaintiffs plural, it's Plaintiff
13 singular, obviously, but --
14   A.   If we -- I know that I was on a hearing
15 with you, sir, at some point; it might have come up
16 during that hearing.
17   Q.   I don't think so.
18   A.   I don't know the con -- I don't recall if
19 we had anymore joint calls.  I know that -- let me
20 say personally I don't recall if we had any joint
21 calls after this portion of the case.
22   Q.   All right.  Or individual calls?
23   A.   No, no.
24   Q.   All right.
25   A.   Well, I will say since -- since we started

Page 41

1  planning this deposition, I've been -- I've been
2  called, but aside from planning this deposition,
3  prior to April 25th or so of this year, no.
4    Q.   And the calls for planning of this
5  deposition related to -- other than me talking to
6  you, you have calls with either side to plan for this
7  deposition?
8    A.   Yes.
9    Q.   And what were those calls about?
10   A.   Mr. Cahill called at one point.  Mr. McCoy
11 called.  We talked about such things as the file
12 extension list.  Mr. Cahill had some questions about
13 the different degrees of file recovery that took
14 place, specifically what can be done to recover
15 deleted files.  I walked him through the different
16 processes that the EnCase software has and I let him
17 know that we did not recover what's called data -- we
18 did not do what's called data carving.
19        Data carving is, when you and I were
20 talking a second ago about how data can be floating
21 around in alphabet soup of unallocated space, you can
22 attempt to carve out certain files based on keyword
23 phrases, non-boolean keyword phrases, or file types.
24 It's a very -- it's a process that does two things.
25 First, it is usually very overinclusive in that it

11 (Pages 38 - 41)

Page 42

1 generates a statistically very high number of false
2 positive hits, meaning if you try to attempt to carve
3 out Word documents, you might get a million carves
4 for every one valid Word document.
5         The second point to it is that that Word
6 document that you might get has no dates associated
7 to it because the dates are contained in the master
8 file and this file that you've recovered is not
9 one that's referenced by the master file table.
10        So I talked to Mr. Cahill about that.
11   Q.    If someone's life was at stake, you might
12 undertake that effort, but short of that, you're
13 saying it's quite labor intensive and your results
14 may not be particularly useful?
15   A.    I think it's certainly very case
16 dependent.  It is not something that is done as a
17 standard in electronic discovery practice and it's
18 very much the type of thing where if somebody's life
19 depends on it, you're looking for everything.
20 However, this Court order is narrow.  We are looking
21 at documents within a certain time frame that are
22 responsive to certain keywords.  The keywords are
23 very, very, very complex.  This is not a process that
24 lends itself to complex keywords.  So there are a
25 number of things that -- that don't bode well for

Page 43

1 this type of process.
2   Q.    Meaning being successful?
3   A.    Correct.
4   Q.    Right.  And you used the word keywords
5 complex; the keywords perhaps themselves aren't
6 complex but the search terms are?
7   A.    I'm using the word keyword and search
8 term --
9   Q.    Interchangeably?
10   A.    -- interchangeably.
11   Q.    Okay, fair point.
12        All right.  Anything else that you
13 discussed with Mr. Cahill other than data carving and
14 other ways to try to get at data that was only, I
15 take it, partially overwritten, was that the point?
16   A.    No.  What data carving does, if a file is
17 partially overwritten, it's not really going to be
18 recoverable using a data carving method, either,
19 because when you carve out a Word document, you have
20 to have that whole document.  It can't be partially
21 overwritten in order for it to render in Microsoft
22 Word.
23        For example, if you were to take a
24 Microsoft Word document and kind of cut off the
25 bottom half, not in Word but in just text, binary

Page 44

1 code, if you cut off the bottoms half, it wouldn't
2 render in Microsoft Word, you would basically just
3 get an error.
4   Q.    I see.
5   A.    Data carving, the purpose -- the file type
6 data carving, the purpose is to recover intact
7 complete contiguous -- we talked about
8 defragmentation earlier, intact complete contiguous
9 files that might be floating around.  So it does not
10 work for partially overwritten files.
11   Q.    Does the master file table even indicate
12 whether a file is partially overwritten?
13   A.    No.
14   Q.    So it's either overwritten or not?
15   A.    If any of the clusters or sectors that
16 occupied or, rather -- the master file table keeps
17 track of where the clusters and sectors are that are
18 allocated to a particular file.  If any of those
19 clusters or sectors have been overwritten by a new
20 file, then it's overwritten.
21   Q.    And even if -- if 20 percent of them
22 haven't been overwritten yet, the master file table
23 would indicate overwritten?
24   A.    Yes.
25   Q.    All right.  And to you, that means really

Page 45

1 not retrievable unless you're going to engage in some
2 pretty extraordinary steps?
3   A.    Yes.
4   Q.    Okay.
5   A.    And it's certainly not retrievable as a
6 whole.
7   Q.    Yes.  No, I understand that.
8        I've seen forensic analyses before where
9 I've gotten fragments of thing that's been
10 gobbledygook.  You're shaking your head.
11   A.    Yes, I have produced such gobbledygook.
12   Q.    All right.  So let's talk about the
13 parties' respective views on exactly what your
14 forensic analysis showed.  So I'm looking now at
15 what's been marked as Exhibits 8 and 10.  Exhibit 8
16 is docket entry 526 and Exhibit 10 is docket entry
17 540.  Exhibit 8 is Procaps' notice to the Court
18 pursuant to paragraph 9 of the second amended order
19 on forensic analysis -- wait, no, I don't want to do
20 that, I want to do 10 and 11.  That's what I want.
21        So 10 is Patheon's notice summarizing
22 Setec's supplemental findings concerning
23 unrecoverable deleted files at Procaps and 11 is
24 Procaps' response, docket entries 540 and 542
25 respectively, because they really contain the

12 (Pages 42 - 45)

Page 46

1   information in the prior -- similar exhibits from
2   both parties on this same topic.
3          So these were sent to you last week,
4   Mr. Kunkel.  Did you read these over?
5      A.   I did.
6      Q.   So you can see that the parties have very
7   different views of what your report showed and
8   I'm -- I would like to get a better handle from you
9   on the parties' interpretations.
10         Before you do that, you said you also
11  talked to Mr. McCoy before the deposition.  What was
12  that conversation about?
13     A.   He asked if I had sent out the file
14  extension list and I pointed him to the e-mail that I
15  had sent to all parties.  And then I told him what I
16  told -- or, rather, I told him I had a conversation
17  with Mr. Cahill and what I told Mr. Cahill.
18     Q.   All right, very good.  So everybody now
19  knows everything that you talked about with either
20  Mr. McCoy or Mr. Cahill, that we haven't left
21  anything out?
22     A.   Correct.
23     Q.   All right.  So what's the best way to deal
24  with these two documents?  You read them over.  Did
25  you have reactions to them when you read them?  Well,

Page 47

1   let me first ask this:  Is the first time you saw
2   either Exhibit 11 or 10 to prepare for this
3   deposition?
4      A.   I believe so.  I might have been provided
5   them over e-mail when -- at an earlier date, but I
6   had not read them.
7      Q.   Okay.  The numbers that are contained in
8   Patheon's submission to the Court Exhibit 10, are
9   those numbers that you've generated internally is my
10  question.  I know you didn't generate what they have
11  there, but, essentially, they say there was 680,000
12  user-created files that were deleted.
13     A.   If -- if that is the total line count of
14  all of the spreadsheets, then I can imagine that that
15  could be -- they might have gotten that number from
16  the total line count of all the 37 or so
17  spreadsheets.
18     Q.   All right.  Well, let's do it a different
19  way.  I'm not -- did you generate any counts --
20     A.   No.
21     Q.   -- for number of user created documents?
22  Let's just go through the list.  Number of user
23  created documents?
24     A.   No.
25     Q.   Word documents?

Page 48

1      A.   No.
2      Q.   For Excel dot XLS or XLSX files, you
3   didn't?
4      A.   No.
5      Q.   For PPT files?
6      A.   No.
7      Q.   Really for any kind of file, you did not
8   generate any counts?
9      A.   Correct.
10     Q.   Okay.  Go ahead and take a second to read
11  through this exhibit, Patheon's submission.
12     A.   All of these numbers --
13     Q.   You're now looking at what page?
14     A.   Page 2.
15     Q.   Okay.
16     A.   All of the numbers --
17     Q.   Page 2 or page 3?  It says up on the very
18  top.
19     A.   Oh, I'm sorry, page 3 of 7.
20     Q.   All right.
21     A.   We did not generate these numbers.  So if
22  they came from our spreadsheets, then that's
23  possible, but we didn't generate the numbers.
24     Q.   All right.  And you -- you said a second
25  ago that you may have seen this document before but

Page 49

1   didn't read it.  Did you read it to prepare for
2   today?
3      A.   I did.
4      Q.   All right.  And did you have a reaction to
5   any of these numbers, were they -- did they seem high
6   to you, were you surprised by them, did it seem right
7   to you?  I mean, any sense of -- I'm going to break
8   them down a little bit in a second, but in terms of
9   the actual numbers?
10     A.   I'm not -- I really have no emotion
11  towards them either way.  I know that to say -- I
12  guess what I want to avoid is that there really can't
13  be a statistical inference to say that a high number
14  of the files listed on the sheet were Word documents
15  or Excel documents because the sheets themselves have
16  already been refined by -- by file types.  So we want
17  to provide the most valuable information, that's why
18  we limited it to just user-generated file types.  And
19  over the course of approximately 70, 71 devices, to
20  have 680,000 user-created files listed on all of
21  those Excel spreadsheets, I know that some of the
22  Excel spreadsheets had a small number, some must have
23  had a higher number to generate that hundreds of
24  thousands, and some devices had no -- no
25  corresponding Excel spreadsheet at all because there

13 (Pages 46 - 49)

Page 50

1 were no files identified. So I think taking it as a
2 whole, you know, is one way to frame it, but --
3    Q.    So let me ask -- just start with some
4 definitions. User-created file, is that literally
5 what it sounds like it should mean, that a particular
6 person handling a device created a file and saved it
7 at one time and then it got overwritten?
8    A.    Correct. The -- we use that term
9 "user-created file" because I think it makes the most
10 sense to counsel and judges and everything. Really,
11 it's the -- any file with those extensions that we
12 listed.
13        Now, it's possible to have a file with
14 that extension that's not user generated or user
15 created, but we try to cast the bigger net in order
16 to get the most information.
17    Q.    So did you generate those spreadsheets or
18 did the system do that for you?
19    A.    The EnCase software, basically you -- you
20 kind of -- to literally tell you how it works is
21 there's all the line items, you implement all the
22 filters, and then you can blue check all of the lines
23 that are overwritten and then you export it out as a
24 text document. That text document is open -- then
25 opened in Excel, formatted to make it look nice, and

Page 51

1 saved as an Excel spreadsheet.
2    Q.    So was your role -- the company's role in
3 this purely mechanical?
4    A.    Yes.
5    Q.    So, for example, in Exhibit 11, in response
6 to Patheon's submission, Procaps makes the point that
7 the overwhelming majority of these user created files
8 are picture, video, music, sound or other multimedia
9 or application file types. Is that something that
10 you would know independently from the creation of
11 these spreadsheets or does that -- you're an
12 agnostic, you really pay no attention to how they
13 broke down, you simply mechanically generate the
14 report and provide it to the parties?
15    A.    Correct. And this is information that
16 could be gleaned from the Excel spreadsheets by
17 looking at the file extensions. Say, for instance,
18 multimedia, picture, video, music or sound, if there
19 are -- we did include file extensions pertaining to
20 these types of files and, so, if you -- if one were
21 to examine all the spreadsheets and then implement
22 Excel filters to say how many of these are JPG
23 pictures, how many are MP3 audio files, then you
24 could glean this information, but I personally
25 couldn't say whether this is correct because I

Page 52

1 haven't looked at them --
2    A.    All right.
3    A.    -- in that way.
4    Q.    Fair point. The same would be true, say,
5 for temporary files; sitting here today, you couldn't
6 tell me whether -- what percentage of these files
7 listed on the spreadsheets were temporary files?
8    A.    Correct.
9    Q.    Files that might have been saved
10 automatically by the system in terms of auto save?
11    A.    Yes.
12    Q.    That sort of thing.
13        Again, your role here was purely
14 mechanical?
15    A.    Yes.
16    Q.    So, then, I could walk you through both of
17 these documents as long as I want, but what -- your
18 answers are always going to be the same, that you
19 don't know what the numbers are, you can compute them
20 and they are what they are?
21    A.    And that they could be gleaned from the
22 spreadsheets.
23    Q.    They could be gleaned from the
24 spreadsheets, but in terms of the debate between the
25 parties about the title, the file types, whether the

Page 53

1 files were auto save files or temporary files or
2 internet download dot TMP files, that's not something
3 you are able to shed any light on sitting here today?
4    A.    Correct.
5    Q.    All right. And Patheon -- or Procaps made
6 the point in their filing in Exhibit 12 that Setec
7 indicated in its report that you're not able to say
8 whether any of these files that weren't these
9 temporary type files, anyway, or graphic files or
10 picture files but substantive files, documents,
11 e-mails, you're not able to say whether they -- they
12 may not exist elsewhere?
13    A.    That's correct. So to -- what that means
14 is that if the same file names, go back to our
15 examples of A, B, C and D, if the computer has
16 multiple copies of file D which previously was
17 deleted and overwritten, it might exist somewhere
18 else in active space and have been picked up by the
19 date and keyword filter or, rather, date and keyword
20 searches or not if it wasn't responsive. So we
21 didn't do any kind of identification to see does this
22 same file exist somewhere else either on that media
23 or any of the other 70 devices.
24    Q.    Okay. Let me see Exhibit 12 there one
25 second.

14 (Pages 50 - 53)

Page 54

1    A.    Actually, is that 10?  This is 11.
2    Q.    I'm sorry, I've been saying 12.  11 is what
3  I want.
4    A.    Oh, here we go.
5    Q.    If I was saying 12, obviously, that should
6  be --
7    A.    12 is something different.
8    Q.    -- in the transcript, it should be 11, not
9  12.  I have the excuse of being very old.
10        So, on page 3 of Exhibit 11, Patheon makes
11  the point -- I'll just read it to you.  "Many of the
12  files appear to be outside the time period for the
13  forensic analysis," and is that something that you
14  have any knowledge of.  That's what Procaps, rather,
15  says about your 36 or whatever number of pages the
16  spreadsheets inventorying the overwritten files
17  appear to be outside the time period.
18        You'll notice that Patheon makes the point
19  that there were deletions after February of 2014 and
20  I mentioned to you before that the Court's deadline
21  or the Court's time period ended in July of 2013.  So
22  it wasn't clear to me how there would be information
23  about deletions after February of 2014 if, in fact,
24  you had the time filter put in there.  Are you able
25  to help --

Page 55

1    A.    I think I would have to see an example,
2  maybe, of where -- where there was a line item that
3  had a date -- or, rather, that had no dates inside
4  the time window that we're looking at.
5    Q.    So, for example, in this Exhibit Number 10,
6  you'll see for Word documents on page 2, page 3 of 7
7  of the exhibit, Procaps deleted over 4,075 of these
8  documents on or after February 26, that's 2014.  How
9  would Patheon be able to get that information if your
10  time filter was applied and the Court's time filter
11  was July of 2013?
12    A.    Oh, so, if the time filter was -- so if I
13  understand your question, we have a start time to the
14  filter, an end time to the filter, and then we have
15  another date that's long after.
16    Q.    Yes.
17    A.    What that means is even if that date is
18  after, we implemented the filter to where if any of
19  the timestamps associated to the files fell inside
20  the time filter --
21    Q.    I see.
22    A.    -- time filter, it was included.
23    Q.    I see.
24    A.    Not all of the timestamps --
25    Q.    All right.

Page 56

1    A.    -- had to be inside the filter.
2    Q.    Okay.
3    A.    Just if any of them.
4    Q.    Any of them.  I understand that now, thank
5  you.
6        And then there's a statement here, I'll
7  read it to you, "Setec did not apply the temporal
8  parameters to the inventories and based on the
9  technical limitations in the date-based metadata
10  fields, it's not clear whether Setec could have done
11  so."
12        So what I'm hearing you say is any of the
13  dates associated with the file that fell within the
14  relevant time period EnCase picked up the file?
15    A.    Yes.
16    Q.    All right.  So are there inherent technical
17  limitations in the date-based metadata fields?
18    A.    I don't know what those limitations are,
19  what they are referring to.
20    Q.    Okay.  You're saying you don't know whether
21  that's what the Court wanted or not, but if there was
22  a date within those time periods, you've got the
23  file?
24    A.    If there was any of the four timestamps
25  for each file folder, if any of those fell within the

Page 57

1  time frame, it got picked up.
2    Q.    And let's just remind me again of the four,
3  last access, file created, last written or entry
4  modified?
5    A.    Correct.
6    Q.    And I was just looking at Exhibit 12, first
7  page, to read those column headings.
8        I take it Exhibit 12, Mr. Kunkel, is an
9  excerpt from these inventories of overwritten
10  documents?
11    A.    That's what I believe.
12    Q.    All right, and Exhibit 13 would fall into
13  the same category?
14    A.    Yes.
15    Q.    And would the same be true of Exhibit 19?
16    A.    Yes.
17    Q.    So these are all excerpts from the report
18  that you gave to counsel of record?
19    A.    Yes.
20        I would be interested to know, though,
21  what -- what the purported limitations would --
22    Q.    Well, you can talk to Mr. McCoy after the
23  deposition.
24    A.    Got it.
25    Q.    This is not something you discussed with

15 (Pages 54 - 57)

Page 58

1  him before this document got submitted by -- by
2  Procaps?
3      A.    No.
4      Q.    Because you said before you had no
5  conversations with counsel after your report got
6  submitted to the parties?
7      A.    Correct.
8      Q.    All right.  So, then, to summarize, you're
9  not able to tell me whether the numbers contained in
10  Patheon's submission are right or wrong, and your --
11  because you really didn't focus on anything other
12  than your mechanical instructions to generate the
13  reports on overwritten files and by file types and
14  provide it to the parties?
15      A.    Correct.
16      Q.    Okay.  And you may have noticed when you
17  looked over these documents, there was also
18  discussion by both parties about whether search terms
19  appeared in any of these overwritten file either in
20  the folder or the file named.  Did you see that in
21  both of these submissions, do you remember that
22  discussion took place?
23      A.    Yes, as far as the -- and as far as
24  clarifying, if a -- we're talking -- we're talking
25  about if a folder or file name contains a search term

Page 59

1  versus the content of the -- of the folder or file,
2  the content is unavailable.  Whether the folder or
3  file name contains the search term is really up for,
4  you know, examination.  Anybody can look at the
5  spreadsheet and determine -- and anybody can look at
6  the spreadsheet and the list of keyword terms.  The
7  keyword terms are obviously quite complex, but
8  determine if a particular file or folder contains a
9  keyword term.
10      Q.    So, for example, you've got Exhibit 10
11  there in front of you.  Look to see under search
12  terms where Patheon says that there were 8,500
13  deleted and unrecoverable files that contain the word
14  "Patheon" in the name or the folder.  Do you see that
15  under search term discussion?  And, here, I'll find
16  it for you.
17          I'm looking now at page 5 of 7 of
18  Exhibit 10.  See the reference there to Patheon?
19      A.    Okay.
20      Q.    This -- that conclusion that there were
21  8500 deleted and unrecoverable files that had the
22  word Patheon in the name or folder, that's not
23  something that you focused on in your work?
24      A.    No.
25      Q.    And you -- sitting here today, you would

Page 60

1  have no way to tell me whether that number was right
2  or wrong?
3      A.    Not without looking at the spreadsheets.
4      Q.    And in terms of significance of a
5  conclusion like that, does that mean anything to you
6  in terms of the work that you undertook?
7      A.    Whether the word Patheon is in a file or a
8  folder name on a Procaps computer really doesn't mean
9  anything to me.
10      Q.    Okay.  Same would be true for those other
11  entries that are highlighted that Patheon went
12  through and tried to identify words, not search terms
13  but words, that were -- that appeared from the
14  documents that you generated?
15      A.    Correct.
16      Q.    And that you'd have the same answer to
17  those, that's not something that you paid any
18  attention to?
19      A.    Right.
20      Q.    And, mechanically, how would one determine
21  whether the 8500 number was correct or not?
22      A.    I think with regards to that as well as
23  some of the other numbers that are in the filing, if
24  all of the spreadsheets were compiled into maybe one
25  master spreadsheet, and then mechanically in Excel

Page 61

1  you can implement a filter on the headings and you
2  would filter on the name heading or name column and
3  say how many of these contain the word "Patheon" or
4  "softgel."  Now the Procaps customer names,
5  obviously, that's much more complex, you'd have to
6  have a list of customer names, but banner, I don't
7  know if banner is really a -- banner might be
8  something certainly not as unique as Patheon, but the
9  word "banner" probably comes up with some false
10  positives, but --
11      Q.    Why is that?
12      A.    Well, because it's a word that just shows
13  up on -- it's a normal word in the -- for one, it's a
14  normal word in the dictionary.  Two, banners can
15  refer to any -- a lot of things on the internet.  So
16  some of these file types might be, you know, HTML
17  files or something like that that just contain the
18  word "banner."  A lots of times whenever your
19  computer -- whenever you browse to an internet site,
20  you might download pictures or -- not knowingly, but
21  temporary internet files, and some of those pictures
22  might be called "banner" because they are the banner
23  on the website.
24          That's just kind of an aside.  It's really
25  not something that I've looked at on this computer,

Page 62

1  but it's, you know, off the top of my head I can see
2  how that word might be troublesome.  But the other
3  words, Patheon P-Gel, I can't imagine P-Gel showing
4  up in too many other contexts.  I don't know what
5  that is, I don't know what softgel is, but --
6     Q.    You may have consumed one at some time in
7  your life, but that's okay.
8     A.    Oh, softgel, now that you say -- maybe
9  that's referring to, what, Advil or, you know,
10  something like that.  I don't know.
11     Q.    Let's hope that you don't ever have to take
12  any medicine.  You hope to never have to know what
13  those things are.
14     A.    That's right.
15     Q.    When you get to be my age, I'm afraid you
16  can't say that.
17           So let's take a look at -- take that one
18  back.
19           Let's just take a look at Exhibit 12 and
20  work through these column headings.  So maybe you can
21  just walk us through each of these column headings on
22  Exhibit 12.  These are what you said before, this is
23  an excerpt from the inventory that you generated of
24  the overwritten -- deleted and overwritten files.  So
25  maybe -- and I know there's some -- looks like some

Page 63

1  of the file headings appear multiple times because of
2  the way the document was printed, but maybe you can
3  just walk us through the file headings that are
4  unique and just explain each one.
5     A.    Yes.  So the name --
6     Q.    Let me -- so that counsel knows what
7  Exhibit 12 is, this was the exhibit where the name is
8  is P-Gel projects 12-1029, one of the exhibits that
9  was sent to me and to Mr. Kunkel by Patheon.
10     A.    It appears as though the first page of
11  this exhibit is kind of a compilation of certain
12  parts of the second, third, fourth, fifth pages, but
13  if you want to talk about the headings --
14     Q.    Yeah.
15     A.    The name is what you would think of for a
16  file name or a folder name.
17     Q.    Where did you get that from or where does
18  EnCase get that from?
19     A.    From the master file table.
20     Q.    All right.
21     A.    The file extension is, in this case, it's
22  MSG.  It's the -- it's the way a Windows computer
23  identifies what application is used to open a
24  particular file.
25     Q.    And is that also from the master file

Page 64

1  table?
2     A.    Well, it's contained in the name.
3     Q.    All right.
4     A.    So yes.
5           The --
6     Q.    If you know the name, you're going to know
7  the extension, the file extension?
8     A.    Right.
9     Q.    All right.
10     A.    The description, that is really an EnCase
11  field that shows the different attributes to the
12  entity.  So, in this case, it's telling us that this
13  is a file, it's been deleted, it's been overwritten
14  and it archived.  The word "archive" in this case
15  dates back to kind of the beginning of computers when
16  certain things were archived or not archived, but
17  it's really meaningless in this context.  It doesn't
18  mean zip file or other kind of archive file.
19           Last accessed is a timestamp that's
20  contained within the master file table.  A lot of
21  different things can access a file and update that
22  timestamp, but in general, it is the last time a file
23  was interacted with by either the user or sometimes
24  by other applications on the computer.  This
25  timestamp is continually updated every time a file is

Page 65

1  accessed.
2     Q.    All right.
3     A.    File created, also contained in the master
4  file table.  It is not the absolute time that a file
5  was created into existence.  It is the time that a
6  file was created on that file system.  So what I mean
7  by that is if you were to copy one file from one
8  place to another, from one computer to another, it
9  doesn't necessarily maintain that same file created
10  timestamp; usually, that's the time when it was
11  created on that location.
12     Q.    All right.
13     A.    These timestamps are going to be
14  reflective of Greenwich Mean Time.
15     Q.    Okay.
16     A.    Last written is the timestamp that is also
17  saved in the master file table and it is the last
18  time that a document was opened and saved, typically
19  opened, changed and saved, and that timestamp does
20  get retained from previous copies.  So, in general,
21  if you copy a document from one computer to another,
22  the last written timestamp doesn't change, but the
23  created timestamp does.  That comes into play
24  sometimes when there's a perceived contradiction.
25           Entry modified.  Entry modified is not a

17 (Pages 62 - 65)

Page 66

1  timestamp that is attributed to the file so much as
2  it is the last time -- it's actually attributed to
3  the entry in the master file table. It's a very
4  complex timestamp. It basically means it's not
5  referring to the file, it's referring to the master
6  file table entry, and what that means is anytime the
7  master file table entry is updated with anything,
8  that timestamp gets updated.
9      Q.    Very good.
10     A.    In general, it is consistent with the most
11  recent of all the other timestamps.
12     Q.    Right.
13     A.    Logical size, this is in bytes, 64,000
14  bytes in this case.
15          Full path, this is the directory structure
16  path to the particular file.
17     Q.    That comes from?
18     A.    The path information is in the -- is in
19  the folder structure, but the master file table
20  essentially keeps track of where the file is.
21     Q.    But does EnCase pick that up from the
22  master file table or does it simply know where that
23  document came -- was residing at least in terms of
24  the file name itself?
25     A.    Right, I would say that the way EnCase

Page 67

1  knows where the file is inside the path comes from
2  the master file table.
3      Q.    The information that's contained in full
4  path, that's software generated, you --
5      A.    Right, right, right. That's not something
6  that we put in there.
7      Q.    You played no role?
8      A.    Right, exactly.
9      Q.    So EnCase is directed to identify the file,
10  the path of the file, and is able to secure that
11  information from its review of the imaged
12  information?
13     A.    Yes, except for that the way EnCase works
14  is it puts the evidence item and the case item
15  -- when you open up EnCase, you have a case and then
16  you add evidence items to the case. EnCase appends
17  or, rather, precedes the path with that case -- case
18  name and evidence item and then the drive letter.
19          So, in this case, the case name for EnCase
20  for this particular evidence item is 767-029_ACortesi
21  and the evidence item is 767-029_ACortesi and
22  then it puts the drive letter E because it is the C,
23  D, E, third partition on the hard drive. Whether
24  that E is actually the E drive that the user sees,
25  that's -- that is irrelevant.

Page 68

1      Q.    All right.
2      A.    And from then on, what you have is the
3  actual path of what the user would see. In this
4  case, this is a special case where we have the words
5  "lost files" at the beginning. What that means is
6  that this particular line item is, I'd say, not a
7  great example for explaining what all these headers
8  mean because it's been picked out as one of interest.
9  The reason it's probably of interest is because it's
10  a lost file. What a lost file means is that what --
11  EnCase takes any file that path information is not
12  available from the master file table and puts it in
13  this folder called "lost files."
14     Q.    I see.
15     A.    It's kind of a catchall folder.
16     Q.    So I'm looking at Exhibit 13 and it
17  contains the partition D, not E, and then says,
18  "Recovered folders."
19     A.    Yes.
20     Q.    And what would that mean?
21     A.    Recovered folders is a different kind of
22  catch file -- catchall folder. There's really only
23  two, lost files and recovered folders. These are
24  catchall folders that EnCase creates to put data that
25  it doesn't -- it doesn't have any other place to put

Page 69

1  it in.
2      Q.    So where does the actual path that the user
3  would see on a computer begin and the full path
4  description on Exhibit 12 or Exhibit 13? Let me give
5  you this one as well.
6      A.    In this case, we only have a portion of it
7  and that portion is what exists after the lost files.
8  There's another folder 001-noviembre-03 and then
9  subfolders beyond that, but the point is that EnCase
10  doesn't know where to put that to start because that
11  information is gone, but it does contain the sub --
12  subfolder information.
13          In the case with recovered folders, that's
14  a little bit different, but --
15     Q.    You're now looking at Exhibit 13?
16     A.    Yes. That is where the folder that the
17  these files were located in, the top folder doesn't
18  exist and we don't know what it is, but these were
19  recovered through a different follow-up process.
20  Lost files are -- are typically presented right at
21  the onset and you have to run an additional process
22  to get these recovered folders, so that's why --
23     Q.    But the information that's there is
24  EnCase's effort to figure out where the file was
25  located on a particular partition?

18 (Pages 66 - 69)

Page 70

1    A.    Yes.
2    Q.    All right.  So let's move to the next page.
3          THE VIDEOGRAPHER:  Five minutes left.
4          MR. BARKETT:  All right.  Let's see if we
5    can finish this document with this -- actually,
6    why don't we just change the tape now.
7          THE VIDEOGRAPHER:  Off the record.  The
8    time is 11:04 a.m.
9          (Brief recess was taken.)
10         THE VIDEOGRAPHER:  We are back on the
11   record.  The time is 11:11 a.m.
12   BY MR. BARKETT:
13   Q.    So, Mr. Kunkel, we were going through these
14   column headings and you're now on page 2 of
15   Exhibit 12 and the word "filter" I think is the next
16   word.
17   A.    Yes.  The -- so the filter in this case
18   has to do with all of the different filters that you
19   can put into EnCase.  This is not complete, this is
20   actually a much longer elaborate filter, but it's
21   what shows up in the -- in the export.
22         In report, that's an EnCase specific item.
23   It's really meaningless in this context.
24   Q.    File extension appears again.
25   A.    Yes.

Page 71

1    Q.    It was on page 1.
2          File type.
3    A.    File type is -- it's really EnCase's
4    attempt at resolving what the file extension means in
5    context.  So, in this case, MSG -- MSG is usually a
6    Microsoft Outlook e-mail, so EnCase reflects that it
7    is a Microsoft Outlook item.
8          File category also is more of a
9    broad -- broader than the file type, tries -- EnCase
10   tries to lump files into different categories for
11   ease of review.  In this case, the category is mail.
12   In some other cases, it can be document system file,
13   things of that nature.
14   Q.    Now, again, this is something that EnCase
15   does because of the way the software is designed, not
16   because of the way you directed it?
17   A.    Correct.
18   Q.    All right.
19   A.    Signature, signature has to do with
20   how -- the signature is really the beginning of a
21   file regardless of its file extension and EnCase will
22   look at what a file -- what signature files are as
23   well.
24   Q.    This is the file name?
25   A.    No, this is kind of the -- the first bits

Page 72

1    and bytes of a file.
2    Q.    Okay.  So it's computer code?
3    A.    Right.
4    Q.    And that gets translated into sometimes
5    into literally letters or words?
6    A.    It can.
7    Q.    Now I'm looking at, on Exhibit 13,
8    signature is blank.  It's blank, I don't know if it's
9    blank on Exhibit 12 as well.
10   A.    Yeah, it's blank because when this was
11   generated, the signature analysis hadn't been run;
12   it's a follow-on step.
13   Q.    Not necessary?
14   A.    Not necessary for this since we filtered
15   on file extension.
16   Q.    All right.  And description is repeated
17   from the earlier -- from the first page and then you
18   see the phrase "is deleted."
19   A.    Is deleted is boolean, it's either yes or
20   blank.
21   Q.    And that comes from the master file table?
22   A.    The master file table tells whether a file
23   is deleted or not, so yes.
24   Q.    And then we see again the four dates we
25   talked about before and there's a file deleted

Page 73

1    column.
2    A.    File deleted is a timestamp if it exists
3    and where that is retrieved from is not from the
4    master file table, it's actually only present in
5    instances where a file has been sent to the recycle
6    bin or the recycler and either it's still there or
7    has been deleted from there and that actually comes
8    from a different log that's maintained inside the
9    recycle bin itself.
10   Q.    I see.  And EnCase surveys that log?
11   A.    Yes, and fills that timestamp if it --
12   Q.    If it appears?
13   A.    If it appears.
14   Q.    Very good.
15         So logical size we talked about already.
16         The next page is initialized size.
17   A.    Yeah.  The logical size, initialized size
18   and physical size are all different ways of
19   reflecting how much data the file takes up, and it
20   really -- the differences have to do with the amount
21   of data that's in a cluster versus a sector.  When a
22   file -- when a file is saved to a computer, if
23   it -- if the data inside that file occupies any
24   amount of a cluster, I believe, then the remaining
25   portion of that cluster is no longer available to be

19 (Pages 70 - 73)

Page 74

1  attributed to a different file.
2        So you might have a file that represents
3  five clusters and a portion of a sixth, that means
4  all six clusters are attributed to that one file and
5  that's the physical size. So that's why it's a
6  little bit bigger.
7     Q.   How many clusters in a sector?
8     A.   I don't know offhand -- oh, the sectors
9  are smaller than clusters.
10    Q.   Okay. How many sectors in a cluster?
11    A.   I'd -- I'd have to look it up.
12    Q.   No problem.
13         And how does the computer know this
14  information for a file that's been overwritten, how
15  does EnCase determine that?
16    A.   It's really just what still there in the
17  master file table.
18    Q.   Master file table records this information?
19    A.   Yes.
20    Q.   So, even if a file is overwritten, this
21  information will still appear?
22    A.   Yes.
23    Q.   Okay. And starting extent?
24    A.   Starting extent is a -- it has to do with
25  similar to a physical location further on down and

Page 75

1  physical sector, these are different ways that EnCase
2  identifies where the file is.
3     Q.   Physically?
4     A.   Physically on the drive.
5     Q.   On the drive, very good.
6          Then file, is extents, there is that
7  extensions or --
8     A.   No, that's -- I believe that's always one
9  or zero, but it's not something that I think I can
10  describe.
11    Q.   I'm looking at Exhibit 13, there's numbers
12  43, 0 --
13    A.   27 -- I think they correspond to
14  something, but -- obviously, but I couldn't tell you
15  offhand what exactly that is.
16    Q.   All right. And permissions?
17    A.   That has to do with whether a file has any
18  kind of permissions attributed. Most files do have
19  some kind of permission and that has to do with
20  Windows user profiling and things like that.
21    Q.   Right. That means, for example, I can
22  control, if I want to, I can tell -- in Windows, I
23  can say that no one should be able to look at this or
24  look at that if I wanted to create a profile that
25  says I can only look at things?

Page 76

1     A.   Yes, but by default, that's generally
2  always the way it is.
3     Q.   And references?
4     A.   I believe that means -- I think that has
5  to do with link files and if a shortcut or a link
6  file points to it, then you might see a reference
7  there, but if not, then it would be zero.
8     Q.   Physical location and physical sector,
9  we're now starting to map the drive?
10    A.   That's -- that's the actual location
11  physically on the hard drive.
12    Q.   So there are numbers associated with the
13  hard drive, a sector, a cluster?
14    A.   Exactly.
15    Q.   That's how you can find things if you want
16  to?
17    A.   Yes.
18    Q.   Sort of like a GPS for a hard drive?
19    A.   Exactly, because the data is all in one
20  linear -- the data on a hard drive is linear and, so,
21  it starts with sector zero and goes to sector --
22    Q.   Whatever?
23    A.   Whatever, and through that number, you can
24  go to where it starts.
25    Q.   All right. Now you described before

Page 77

1  evidence file, the name. Now, did you assign this to
2  EnCase or did EnCase create it itself?
3     A.   This is the name of the item when it was
4  imaged. This is the evidence item --
5     Q.   I see?
6     A.   -- that we create.
7     Q.   So, at the time of imaging, you give it a
8  description?
9     A.   Exactly.
10    Q.   And EnCase picks that up?
11    A.   Yes.
12    Q.   But 767-029 applies to this entire case?
13    A.   No, that is this -- that's a designator
14  for this particular evidence item.
15    Q.   So there would be different numbers for
16  different evidence items?
17    A.   Actually --
18    Q.   I have 767-029 for Exhibit 13 as well.
19    A.   Yeah, that's actually going to be the
20  whole case, yeah.
21    Q.   So then the distinction would be the
22  individual might change?
23    A.   Yes.
24    Q.   Depending on whose device you are imaging?
25    A.   Yes.

20 (Pages 74 - 77)

1    Q.    And file identifier?
2    A.    That has to do with -- I couldn't say
3  right now.
4    Q.    Doesn't sound like it's going to control
5  anything at the end of the day?
6    A.    No.
7    Q.    And code page?
8    A.    Code page has to do with the way text is
9  formatted in a -- in a document and zero corresponds
10  with a particular -- I think that means that there
11  are no code pages associated to this document.
12    Q.    And then hash value and hash set?
13    A.    Hash value and hash set has to do with --
14  the hash value is blank because we don't actually
15  have the file to hash it out.
16    Q.    Hash it out. Meaning it's a unique
17  identifier electronically for the file?
18    A.    Exactly.
19          Hash set, if we had run a -- if we had --
20  a hash set is a library of hash values. If we had
21  that in this case, this would tell us whether or not
22  this was part of the hash set.
23    Q.    And we go to the last page, the short name?
24    A.    Short name has to do with every file has a
25  short name and that pertains to previous versions of

1  Windows could only contain files that had certain
2  number of characters.
3    Q.    Right.
4    A.    And, so, every file subsequently has a
5  corresponding short name.
6    Q.    Very good.
7    A.    It's never used -- unique name is never
8  used.
9    Q.    It's a category in EnCase but not generated
10  here?
11    A.    Right.
12    Q.    The original path as opposed to full path?
13    A.    Original path is the -- in the case of
14  overwrote data, original path is the file that
15  overwrote the old file. This can be multiple, but it
16  only -- EnCase is only ever going to tell you one,
17  but in context, we know that this file P-Gels
18  projects-121029-update AF.msg is overwritten and
19  EnCase, through the master file table, tells us that
20  this other file, One Touch UltraMini-2010-Colombia,
21  material de empaque.pdf is the file that now occupies
22  the space that once occupied -- was occupied by the
23  old file.
24    Q.    Okay, but it's called original path?
25    A.    Right, because in different contexts that

1  means something else, but in the case of overwritten
2  files, that's what it means.
3    Q.    All right. Symbolic link?
4    A.    Symbolic link is if you have a shortcut
5  file or a link file, it tells you where the target of
6  that link is.
7    Q.    And then the words "is duplicate," again,
8  this is, I take it, a boolean yes or no?
9    A.    Yes, that is is boolean and I believe that
10  populates after the -- if you were to run an analysis
11  comparing hash values, you could see if it was a
12  duplicate file.
13    Q.    I see. And is internal?
14    A.    That's something that almost never used.
15  I'd have to look it up what that means.
16    Q.    Okay. And is overwritten?
17    A.    That's boolean as well.
18    Q.    That comes from the master file table?
19    A.    Yes.
20    Q.    Let me take a look at Exhibit 19 to see if
21  there were any of these column headings that we've
22  not talked about.
23    A.    And I believe, based on memory, that the
24  column headings here represent all of the possible
25  column headings that EnCase has, but at any time, you

1  can select or deselect --
2    Q.    Sure.
3    A.    -- particular ones to export.
4    Q.    Makes perfect sense. Okay, very good.
5          So let me just -- I want to ask you, I
6  don't know whether you'll be able to answer these or
7  not, Mr. Kunkel, given what you've described already,
8  but from any of your work or the work of the folks
9  that work for you, did you detect -- I'll use the
10  word evidence -- any evidence that any documents or
11  files were deleted for a particular purpose?
12    A.    No.
13    Q.    So, for example, because of this
14  litigation, documents, you couldn't tell why they
15  were deleted?
16    A.    No, we didn't -- we didn't do -- to answer
17  your question, my answer is not no, nothing was
18  deleted for this reason, it was we didn't identify
19  anything like that.
20    Q.    All right. And did you undertake to do
21  that, to try to identify anything like that?
22    A.    No.
23    Q.    All right. Do you, from your review of
24  your overwritten file report, did any individuals
25  stand out for any reason, either because of numbers

21 (Pages 78 - 81)

Page 82

1 of documents associated with that individual or file
2 types or anything like that come to your attention
3 either by accident or because you happened to just
4 notice and said to yourself, gosh, this is unusual?
5    A.   No.
6    Q.   Nothing like that.
7         Did you see any patterns at all in the
8 missing -- in these documents that were overwritten?
9    A.   We didn't look for patterns.
10   Q.   Didn't look for patterns.
11        You didn't really -- again, I'm going to
12 go back to my original point, this was purely a
13 mechanical exercise?
14   A.   Yes.
15   Q.   So, sitting here today, you couldn't tell
16 us why anything might have been deleted, assuming
17 that it wasn't a computer-generated deletion, let's
18 take those out of it for a moment because I know
19 computers generate files and delete files all the
20 time or software does, but in terms of individuals,
21 you couldn't tell me why a particular e-mail before a
22 limit was reached, the 1 gigabyte, might have been
23 deleted, why a Word file might have been deleted, why
24 a spreadsheet might have been deleted that was not
25 going to be automatically deleted by the computer

Page 83

1 system?
2    A.   Correct.
3    Q.   And there's nothing about your work that
4 could have given you insights in that respect?
5    A.   Only looking at the product, which are the
6 spreadsheets, with the aim of identifying anything
7 like that, I haven't done any, you know, examination
8 of the spreadsheets with that aim, so no.
9    Q.   Okay.  So your work product was the
10 end -- the mechanical work product was the end of
11 your work?
12   A.   Yes.
13   Q.   All right.  Okay.  So why don't I turn
14 over -- I've used about almost an hour and 40 minutes
15 of my time, I guess you can tell me directly how much
16 time I've used altogether, but why don't I turn it
17 over to you, Mr. Cahill, to go next.
18        And, let's see, you want to just sit there
19 and work from there?
20        MR. CAHILL:  Sure, that's fine.
21        MR. BARKETT:  You know the exhibit
22   numbers.
23        MR. CAHILL:  I've got the exhibit numbers.
24   If you could just -- you may have to physically
25   hand --

Page 84

1        MR. BARKETT:  I'll be happy to do that.
2        MR. CAHILL:  -- the exhibits, that would
3   be very helpful.
4        MR. BARKETT:  I'm a very good Vanna White.
5        So you tell me whatever numbers you want
6   me to use and I'll give it to him.
7        MR. CAHILL:  Sure.
8             CROSS EXAMINATION
9 BY MR. CAHILL:
10   Q.   Mr. Kunkel, my name is Bob Cahill.  I
11 represent Patheon in this case and I'm going to do my
12 best not repeat anything that Mr. Barkett covered,
13 but I do want to clarify some things you testified
14 to.
15        You testified earlier that you gave the
16 example of four types of documents, an A, a B, a C
17 and a D?
18   A.   Yes.
19   Q.   Remember that?
20        And one of those, C, was a document that
21 had been marked for deletion but not overwritten?
22   A.   Correct.
23   Q.   And then there was another category that
24 was marked for deletion and was overwritten?
25   A.   Yes.

Page 85

1    Q.   The only documents that the report
2 contained, so we've been looking at Excel
3 spreadsheets, were the documents that were marked for
4 deletion and overwritten?
5    A.   Yes.
6    Q.   Was there any report prepared for documents
7 that were marked for deletions but not overwritten?
8    A.   No.
9    Q.   Did Setec do anything to uncover the
10 documents that were marked for deletion but not
11 overwritten?
12   A.   What do you mean by "uncover"?
13   Q.   Did you try to find those documents?
14   A.   Yes, they were included in the date and
15 file type filters extracted out along with the active
16 data that fell within those filters.  They were
17 subjected to the same keyword searches and provided
18 down the electronic discovery path.
19   Q.   So if a document was marked as deleted and
20 not overwritten, it was included with the active
21 files that were sent off to be processed and then
22 produced in the case?
23   A.   Yes.
24   Q.   How is a document marked for deletion?
25   A.   In what way?

22 (Pages 82 - 85)

Page 86

1   Q.   So you said that the master file table
2   denotes that a document has been, I think what you
3   said, marked for deletion?
4   A.   Right.  I used the term marked for
5   deletion because the document hasn't been deleted
6   yet.  I think everybody kind of has their own maybe
7   preconceived notions of what the definition of the
8   word deleted is.  So I try to use the phrase "marked
9   for deletion" because the -- the file is essentially
10  no longer available to the -- to the user.  Maybe it
11  has gone to the recycle bin and the recycle bin has
12  been emptied or maybe it has been deleted by the
13  computer, by the operating system.  There's a number
14  of different ways that a file can be deleted, but the
15  background of what happens in that process is that
16  the master file table, when either the operating
17  system or the user sends a command saying to delete a
18  file, the master file table recognizes -- goes to
19  that entry and recognizes that this space is now
20  going to be made available for new data or going to
21  disassociate it or, you know, we're going to
22  disassociate it to -- to the previous file and make
23  it available now.  So, as far as marked for deletion,
24  what that means is that master file table recognizes
25  that this is now usable space for new data.

Page 87

1   Q.   How can a file be deleted?  You had
2   mentioned -- gave an example about a recycling bin
3   being emptied.  Can you just tell me all the ways
4   that you know that a file can be deleted and let's
5   talk about user-created files, let's not talk about
6   machine files.
7   A.   Okay.  So a user generated file can still
8   be deleted by -- well, let me ask you to define what
9   you mean by user generated file.
10  Q.   Let's use -- the order actually defines
11  that term, the Court's forensic analysis order, so
12  let's just use that.  So this is in paragraph 9 of
13  Exhibit 5, if you have it.
14        MR. BARKETT:  I'll give it to you right
15  now.
16  BY MR. CAHILL:
17  Q.   So, look at the last sentence of paragraph
18  9 and it reads, "As used in this order, the term
19  'user-created files' means any file created by a
20  human being and does not include any file created by
21  a machine or a file necessary for normal operation of
22  a computer system."  Did I read that correctly?
23  A.   Yes.
24  Q.   So let's use that definition for
25  user-created file.

Page 88

1   A.   Okay.  So you want to know what are the
2   different ways a user can delete a user-generated
3   file.  For one, the file itself or the folder that
4   the file is contained in can be sent to the recycler
5   or the recycle bin and then either specifically
6   deleted again from the recycle bin or have the
7   recycle bin emptied.
8   Q.   And before you go any further, how does a
9   document get sent to the recycling bin?
10  A.   If you select the document, you can right
11  click it and say delete.
12  Q.   So if you hit the delete button, that
13  document ends up in what you're calling the recycle
14  bin?
15  A.   Yes.
16  Q.   And then you're saying the next step is
17  then you can delete it out of the recycle bin?
18  A.   You can delete -- you can go into the
19  recycle bin and target a particular file and hit
20  delete again, that would empty it from the recycle
21  bin, or you could empty the recycle bin wholesale and
22  that would delete all of -- all of the files and
23  folders inside the recycle bin for that user.
24        You could also go to a file or a folder
25  and right click and hold down the shift button while

Page 89

1   you hit delete and that will actually bypass the
2   recycle bin and it will delete it in place.
3         Those are really the built-in ways that
4   the Windows operating system allows for files to get
5   deleted.  Another -- you can also cut a file to a
6   different location.  So, for example, if you have a
7   thumb drive or a USB hard drive plugged into your
8   computer.  If you select a folder on your computer
9   and select to cut the folder and then paste it to
10  another location, whether it's a hard drive or any
11  other location, the result would be the files would
12  be active on the new location but they would be
13  deleted from the original.  This would be a context
14  where, to the user, I could see that there's really
15  no thought process behind deletion because, really,
16  it's a cut and paste, but to the forensic examiner,
17  that type of a cut would look the same as a deletion.
18  Q.   Do you know if any of the custodians here
19  performed one of those cuts?
20  A.   I have no idea.
21  Q.   So, other than the ways you've described so
22  far, are there any other ways that a document can be
23  deleted by a user?
24  A.   Those are really the built-in Windows
25  ways.  Of course, there's all kinds of third party

23 (Pages 86 - 89)

Page 90

1  software that could be involved to wipe files or
2  delete files or clean up your computer, things like
3  that, and for that, really, the list would be
4  innumerable, but for the typical ways that user
5  deletes a file and the ways that Microsoft allows for
6  a user to delete a file, those would be it.
7          The cutting and paste would actually show
8  up -- I believe it would show up on the same
9  computer, too. So even if -- even if you -- I know
10 it would show up between partitions. So if you had
11 one partition -- if you had two partitions and you
12 cut data from one partition to another partition, it
13 would show as deleted from the first. I don't know
14 if that would -- if it would do that within the same
15 partition, but that's kind of my thoughts on that.
16     Q.   Did you look to see whether or not there
17 were any -- any of this wiping software was used?
18     A.   No -- no. If we did, it would have been
19 part of the order, but we would have had to have been
20 ordered to do that. If it was in the order, then I
21 know that we did it. It would have been, you know,
22 year and a half ago, but I don't believe that was
23 part of the order.
24     Q.   No, I'm not saying it was. I was just
25 asking if you recall --

Page 91

1     A.   No.
2     Q.   -- looking at that.
3     A.   No, we -- I don't recall.
4          MR. BARKETT: Let me just interrupt you
5  for one second, Mr. Cahill.
6          Did you see any evidence of that in any of
7  the work that you did?
8          THE WITNESS: No.
9          MR. BARKETT: And would the work that you
10 have done produced such evidence?
11         THE WITNESS: Not necessarily.
12         MR. BARKETT: Thank you.
13         MR. CAHILL: Sure thing.
14 BY MR. CAHILL:
15     Q.   So, for documents that were marked for
16 deletions but not overwritten, how could I tell if a
17 document in the document production was deleted but
18 recovered?
19     A.   Do you mean the document production, what
20 was produced to you?
21     Q.   From Procaps, right.
22     A.   Procaps.
23         I don't know that you could.
24     Q.   If you -- why don't you look at exhibits --
25 let's start out with 14.

Page 92

1     A.   Actually, yeah, let me add more to that.
2  I know that there's certain examples where you might
3  have come across -- we talked about the lost files
4  and the recovered folders folders that EnCase
5  generates. If you see those in the production, then
6  I would say you know that those were recovered from
7  having been deleted, but if -- the absence of those
8  doesn't necessarily mean that the file was active. I
9  think that should help clarify.
10    Q.   Okay. Let's see if we can go through this
11 here. One thing before we start, you mentioned that
12 there was a phone call between me and you about
13 certain aspects of the deposition. Do you remember
14 if that phone call was with a person by the name of
15 Mr. Siegel rather than me?
16    A.   Oh, actually, that -- that might be true.
17 I know it was Patheon's counsel. I don't recall if
18 it was you or Mr. Siegel.
19    Q.   Yeah, it wasn't me, but --
20    A.   Okay, all right.
21    Q.   That's fine, I just wanted to clarify that
22 for the record.
23         If you look at Exhibit 14, this is a
24 document that we received in the document production.
25 And then the second page is a list of the metadata

Page 93

1  associated with that document. And if you look at
2  the ED source line, do you see that?
3     A.   Yes.
4     Q.   What do the words in that ED source line
5  mean?
6     A.   Camilo Suarez.pst/hard deleted/untitled
7  folder (0X0)/calendario. So, when -- everything up
8  until now that we've been discussing during this
9  deposition has really had to do with files, files and
10 folders being deleted. What we are talking about now
11 is e-mail.
12         E-mail, we kind of talked at the beginning
13 of this deposition how e-mail is saved inside the PST
14 files. You might have thousands of e-mails inside
15 one PST file. Those e-mails themselves don't --
16 don't get reflected in the master file table at all.
17 They are all contained in one single file, the PST
18 file. The PST file does get reflected the in master
19 file table.
20         So the master file table keeps track of
21 files and folders. The e-mails are part of a PST, so
22 the master file table doesn't look inside the PST.
23 So what we did -- so everything that we've talked
24 about has had to do with files and folder on the
25 computer that are contained in the master file table.

24 (Pages 90 - 93)

Page 94

1  In this case, what we are talking about is an e-mail,
2  so in order to recover deleted e-mails we do it a
3  different way where we -- deleted e-mails, individual
4  e-mails inside the PST, when you delete an e-mail
5  inside a PST, it stays within that PST in what's
6  called its white space. So what we do is run a
7  process to try to recover what we call hard deleted
8  e-mails, which are e-mails that have been deleted
9  from PST either by sending to the deleted items
10  folder in the PST and then emptied from there, or
11  very similar to a recycle bin on your computer, you
12  can delete an e-mail and send it to the deleted items
13  folder and empty it, you can send it to the deleted
14  items folder and target that e-mail and delete it
15  again, or you can hold down shift and hit delete on
16  an e-mail and that will bypass the deleted items
17  folder and go straight to the white space of the PST.
18      So what we did is we took the PSTs, we
19  recovered what e-mails we could from the PSTs, and
20  those were lumped together in a folder called hard
21  deleted. Now, hard deleted e-mails don't always
22  retain any kind of a folder structure. In this case,
23  we've gotten untitled folder, we don't know what the
24  name of that folder is. And different from files on
25  a computer, when you recover hard deleted e-mails,

Page 95

1  you're essentially left with what you have recovered.
2  There's no way of knowing what you didn't recover.
3  Whereas the files on the computer, we know to a
4  certain degree what we didn't recover, these were the
5  files that were deleted and overwritten.
6      When it comes to e-mails, you can't see
7  what you couldn't recover, you can only see what you
8  can recover. So we recovered what we could from the
9  hard deleted e-mails, subjected those to the same
10  date filters and keyword searches and provided those.
11      So this ED source, I have to be clear that
12  this -- this exact screenshot that's provided in the
13  exhibit is not something that we created. I can only
14  assume it was something that was produced to you.
15  The interface here is something that I can only
16  assume was part of the formatting that happened after
17  Setec's involvement and before your production, but I
18  do recognize that the ED source, while I can't really
19  say exactly what ED source means as far as what that
20  nomenclature is referencing, I do recognize that,
21  through the path, this path is consistent with an
22  e-mail coming from having been recovered from being
23  hard deleted from this particular PST file.
24      Q.  So if the metadata in a document in this ED
25  source category has those words "hard deleted," does

Page 96

1  that indicate to you that it was a document that was
2  deleted but recovered?
3      A.  Yes.
4      Q.  And let's go to Exhibit 15, which is
5  another e-mail with the metadata snapshot at the last
6  page. And if you look at the ED source there, do you
7  see where there's the -- is it backslash deleted
8  items?
9      A.  Yes. There's the forward slash deleted
10  items. Deleted items in this case is not the hard
11  deleted recovered items that we used forensic tools
12  to get. This is actually the built-in Microsoft
13  Outlook folder deleted items. So what this indicates
14  is that this e-mail was not recovered from having
15  been deleted, it was recovered from essentially the
16  recycle bin of the PST.
17      Q.  So the user -- this is a document, though,
18  that was deleted by the user, is that right?
19      A.  It was not deleted, it was sent to the
20  deleted items folder. The deleted items folder is
21  really just another folder, it's just titled deleted
22  items, just like the recycle bin on your computer is
23  just another folder called recycle bin. These files
24  are not deleted in the sense of the way I use the
25  word deleted, they are -- and they are not marked for

Page 97

1  deletion in the master file table, or in this case,
2  the PST, they are in a folder that has a special -- a
3  special role to collect items that have been sent to
4  it for that reason.
5      Q.  And how does the document get into that
6  deleted items folder?
7      A.  Something I covered earlier, deleting the
8  e-mails, you would right click and hit delete, it
9  goes to the deleted items folder. It's still
10  recoverable from there by the user, not by a forensic
11  tool -- well, a forensic tool can get it, too, but
12  the user can as well.
13      Q.  So if the user hits the delete button, the
14  e-mail will end up in the deleted items folder?
15      A.  Yes.
16      Q.  And then if you delete the item from the
17  deleted items folder, that's when it would get marked
18  for deletion?
19      A.  It -- right, it gets marked for deletion.
20  Marked for deletion is a term I was using in
21  reference to the master file table. In the -- for a
22  PST, it's essentially the same thing, it gets
23  available to be overwritten by a new e-mail in this
24  case.
25      Q.  Got it, okay. That's helpful.

25 (Pages 94 - 97)

Page 98

1    Let's go to Exhibit 16.  This is, again,
2  another document with the metadata snapshot on the
3  back page.  So the same question I asked you before,
4  if you look in the ED folder, there's /$recycle.bin?
5    A.    Yes.
6    Q.    What does that indicate?
7    A.    This was a file that was recovered from
8  the recycle bin.  What you'll see on a computer
9  forensically is that every -- there's not just one
10  recycle bin for a computer, there's a recycle bin and
11  then a subfolder which is this long code.  That code
12  is specific to a user on the computer.  Every user
13  has essentially their own recycle bin.
14    So, in this case, what we see is the
15  recycle bin that is specific to a particular user and
16  then a folder Patheon mails, and then another folder
17  Yvonne Romero, and inside that folder would be the
18  question on Procaps capabilities.pdf.  What this
19  tells me is that the file was recovered from the
20  recycle bin on the computer.
21    Q.    And how does the document get in the
22  recycle bin?
23    A.    By a user hitting delete or you can drag
24  it, too.  The recycle bin, you can drag a file to
25  the -- that's something I didn't cover earlier.  I

Page 99

1  spoke only of the right click delete method.  On a
2  computer, you can also just drag things to the
3  recycle bin.
4    Q.    So you're saying you take the icon, click
5  on it with the mouse, drag it over and then drop it
6  into the recycle bin?
7    A.    Yes.
8    Q.    And let's go to the last document here,
9  Exhibit 17.  Again, I'm going to have the same
10  question.  On the metadata snapshot on the last page,
11  do you see where it says lost files in that ED
12  folders?
13    A.    Yes.  So this is the lost files folder
14  that EnCase generates as a place to store files and
15  folders that it doesn't have the full path for;
16  they've already been deleted.
17    Q.    So, for this document, did the user put
18  this document in the recycle bin or the deleted items
19  folder?
20    A.    We don't see that that's -- that's not in
21  the evidence, but -- yeah, so I couldn't say whether
22  this file was targeted for deletion by a user, could
23  have also been deleted by the computer, if there's
24  a -- I also couldn't tell you if there's another copy
25  of this file somewhere else.  The fact that it's not

Page 100

1  in the recycle bin like the last file really just
2  means that it wasn't -- we don't see evidence that it
3  was sent to the recycle bin.
4    Q.    You mention that the file may have been
5  deleted by the computer?
6    A.    Yes.
7    Q.    How would that happen?
8    A.    Similar to one of the things we talked
9  about earlier where a lot of times we will see three
10  copies of a deleted -- three entries in the master
11  file table of deleted files and one that's active and
12  it actually represents the same file because your
13  computer can move data around to maximize things like
14  efficiency and -- and things like that.
15    Q.    So can you reach any conclusions by like if
16  this document was in the lost files, is there
17  anything that you can glean from that?
18    A.    Not from that alone.
19    Q.    What else would -- what else could you look
20  at to determine where -- how that --
21    A.    Well, I would also want to know how many
22  other files were in -- in the lost folder -- sorry,
23  lost files on this particular computer because, you
24  know, maybe there were five or maybe there were a
25  million.

Page 101

1    Q.    And what -- does the fact that there might
2  be five or there might be a million tell you
3  anything?
4    A.    Well, if there's a million, it would tell
5  me something.  It would tell me that this is not
6  something that the -- this is something that the
7  computer must have done because if the entire
8  computer has kind of purged itself, you know, and
9  then we see the same files again in the active space,
10  I would think, you know, that's certainly quite
11  strange, but I would want to -- you know, I'm an
12  investigator, I would want to see more context to
13  come to a conclusion as to what exactly is specific
14  about this file.
15    Q.    Do you know whether Procaps had -- used any
16  software that automatically deleted user-created
17  files?
18    A.    I don't know.  That would be -- the way
19  you phrased that question, it would be strange for, I
20  think, anybody to use software that automatically
21  deletes user-created files.  If I were a user in that
22  environment, I would want to know where all my data
23  was.
24    Q.    So I'm -- let me tell you, I'm trying to
25  figure out, you mentioned that software could have

26 (Pages 98 - 101)

Page 102

```
1    caused this particular file to --
2       A.   Yeah, a lot of times what we mean when a
3    computer deletes a file, a lot of times we will see
4    the same files somewhere else and the computer has
5    kind of purged other versions of it, or system files,
6    the computers a lot of times will delete their own
7    system files.
8          For user-generated files, typically, when
9    we see computer initiated deletions, it's because the
10   computer has moved the file to kind of a more
11   efficient location and has decided to proceed.  So,
12   you know, to say that something was deleted by the
13   user, I would -- I would really want to know if the
14   same file existed somewhere else.
15      Q.   And, so, I think what you're saying is if
16   there were multiple copies on the computer of the
17   same document with the same hash value, that the
18   computer might just dump one of those because it has
19   multiple copies?
20      A.   No, no, the computer -- you can
21   have -- the user can initiate having any number of
22   the same file.  What I mean is that a lot of times
23   when we're looking at the master file table, we will
24   see deleted versions of the same file and then one
25   active version of that file.  That's not on -- that's
```

Page 103

```
1    not something that the user did, that's something
2    that the computer did.
3       Q.   Got it, okay.  All right.
4       A.   The computer at no time, unless you tell
5    it to, there's software you can use to do that, the
6    computer is never going to look at the -- look at
7    the -- look at itself and de-dupe its own.  It
8    doesn't do that.
9       Q.   But you're saying it might have moved it to
10   a more efficient place on the computer?
11      A.   Yes, but it wouldn't be noticeable to the
12   user.  It would still be in the same path, but maybe
13   occupy different physical space.
14      Q.   Got it.
15           Can you go to Exhibit 12, please?
16   Exhibit 12, if you remember, is the -- an excerpt
17   from the deleted items report?
18      A.   Yes.
19      Q.   And Mr. Barkett did a good job of going
20   through this, I'm not going to repeat anything that
21   he did, but I had a couple of follow-up questions.
22           If you look on the first page, there's a
23   file extension and that file extension is MSG?
24      A.   Yes.
25      Q.   What does that mean?
```

Page 104

```
1       A.   MSG files are individual e-mail files that
2    are in Microsoft Outlook format.  So a PST file is an
3    archive of any number of e-mails.  An MSG is one
4    single e-mail.
5       Q.   Okay.  Well, you anticipated my next
6    question, so why don't you put Exhibit 13 -- put that
7    right next to it and you'll see the file -- and
8    Exhibit 13 is some more excerpts from the deleted
9    items report, right?
10      A.   Yes.
11      Q.   And the file extension you see there are
12   PSTs or OSTs?
13      A.   Yes.
14      Q.   And what is the PST file?
15      A.   A PST file is a user-initiated e-mail
16   archive typically where some kind of user interaction
17   has created this PST file.  It's an archive, it
18   contains a number of e-mails.
19           An OST file is not something that a user
20   generally creates, it has to do -- an OST file is
21   offline storage file and PST is a portable storage
22   file.  They are portable in that --
23           MR. BARKETT:  Portable or personal?
24           THE WITNESS:  Microsoft could have named
25   it for being personal.  You're absolutely right,
```

Page 105

```
1    sir.  I typically say portable just because they
2    are portable.
3           MR. BARKETT:  Okay.
4           THE WITNESS:  But that could -- I grant
5    that you could be right on that.
6           But the O in OST I'm pretty confident
7    stands for offline storage and what that has to do
8    with is an OST is generally an exact mirror of an
9    individual's mailbox on an e-mail server and it's
10   there so that you can access your e-mail even if
11   you're not connected to the server.
12   BY MR. CAHILL:
13      Q.   So then is it fair to say that a PST file
14   and an OST file house multiple e-mails whereas the
15   MSG file was just a single e-mail?
16      A.   Correct.  A PST or OST could contain just
17   a single e-mail or no e-mail; they are really a
18   container.
19      Q.   Can you tell how many e-mails are in a
20   particular PST or OST file?
21      A.   They can be counted.  I couldn't tell from
22   the spreadsheet, but, yeah, you know, you can
23   interpret certain things based on the size, you can
24   tell, well, it's more than one if, you know, you have
25   several gigabyte or hundreds of megabytes, then you
```

27 (Pages 102 - 105)

Page 106

1 know that there's a number of them, but beyond that,
2 I think it would be -- you'd really have to count,
3 you couldn't just do a straight division or anything.
4     Q.    Now, for -- well, let's look at the top PST
5 file on Exhibit 13.  That top PST file that is the
6 name acortesi@diabetrics.procaps.com.co.pst, do you
7 see that one?
8     A.    Yes.
9     Q.    Now that's a PST file, correct?
10    A.    Yes.
11    Q.    And that is a PST file that has been
12 overwritten and deleted, right?
13    A.    Yes.
14    Q.    And, so, we're not able to count the number
15 of e-mails in that PST file because those e-mails
16 have been deleted, right?
17    A.    The PST file itself has been deleted,
18 yeah.
19    Q.    And, so, can you actually count the number
20 of e-mails that are in that PST file?
21    A.    No, not unless we had another copy of it.
22    Q.    Let's assume for purposes of the question
23 we don't have another copy of it.
24    A.    Right.
25    Q.    Could you tell the number of e-mails in

Page 107

1 there based on this logical size number that is about
2 354 million bytes?
3     A.    Correct, yes.  So about 354 megabytes, you
4 can imagine -- it's really your imagination as to how
5 many e-mails that could be.  It could be a large
6 number of small e-mails or a small number of large
7 e-mails.
8     Q.    I mean, how much data is that?  I'm not --
9 I know you technical guys are really good with just
10 thinking about how much data is in -- how much did
11 you say, it was 350 --
12    A.    350 megabytes.
13    Q.    So can you quantify what 350 megabytes
14 worth of data is?
15    A.    A lot of Word documents are probably a
16 couple megabytes.  PowerPoints can be higher, Excel
17 spreadsheets can be higher.  I've seen some Excel
18 spreadsheets, you know, a couple hundred megabytes.
19 You would never attach an Excel spreadsheet that
20 large to an e-mail in this context, but, you know,
21 it's 350 megabytes is a number of Office style
22 documents.
23    Q.    Can you quantify it in pages, is there any
24 way to do that?
25    A.    I'm sure there's -- there's all kinds of

Page 108

1 calculators out there.  If you Google e-discovery
2 page calculator, I'm sure you get 20 of them that
3 kind of disagree with each other, but, you know, I
4 couldn't say.
5     Q.    And if you look at the -- at the last OST
6 file in this -- the acortesi@procapsgroup.com.ost?
7     A.    Uh-huh.
8     Q.    Do you see that one?
9     A.    Yes.
10    Q.    And it looks like it's about 9.8 billion
11 bytes?
12    A.    Yes.
13    Q.    And what does that -- can you glean
14 anything from that metric about the number of e-mails
15 that were in that OST file?
16    A.    I would say it's, you know, more than the
17 last one we talked about.
18    Q.    I mean, is there any way to say it's
19 hundreds of messages, thousands of messages, is there
20 any way to quantify it in that respect?
21    A.    It's probably thousands.  I'd say that's
22 about as specific as I would go.
23    Q.    And then how about for the PST that was
24 300 -- was 354 million bytes, what does that --
25    A.    350 megabytes.

Page 109

1     Q.    350 megabytes.  And can you quantify that,
2 is that thousands of e-mails, hundreds of e-mails?
3     A.    Well, that's a much smaller number, so I
4 wouldn't really want to get into specifics on how
5 many e-mails that would be.  If you think about that
6 could be 35 e-mails with 10 megabyte attachments,
7 that's not very many e-mails, or it could be
8 thousands of small e-mails.  You really can't say.
9     Q.    There's just -- just no way to know?
10    A.    No, not without the PST itself.
11    Q.    And the -- we don't have that PST because
12 it's been deleted and overwritten?
13    A.    Unless it's been provided -- or unless it
14 was looked at in a -- in a different location.
15    Q.    Unless it's located somewhere else?
16    A.    Unless it's located somewhere else, right.
17    Q.    But if there's not a duplicate of that
18 file, then we don't know because it's been deleted
19 and it's been overwritten?
20    A.    Correct.
21    Q.    If you go back to Exhibit 12.
22    A.    I have it.
23    Q.    On the first page, Mr. Barkett went through
24 the meaning of these words, last accessed, file
25 created, last written, entry modified, do you see

28 (Pages 106 - 109)

Page 110

1  that?
2     A.   Yes.
3     Q.   I didn't see here there was a deletion date
4  for a particular document.
5     A.   That's further --
6     Q.   Is that on page 3?
7     A.   Page 3 has a file deleted column.
8     Q.   And it's blank.
9     A.   It's blank because the -- that column is
10 populated if the file was sent to the recycle bin and
11 the recycle bin log still exists that contains that
12 file, then that timestamp is brought out.
13    Q.   So if this file deleted date is blank here,
14 can you tell or approximate when this document that's
15 Exhibit 12, when that MSG file was deleted?
16    A.   We generally say that it had to have been
17 on or after the last accessed time because once a
18 file is marked for deletion, it can no longer be
19 accessed, created, written or modified. So the
20 closest approximation is the last accessed time, but
21 I have seen, you know, instances where it is possible
22 to delete an item without updating the last accessed
23 time, which mean it would be on or after.
24    Q.   And, so, I thought I had -- we had a
25 conversation with Mr. Stefan earlier where he said

Page 111

1  that it was the entry modified date, either that date
2  or after.
3     A.   Yeah, I mean, the entry modified date is,
4  in general, the same as the last accessed time. In
5  many cases, they are almost interchangeable in many
6  cases. And it really takes -- it really depends on
7  context. Sometimes we can look at the entry modified
8  time and then that kind of goes back to one of the
9  things I was saying, that we've seen instances of
10 files being deleted after the last accessed time.
11 Sometimes a file can be deleted and it might update
12 the entry modified date, but, in general, you would
13 want to look at the last of the four dates, which is
14 I think I kind of shortcutted the answer to say the
15 last accessed time, but, really, it's the last
16 accessed time and the entry modified time are not the
17 same, whichever one is later would be the best
18 approximation.
19    Q.   And then it would either be the date in the
20 last accessed or entry modified time or later?
21    A.   Right.
22    Q.   It cannot be -- a document cannot be
23 deleted before either the entry modified or the last
24 accessed date?
25    A.   Okay. So I'm thinking about a very

Page 112

1  specific example that is not what we see here, but if
2  some kind of wiping software were used, it would
3  actually transform the entire entry, get rid of the
4  name, update all the timestamps, and you really
5  wouldn't have any information.
6         So, just thinking it through now and --
7  yeah. So, in the context of your question, the last
8  date of the four, which is generally the last
9  accessed or the entry modified dates, is the best
10 approximation of when a file was deleted and it's
11 going to be that date or after.
12        Does that answer your question?
13    Q.   I think it does, yes.
14    A.   Okay.
15    Q.   So you have -- so if there was no wiping
16 software used, then you're going back to what you
17 said before, right, that it's on or after either the
18 last accessed or the entry modified date?
19    A.   Yeah.
20    Q.   If you could go back to that same page
21 there and I think you mentioned this in a
22 hypothetical, so I wanted to make it a little more
23 concrete. If you look here at the last accessed date
24 is 11/4/2012?
25    A.   Yes.

Page 113

1     Q.   But the last written date is 10/29/2012?
2     A.   Yes.
3     Q.   And the file created date is 11/4/2012?
4     A.   Yes.
5     Q.   So it looks like the file was created after
6  it was actually written and I believe you said that's
7  not the case?
8     A.   Right, this is consistent with a file
9  being copied to a certain location. So the created
10 date -- typically, when we see a last written date
11 that predates the created date means it was created
12 on some other piece of media and copied to this
13 media. So the created date is really when the file
14 is introduced to that file system, not when it was
15 universally absolutely created.
16    Q.   So, in other words, whatever computer this
17 document was on, this file got on this computer on
18 November 4, 2012?
19    A.   Yes, but you said whatever computer this
20 document was on.
21    Q.   I should say --
22    A.   It also could have been on a --
23    Q.   A thumb drive?
24    A.   A thumb drive, yeah.
25    Q.   So I used computer, that was not precise.

29 (Pages 110 - 113)

Page 114

1    Whatever source of media --
2    A.   Yes, whatever source of media it was on,
3  it would have existed in time earlier -- as early as,
4  from what we can see, October 29, 2012, and then
5  copied to this location, this drive, on November 4th.
6    Q.   Just stick with me on Exhibit 12 and go to
7  the third page and look at the column, the is deleted
8  column?
9    A.   Yes.
10   Q.   It says yes, and I believe you testified
11  earlier that it's either a yes or a blank?
12   A.   Yeah.  Yeah, it's either a yes -- it's
13  actually a yes, a dot or a blank, but the dot means
14  yes.  We changed the dot to yes to avoid confusion a
15  lot of times.
16   Q.   And what is -- if it's a blank, what does
17  that mean?
18   A.   It just means no.  It's a boolean -- blank
19  means no.
20   Q.   Blank means it was not deleted?
21   A.   Blank means it was not deleted.  I think
22  that sometimes we've got invalid clusters or --
23  invalid clusters come up at deleted, too.  So, yeah,
24  so blank means not deleted, but sometimes if it's
25  blank, it's also not even a file or a folder, but I

Page 115

1  think that's beyond the scope of this, so I don't
2  need to get into that.  That's if the master file
3  table itself is not deleted but it's also not a
4  folder or a file.
5    Q.   I see.
6    A.   It's the master file table.
7    Q.   I see, okay.
8    A.   So it's blank.
9    Q.   And I think you testified to this, I just
10  want to make sure, did Setec determine if any of the
11  deleted and overwritten files had duplicate files?
12   A.   No.
13   Q.   How -- how could one find that out?
14   A.   Well, yeah, we would take all the file
15  names from the 37 or so spreadsheets and that would
16  be our list of -- I think you might have calculated
17  or Patheon counsel calculated that was somewhere in
18  the realm of 680,000.  We would take that list and
19  identify if those files existed on any other pieces
20  of media by that file name.
21   Q.   How could you do that latter step,
22  determine if a particular file existed on another
23  source?
24   A.   We would have to search all of the other
25  70 devices for those instances of those file names in

Page 116

1  active form.
2    Q.   Now let's just talk about just seeing if
3  any of the documents on this deleted items report
4  have been produced by Procaps in the case.
5    A.   Uh-huh.
6    Q.   If I was trying to find that, how would I
7  do that?
8    A.   Well, have been produced to you?
9    Q.   Yes.  So --
10   A.   Do you have the file names of everything
11  that was produced to you?
12   Q.   So let's, just for this question, assume
13  that we have the metadata that you saw in those
14  letters that we looked at or those e-mails we looked
15  at.
16   A.   Uh-huh.
17   Q.   So we have that metadata.  All right, so
18  you can assume that we have that metadata and that
19  metadata exists for all of the documents that Procaps
20  produced to us in the case to the extent there's
21  actually metadata, putting aside hard copy documents?
22   A.   Uh-huh.
23      MR. BARKETT:  This one?
24      MR. CAHILL:  Yes.
25

Page 117

1  BY MR. CAHILL:
2    Q.   So if I had that metadata for the documents
3  that Procaps produced, how could I determine if any
4  of the documents on the deleted items report were
5  produced to Patheon?
6    A.   Well, let's see, in this case, it's an
7  e-mail, but the other one that was --
8      MR. BARKETT:  You're looking at exhibit?
9      THE WITNESS:  Exhibit 14.
10      There was one that was a document, I think
11  it was a PDF file.
12      MR. BARKETT:  I've just handed you 15, 16
13  and 17, I think.
14      THE WITNESS:  Okay.  So the field title
15  I'm looking at Exhibit 17, in this case, the field
16  title is populated with plan de desarrollo
17  Acetaminofen 500 mg.doc, this would correspond
18  with the file name on our reports and, so, to do
19  your comparison, I would say you take your -- what
20  you came up with as 680 or so thousand file names
21  and you have the file names of everything that was
22  produced to you in these metadata reports and
23  correlate those and see if anything overlaps.
24  BY MR. CAHILL:
25   Q.   So, when you mean correlate, you mean

30 (Pages 114 - 117)

Page 118

1   compare the file names, and if the file names were
2   the same, then one might be able to conclude that
3   that file was produced from another source?
4       A.   If the file name was the same, then I
5   think you could take that for what it's worth. You
6   can also compare -- you can take that down the road
7   of comparing other metadata that you know about the
8   lost file or the deleted and overwritten file and see
9   if it matches. You don't have anything that would be
10  hard and fast like a hash value.
11      Q.   And why is that, why wouldn't we have a
12  hash value?
13      A.   Because we can't hash overwritten files,
14  so --
15      Q.   So, in other words, what you're saying is
16  the only way to determine with certainty that two
17  documents are duplicates is if both documents have
18  the same hash value, is that fair to say? I'm not
19  trying to put words in your mouth.
20      A.   It's all in the context of the situation.
21  So if you, you know, if you -- if you see a document
22  that is a certain number of bytes, you know, you
23  compare the logical file size, you know, you know
24  what you're looking for, you have a target to compare
25  it to, if everything matches, you know, it might be

Page 119

1   your opinion that it matches. That's the most you
2   can do, though.
3       Q.   So you're saying there's some art to it,
4   it's not all science?
5       A.   Right. You're trying to compare something
6   that you don't have with something that you do.
7   Something that you don't have all the information on
8   with something that you do have all the information
9   on. I don't have a machine that can make that
10  decision for you.
11      Q.   How -- how can you -- can you determine
12  whether a document that's been deleted and
13  overwritten has a search term in it?
14      A.   No, no, because you don't have the data.
15  You don't have the data that -- to search unless it
16  was in the file name, which you have.
17      Q.   So let's assume that there's the word
18  Patheon in the document but not in the file name.
19  Are you with me so far?
20      A.   Yes.
21      Q.   Would I be able to determine if a deleted
22  and overwritten file had the word Patheon in it?
23      A.   No, no. To kind of follow up, though, on
24  this -- you know, this trail of questioning, you
25  asked me is the only way to definitively prove that

Page 120

1   one file is the same as the other file is with a hash
2   value. That's true, but it's also there's
3   no -- there's also no way to disprove it. You're
4   trying to prove a negative, I think, ultimately is
5   what I'm trying to say, is that if files are
6   duplicative, you know, you can't say that they are
7   duplicative, you can't say that they are not
8   duplicative. Like you said, there's a little bit of
9   an art to it.
10      But in instances where I do see that they
11  are duplicative, because I know they are because
12  maybe I'm examining a computer in a test environment
13  where I know that they are duplicative, I still
14  wouldn't say that they are based on -- I wouldn't see
15  that they are based on the evidence available in the
16  master file table.
17      So, going to my example of having like
18  three deleted copies and one active copy, I might
19  know for a fact that they are the same because I know
20  more information. Maybe I put them there or, rather,
21  maybe I know that there's only one copy. That
22  doesn't mean that the evidence presented shows that
23  they are -- that they are the same or not the same.
24      I hope that that clarifies the issue.
25      Q.   Well, I think -- again, I think this is

Page 121

1   going to your point that there's some art being
2   involved as opposed to it all being science?
3       A.   Sure.
4       Q.   I mean, that's really the point, I think,
5   you are trying to make?
6       A.   Yes.
7       Q.   Can you look at Exhibit 10 for me, please?
8       MR. BARKETT: Why don't you give me those?
9       THE WITNESS: Okay. I was going to
10  organize them.
11      MR. BARKETT: Don't worry, it's more
12  important that you look at Exhibit 10.
13      THE WITNESS: Here we go.
14  BY MR. CAHILL:
15      Q.   And Exhibit 10 is -- this is Patheon's
16  notice summarizing the deleted items report, right?
17      A.   (Nodding head.)
18      Okay, I have it.
19      Q.   And Mr. Barkett asked you some questions,
20  if you turn to page 5 of 7, and I believe what you
21  said earlier about this is that Setec did not analyze
22  whether any of the deleted and unrecoverable files
23  contained any particular term.
24      A.   Correct.
25      Q.   And one of the terms that you mentioned was

31 (Pages 118 - 121)

Page 122

1  this term -- the term "banner"?
2      A.   Yes.
3      Q.   All right, and you said -- again, I don't
4  want to put words in your mouth -- words to the
5  effect that banner might be a generic type term
6  because there are, as a term of art in the computer
7  field, banners on documents. Do you remember that?
8      A.   Well, what I meant was banners
9  on -- banner is a word that -- it's much more common
10  word than softgel and also pertains a lot to internet
11  data because a banner is a common term in website
12  lingo.
13      Q.   Got it. So the word banner is a common
14  word in website lingo?
15      A.   Yes.
16      Q.   Okay. Is that a banner with a capital B or
17  banner with a lower B?
18      A.   I -- I don't think it makes a difference,
19  the capitalization, with regards to the website lingo
20  nuance.
21      Q.   So if I had a search term that was banner
22  with a capital B, would that pull up documents that
23  had the word banner with a lower case B?
24      A.   Well, you ran these searches, so if you're
25  searches were case sensitive, then they were case

Page 123

1  sensitive.
2      Q.   So if the search terms were case sensitive
3  and banner was done with a capital B, that would not
4  hit on documents that had the word banner with a
5  little B, is that right?
6      A.   Well, I don't know how you ran your
7  search, so I can't say.
8      Q.   Well, I didn't -- I didn't run the search.
9      A.   I don't know who ran this search for
10  banner as far as the 2300 deleted and unrecoverable
11  files that had the word banner in their file name.
12  Do you know who did that?
13      Q.   I believe Setec did that. Right. So, in
14  other words, let me make sure, maybe we are talking
15  past each other here.
16          So, once Setec got all of these files off
17  the sources, the active files, the deleted but
18  recovered files, and it did the things like apply the
19  date ranges and that type of analysis which you
20  described earlier, did Setec do any keyword searches
21  for documents that it had harvested from those
22  sources of data?
23      A.   Yes.
24      Q.   Okay. And when it did those word searches,
25  were those word searches case sensitive?

Page 124

1      A.   If that was what the instruction was, but
2  I don't recall offhand if that's -- if that's the way
3  they were instructed to be -- be run.
4      Q.   Okay. So let's just -- if you don't know,
5  that's --
6      A.   This is not referring to the files that
7  were recovered and searched, this is referring to the
8  files from the spreadsheets.
9      Q.   Okay. So if the file on the spreadsheet
10  contained the word banner in it, okay, what I'm
11  trying to figure out, and if you don't know, that's
12  okay, just tell me that you don't know, what I'm
13  trying to figure out is if the word banner in that
14  case sensitive, would it have only pulled out -- if
15  the word banner is initial capped, so if the word on
16  the file is initial cap banner, okay, are you with
17  me, there's a deleted items report, the file name has
18  banner with an initial cap in it.
19      A.   Yes.
20      Q.   Okay. Is the word banner as you talk about
21  with the computer lingo, is that typically
22  capitalized?
23      A.   It can go either way.
24      Q.   It could be or could not be?
25      A.   Yes.

Page 125

1      Q.   And, so, what you would say is it's not
2  clear if it's maybe hitting on the word banner
3  because it's a company name or it's hitting on the
4  word banner because it's the general internet lingo?
5      A.   Right.
6      Q.   And did you analyze that issue at all?
7      A.   No.
8      Q.   If you look at -- go to page 3 of 7 of that
9  document, and, again, Mr. Barkett talked about this
10  so I'm not going to repeat what he said, I believe
11  what Mr. Barkett asked was, for instance, if you look
12  under the Microsoft Word documents, right, it said
13  Procaps deleted about 34,000 Microsoft Word documents
14  that are unrecoverable. Do you see that?
15      A.   Yes.
16      Q.   And I believe your testimony was you didn't
17  do any analysis to determine whether that was right
18  or not right?
19      A.   Correct.
20      Q.   How could I figure out the number of
21  Microsoft Word documents that were deleted and not
22  recovered?
23      A.   From the spreadsheets.
24      Q.   And, so, how would I -- how would I do it
25  from the spreadsheets?

32 (Pages 122 - 125)

Page 126

1     A.     You would count how many Word documents
2  were on each spreadsheet and add them up.
3     Q.     And, so, what is the word -- is there a
4  file extension for that?
5     A.     Yes, dot DOC or DOCX.
6     Q.     Dot DOC or DOCX. So I could look at -- I
7  could just count up the number of dot DOC documents
8  and the number of dot DOX documents and that would
9  give me the number of --
10       MR. BARKETT: DOCX.
11  BY MR. CAHILL:
12    Q.     DOCX.
13       And that could give me the number of
14  Microsoft Word documents that are on the deleted
15  items report?
16    A.     The deleted and overwritten items report,
17  yes.
18    Q.     And how about for Microsoft Excel
19  documents; you didn't count the number of deleted and
20  unrecoverable Excel documents?
21    A.     Correct.
22    Q.     How would I determine the number?
23    A.     Using the same method with the extensions
24  XLS, XLSX.
25       Actually, do we have the list of file

Page 127

1  extensions?
2       MR. BARKETT: We do.
3       MR. CAHILL: We do.
4       THE WITNESS: There are a couple more
5  lesser used --
6       MR. BARKETT: Exhibit 18.
7       THE WITNESS: Yeah, so it's XLS, XLSX, DOC
8  and DOCX, yeah.
9  BY MR. CAHILL:
10    Q.     And those were all for Microsoft Excel
11  documents?
12    A.     Well, for Excel, it's just XLS and XLSX.
13    Q.     So you could count those two file
14  extensions and figure out the number of Microsoft
15  Excel files that were deleted and not recoverable?
16    A.     Yes.
17    Q.     And how about e-mails, how would I
18  determine the number of e-mails that were deleted and
19  not recoverable?
20    A.     The e-mails are a different animal
21  because, like we discussed, the e-mail -- individual
22  e-mails from inside of a PST, if they are deleted and
23  not recoverable, then you don't know how many there
24  are; however, if they are saved as individual files
25  as MSG files or EML files, then those would be

Page 128

1  identified on the reports. You could count how many
2  EML or MSG files you have. And then PST and OST
3  files, if they show up on the reports, you really
4  can't tell how many e-mails are in them, but you can
5  tell that they existed.
6     Q.     So if I could summarize it, for the
7  e-mails, you can tell the number of individual e-mail
8  files that were deleted and not recovered, but you
9  can't tell the number of e-mails that were in the PST
10  and the OST files?
11    A.     Right.
12    Q.     And that's because the PST and OST files
13  are containers and you can't precisely tell how many
14  e-mails are in those containers given that they have
15  been deleted and they are not recoverable?
16    A.     Yes.
17    Q.     How could one tell the number of PDF files
18  that were deleted and not recoverable?
19    A.     The same from the spreadsheets, by
20  filtering on the file extension and counting the PDF
21  instances.
22    Q.     Is PDF the only file extension for a PDF?
23    A.     For a PDF, yeah, the -- PDFs are very
24  similar to TIFFs. Yeah, TIFF is included here,
25  but -- you would search for PDF.

Page 129

1     Q.     PDF and -- a TIFF is a different type of
2  file?
3     A.     Different type of file, it's a picture
4  file.
5     Q.     What's the difference between a TIFF and a
6  PDF?
7     A.     Well, TIFF is like a picture of a document
8  usually and a PDF is Adobe -- Adobe is a company,
9  they make the PDF format.
10    Q.     Well, I mean, is there any difference, real
11  difference between the two?
12    A.     Oh, yeah. TIFFs are usually like images,
13  pictures a lot of times of documents in the
14  e-discovery space, and then PDFs can be documents,
15  pictures, but it's a different file format.
16    Q.     And let's go to PowerPoint files. How
17  would I determine the number of PowerPoint files that
18  were deleted and unrecoverable?
19    A.     Same, using the PowerPoint extensions PPT
20  and PPTX.
21       MR. BARKETT: Give you about a 10-minute
22  warning.
23       MR. CAHILL: Okay. I'm just about done.
24       Okay. Can I just take a quick break and I
25  may be done?

33 (Pages 126 - 129)

Page 130

1     MR. BARKETT: Absolutely.
2     THE VIDEOGRAPHER: Off the record. The
3  time is 12:31 p.m.
4     (Brief recess was taken.)
5     THE VIDEOGRAPHER: We are back on the
6  record. The time is 12:38 p.m.
7  BY MR. CAHILL:
8     Q.  Mr. Kunkel, was Setec the party that
9  actually did the actual production of the documents?
10    A.  No -- to Patheon?
11    Q.  To Procaps.
12    A.  No. Setec provided the documents to H5
13 per the Court order.
14    Q.  And at what point did it do that? So it --
15 you're talking earlier how it extracted the active
16 files and then the deleted but recovered from the
17 source's media?
18    A.  Right, so the data was provided to them
19 after the searches and date filters and file
20 extension filters, all of that was -- after all of
21 that was done, it was provided.
22    Q.  And then after -- do you remember when that
23 was?
24    A.  No.
25    Q.  After -- after that work was done, did

Page 131

1  Setec have any further involvement in this matter
2  other than the deposition, of course, today?
3     A.  Not a whole lot. I know that there's been
4  joint calls, hearings and things that Setec has been
5  involved in, but for the most part, I think it's been
6  not -- not doing a lot.
7     Q.  But, I mean, no more technical work?
8     A.  Correct.
9     Q.  No more running reports, no more analyzing
10 any information?
11    A.  Correct.
12    Q.  Nothing else done.
13       And is Setec's agreement with Procaps
14 for -- to -- let me ask it another way.
15       Who paid Setec in connection with this?
16    A.  It's my understanding it's Procaps.
17    Q.  What are the fees incurred to date that
18 Setec has incurred on the matter?
19    A.  I don't know.
20    Q.  Do you have a ballpark estimate?
21    A.  No.
22    Q.  Do you know who would know that at Setec?
23    A.  My billing office.
24    Q.  And would Mr. Stefan know?
25    A.  No, he would have to ask my billing

Page 132

1  office.
2     Q.  Who would -- anybody in particular at the
3  billing office?
4     A.  Sure, her name is Tory.
5     Q.  Tory.
6     A.  She's at my billing office.
7     Q.  And, lastly, when we were going through --
8  if you just get back Exhibit 10 real quick?
9        MR. BARKETT: Still have it?
10       THE WITNESS: Yes.
11 BY MR. CAHILL:
12    Q.  Do you recall that when Setec provided the
13 deleted items report, it provided an updated report;
14 do you remember that?
15       Let's make it easy. Let's just go to
16 Exhibit 9 and why don't we do it like this: What is
17 Exhibit 9?
18    A.  Exhibit 9 is an e-mail from Todd Stefan to
19 counsel of record dated May 27, 2014 re: inventories
20 of overwritten files.
21    Q.  And, so, does this e-mail show that there
22 was an initial deleted items report sent to the
23 parties via a link and then --
24    A.  Yes.
25    Q.  -- looks like maybe a week or so later,

Page 133

1  there was an updated deleted items report?
2     A.  Yes.
3     Q.  And if you look in that top e-mail, I'm not
4  going to read the whole thing, but right above the
5  link, it mentions images 23 -- 22, 23 and 40?
6     A.  Yes.
7     Q.  Do those -- do those numbers correspond to
8  the sources of media on Exhibit 6?
9     A.  Yes.
10    Q.  So exhibit -- it looks like -- going back
11 to Exhibit 9, image 22 looks like a laptop of a
12 Mr. Franco?
13    A.  Yes.
14    Q.  23 looks like another laptop of Mr. Franco?
15    A.  Yes.
16    Q.  And 40 looks like a laptop of a
17 Ms. Carrera?
18    A.  Yes.
19    Q.  And were all of the sources listed in this
20 data acquisition summary, were all of these sources
21 searched as part of compiling the deleted items
22 report?
23    A.  Yes. The cell phones, you know, some of
24 these are -- some of these are not computers, some of
25 them are hard drives, some of them are cell phones,

Page 134

1    server-based e-mail.  There's even a hard copy to
2    spiral notebook.  So where this -- these spreadsheets
3    don't apply, there were no spreadsheets for, but the
4    spreadsheets are really for the thumb drives,
5    laptops, the hard drive-based pieces of media.
6        Q.    So it would be thumb drives, laptops?
7        A.    Desktops, if there's any desktops, USB
8    hard drives.
9        Q.    iPad?
10       A.    No, iPad's essentially like a phone.
11            MR. CAHILL:  That's it.
12            MR. BARKETT:  Very good.
13            Before Mr. McCoy goes, I just wanted to
14       clarify two things.
15            REDIRECT EXAMINATION
16   BY MR. BARKETT:
17       Q.    You used the word "de-dupe," and for those
18   that may read this one day, could you just explain
19   what that means?
20       A.    Right.  So I used the word de-dupe in the
21   context of that the computer does not automatically
22   de-dupe the data contained on it.  De-dupe is just
23   really slang for de-duplication, de-duplication being
24   the idea of taking any two instances of the same file
25   and removing one for purposes of only having one

Page 135

1    copy, a lot of times coming up in electronic
2    discovery, so that only one copy might exist in a
3    review platform.
4        Q.    Two other things I wanted to clarify for
5    Mr. Cahill's questions before Mr. McCoy goes.
6            There was a long discussion about hash
7    values and duplication, and from my experience, if I
8    have the exact same document but there's a comma
9    that's in one that's not in the other, the hash value
10   would be different.
11       A.    Correct.
12       Q.    And then the last thing I got confused
13   because you answered this question on Exhibit 13
14   referring to 350 -- the first entry 350 megabytes and
15   the last entry 9.6 gigabytes.  As to the last one,
16   you said thousands of e-mails potentially; as to the
17   first one, you said it could be a few e-mails with
18   very large attachments.
19       A.    (Nodding head.)
20       Q.    I just happen to be going through an
21   exercise at home right now of making some space on my
22   computer and I've been deleting several gigabyte
23   movie files, but am I to understand from your answer
24   to his question about the first entry on that
25   exhibit, that these sizes also reflect attachments?

Page 136

1        A.    Attachments are contained in these sizes,
2    yes.
3        Q.    That's really -- it wasn't clear from your
4    answer whether that was the case.  All right.
5        A.    And that's really going to be the
6    defining --
7        Q.    Sure.
8        A.    -- factor.
9            MR. BARKETT:  Mr. McCoy, it's 12:45 just
10       so you know, 12:46 technically, but I don't think
11       you'll be that long, I have a feeling.  Don't
12       disappoint me, Mr. McCoy.
13            CROSS EXAMINATION
14   BY MR. McCOY:
15       Q.    Good afternoon, Mr. Kunkel.  For the
16   record, I'm Mac McCoy, counsel for Procaps.
17            MR. BARKETT:  Here's the one this we have
18       to ask you to do.  The court reporter is going to
19       stay right here.  You do talk loudly.  Move your
20       chair just a little bit back.  That way, when
21       she -- I think she will hear you without any
22       difficulty.
23   BY MR. McCOY:
24       Q.    We covered a lot of ground in the
25   deposition on a lot of points.  I'm going to try very

Page 137

1    hard not to repeat those, but there are some points
2    of clarification that I'd like to raise with you.
3            The first is if we could take a look at
4    the document that's been marked as Exhibit 8, and I
5    believe there's exhibits attached to that document
6    and I'd like you to look at the pages that start at
7    the very top legend with the number 526-3.
8            MR. BARKETT:  Toward the end.
9    BY MR. McCOY:
10       Q.    Maybe toward the end.  If I could see that?
11       Yes.
12            If you could turn the page from the cover
13   sheet, this is the transmittal e-mail that Mr. Stefan
14   sent to the parties with the overwritten files
15   inventories we've been talking about today.  And in
16   that e-mail, Mr. Stefan wrote, "So that everyone is
17   aware, it is possible that some of the deleted and
18   overwritten files that are depicted in the
19   above-referenced link have duplicate files in other
20   locations that have not been deleted and/or
21   overwritten."  Do you agree with that statement?
22       A.    Yes.
23       Q.    Does Setec know whether any files depicted
24   in the overwritten files inventories were, in fact,
25   deleted by the normal operation of a computer system

35 (Pages 134 - 137)

Page 138

1 instead of by a conscious decision by a user?
2 A. No, no individual files, I couldn't say.
3 Q. And what do you mean by "no individual
4 files"?
5 A. What I mean is if you were to ask me if
6 any particular file or, really, any of them since I
7 haven't looked, if any particular file was deleted by
8 a user versus a computer, no.
9 Q. So, in terms of the questions you were
10 responding to earlier about "user deletions," Setec
11 doesn't differentiate in these inventories between
12 user deletions and computer deletions, correct?
13 A. Correct.
14 Q. Is it fair to say that even if we assume
15 for the sake of discussion that a file might have
16 been deleted by a user, that Setec can't tell what
17 the user's reason or intention was at that time?
18 A. That's correct.
19 Q. Did Setec do anything in generating the
20 overwritten files inventories to exclude temporary
21 internet files of any kind?
22 A. No. If they had the file extensions on
23 the list, then they were included.
24 Q. And some of those file extension could
25 include temporary internet files, correct?

Page 139

1 A. Yes.
2 Q. Did Setec do anything to exclude temporary
3 files that may have been created by the Microsoft
4 Offiee applications?
5 A. No.
6 Q. And, likewise, temporary files created by
7 the Microsoft Office applications can have the file
8 extensions that were included in the list of files
9 included in the reports?
10 A. Yes.
11 MR. BARKETT: Keep your voice up, please.
12 Poor Beverly is struggling to hear you. You've
13 never been shy over the telephone, Mr. McCoy, so
14 don't be shy here.
15 BY MR. McCOY:
16 Q. In generating the reports, did Setec
17 attempt to exclude temporary files created by the
18 Microsoft Windows operating system?
19 A. No.
20 Q. What about auto save files, did Setec try
21 to exclude auto save files?
22 A. No.
23 Q. What about auto recovery files, did Setec
24 attempt to exclude those?
25 A. No.

Page 140

1 Q. What about document templates, did Setec do
2 anything to attempt to exclude those from the
3 overwritten files inventories?
4 A. No. If they had the extension on the
5 list, then they were included.
6 Q. Did Setec do any analysis of the
7 overwritten files inventories to exclude documents
8 that relate to software installation or software
9 updates?
10 A. No.
11 Q. Same question for software licensing files,
12 did Setec analyze the overwritten files inventories
13 to exclude files that relate to software licenses?
14 A. No.
15 Q. Did Setec do anything to exclude the
16 documents that relate to software or hardware user
17 guides?
18 A. No.
19 Q. Did Setec do anything to exclude temporary
20 file types that may have been created by an Adobe
21 software?
22 A. To exclude them, no.
23 Q. So, would it be fair to say, then, that
24 these categories of files that I've been asking you
25 about could be included in the overwritten files

Page 141

1 inventories?
2 A. Yes.
3 Q. Does Setec know whether any of the files
4 depicted in the overwritten files inventories are
5 attorney-client privileged?
6 A. No.
7 Q. I assume, then, Setec doesn't know whether
8 any of the files are attorney work product?
9 A. Correct.
10 Q. Does Setec know whether any of the files
11 listed in the inventories are private files
12 containing personal information of any custodian?
13 A. No.
14 Q. Does Setec know whether any of the files
15 listed in the inventories are private files that
16 contain no Procaps business information?
17 A. No.
18 Q. In fact, Setec knows nothing about the
19 contents of the files listed in these inventories,
20 correct?
21 A. Correct.
22 Q. Along those lines, Setec doesn't know
23 whether any of the information contained in those
24 files might be represented elsewhere in another file
25 even of a different file type?

36 (Pages 138 - 141)

Page 142

```
 1    A.    Correct.
 2    Q.    One thing that was unclear to me from the
 3  earlier testimony is the date-based filters that were
 4  applied to the overwritten files inventories. I
 5  understood you to tell Mr. Barkett that the date
 6  range January 1, 2010 to July 19, 2013 was applied to
 7  the inventories. Do you know for certain that that
 8  was applied to this data set?
 9    A.    Yes.
10    Q.    And how do you know that for certain?
11    A.    That was the date filter implemented in
12  EnCase to show any file where one of the four
13  timestamps falls within that range.
14    Q.    And you did that yourself?
15    A.    No, I have a team who did that.
16    Q.    And you oversaw the team who applied that
17  date-based filter?
18    A.    Yes.
19    Q.    The source of my confusion is that there
20  were actually two date criteria addressed by the
21  Court's order. As it relates to the overwritten
22  files inventories, the benchmark was October 22,
23  2012. Does that sound familiar?
24    A.    Honestly, none of the dates sound
25  familiar. I would have to look at the order. I know
```

Page 143

```
 1  that -- I know that what the -- what we filtered for
 2  was what was in the order, but the dates don't mean
 3  anything if they are just told to me.
 4    Q.    So if the order did not instruct Setec to
 5  exclude documents outside the date range January 1,
 6  2010 to July 19, 2013, would Setec have done that?
 7    A.    No, if the order did not tell us to
 8  exclude, then we would not have.
 9    Q.    As you sit here today, it's your
10  understanding, though, that that date parameter was
11  applied to the overwritten files inventory?
12    A.    Yes.
13    Q.    Is it fair to say that matching a file name
14  depicted in the overwritten files inventories with
15  the identical file name of a document produced in the
16  litigation wouldn't necessarily mean that the files
17  are copies of each other?
18    A.    Correct, it would not necessarily mean
19  that they are copies of each other.
20    Q.    When a user creates one or more copies of a
21  file, the user has the option of renaming the copy,
22  correct?
23    A.    Yes.
24    Q.    Is it fair to say, then, that an identical
25  copy of a file may be given a new name that you
```

Page 144

```
 1  couldn't match to a name in the overwritten files
 2  inventories?
 3    A.    Yes.
 4    Q.    I'd like to ask you a few questions about
 5  the deleted items folder in Outlook. If an e-mail is
 6  placed in the deleted items folder in Outlook, it's
 7  still accessible, correct?
 8    A.    Yes.
 9    Q.    Likewise, if the recycle bin on a computer
10  running Microsoft Windows, if a file is placed in the
11  recycle bin and the recycle bin is not emptied, that
12  file is still accessible, correct?
13    A.    Yes.
14    Q.    I think I understood you earlier to testify
15  that if the file created date and the last modified
16  date associated with a file on the inventories was
17  the same, that suggested to you that the file might
18  be a copy, is that correct?
19    A.    No. If the file created date is after the
20  last written date, then that file -- that's
21  consistent with being copied from another location.
22    Q.    Okay.
23    A.    If they are the same, then that could
24  be -- that could be consistent with the file simply
25  being created.
```

Page 145

```
 1    Q.    What about the file created date is
 2  identical to the entry modified date, what does that
 3  suggest to you, if anything?
 4    A.    Well, it probably means that all the dates
 5  are the same. If the created date and the entry
 6  modified are the same, then probably all four are the
 7  same and that just means that you have an instance of
 8  a file that possibly wasn't touched again after it
 9  was created.
10    Q.    Could it suggest that the file is a copy?
11    A.    Yes.
12    Q.    Would you agree with me, Mr. Kunkel, that
13  the same e-mail can exist in more than one PST file?
14    A.    Yes. As a matter of fact, the same e-mail
15  can exist as a hard deleted e-mail and an active
16  e-mail.
17    Q.    Let me ask a clarifying question. Are you
18  saying that in the same PST file?
19    A.    Correct, in the same PST file. So your
20  question was can the same e-mail exist in two PST
21  files. Yes, as a matter of fact, the same e-mail can
22  exist multiple times in the same PST file.
23    Q.    A user can create multiple copies of the
24  same e-mail within an e-mail application and it would
25  all be contained in the PST file, correct?
```

37 (Pages 142 - 145)

Page 146

1    A.    Yes.
2    Q.    And if that user deleted one copy, the
3  remaining copies would still be accessible in the PST
4  file, correct?
5    A.    Correct.
6    Q.    I'd like to ask you about antivirus
7  software if you know this information.  You mentioned
8  in earlier testimony that there can be
9  behind-the-scenes processes on a computer that can
10  affect when a file was last touched apart from when a
11  user accessed that file.  Is antivirus software
12  running in the background and scanning a file one of
13  those behind-the-scenes processes that can touch a
14  file and change the date-based metadata to change?
15    A.    Yes.
16    Q.    How so?
17    A.    The antivirus software essentially goes
18  through scanning files on the computer and when it --
19  depending on the software, some software doesn't, but
20  a lot of the antivirus softwares, when they access
21  the file, that's exactly what happens, they access it
22  and it updates the last access timestamp.
23    Q.    So, in a situation like that, the last
24  accessed date associated with a file on the
25  overwritten files inventories might be the date that

Page 147

1  the computer last accessed that file as opposed to
2  the individual user?
3    A.    Correct.
4    MR. BARKETT:  I'm sorry to interrupt you,
5  but do we know whether antivirus software was
6  running at Procaps?
7    THE WITNESS:  We did not examine that.
8  BY MR. McCOY:
9    Q.    Are there any other behind-the-scenes
10  processes that may affect the date-based metadata
11  associated with files in the overwritten files
12  inventory?
13    A.    Yeah, the computer's -- there's a number
14  of different efficiency processes and things that the
15  computer will run, but even aside from that, you
16  can -- if you can imagine a scenario where a software
17  application has a dependency on another file, that
18  file is not necessarily interacted with by the user
19  but it's interacted directly but indirectly.  So
20  if -- yeah, if an application has dependencies, then
21  those dependent files get accessed when maybe the
22  user didn't directly interface with them.
23    Q.    The bottom line is that would change the
24  date-based metadata --
25    A.    It can.

Page 148

1    Q.    -- in the master file table for that file,
2  correct?
3    A.    Correct.
4    Q.    I'm sorry, I think we were talking at the
5  exact same time.  Your answer is yes?
6    A.    Sorry, yes.
7    MR. BARKETT:  You want to confer for a
8  second?
9    MR. McCOY:  May we take a break, please?
10    MR. BARKETT:  Sure, absolutely.
11    THE VIDEOGRAPHER:  Off the record.  The
12  time is 1:01 p.m.
13    (Brief recess was taken.)
14    THE VIDEOGRAPHER:  We are back on record.
15  The time is 1:03 p.m.
16  BY MR. McCOY:
17    Q.    Mr. Kunkel, as you sit here today, do you
18  have any idea or estimate of how much time it would
19  take to try to match individual file names on the
20  overwritten files inventories with file names of
21  documents produced in the litigation?
22    A.    As I sit here today, no.  It would be
23  speculative.  I couldn't say.
24    MR. McCOY:  No further questions.  Thank
25  you.

Page 149

1    MR. BARKETT:  All right.  I don't have any
2  figure.
3    Anything further, Mr. Cahill?
4    MR. CAHILL:  No.
5    MR. BARKETT:  Mr. Kunkel, thank you very,
6  very much for your time.  I know the Court
7  appreciates you very much you coming here, leaving
8  your wife and two kids and a pregnant wife, no
9  less, so appreciate that.
10    THE WITNESS:  Thank you.
11    THE VIDEOGRAPHER:  We're off the record.
12  The time is 1:04 p.m.
13    (Thereupon, the deposition was concluded at
14  approximately 1:04 p.m.  Signature and formalities
15  were waived.)
16
17
18
19
20
21
22
23
24
25

38 (Pages 146 - 149)



Page 150

```
 1          CERTIFICATE OF OATH
 2
 3   STATE OF FLORIDA:
 4   COUNTY OF MIAMI-DADE:
 5
 6        I, the undersigned authority, certify that
 7   MICHAEL KUNKEL personally appeared before me on
 8   June 10, 2015 and was duly sworn by me.
 9
10        WITNESS my hand and official seal this 12th
11   day of June, 2015.
12
13
14
            _____
15          BEVERLY BOURLIER JAMES
16          My Commission #EE091768
            Expires September 9th, 2015
17
18
19
20
21
22
23
24
25
```

Page 151

```
 1       REPORTER'S DEPOSITION CERTIFICATE
 2
 3   STATE OF FLORIDA:
 4   COUNTY OF MIAMI-DADE:
 5        I, BEVERLY BOURLIER JAMES, Registered
 6   Professional Reporter, certify that I was authorized
 7   to and did stenographically report the foregoing
 8   deposition of MICHAEL KUNKEL; and that a review of
 9   the transcript was not requested; and that the
10   transcript is a true and complete record of my
11   stenographic notes.
12        I further certify that I am not a relative,
13   employee, attorney, or counsel of any of the parties,
14   nor am I a relative or employee of any of the
15   parties' attorney or counsel connected with the
16   action, nor am I financially interested in the
17   action.
18        Dated this 12th day of June, 2015.
19
20
            _____
21          BEVERLY BOURLIER JAMES
22          Registered Professional Reporter
            Certified Realtime Reporter
23          Certified LiveNote Reporter
            Florida Professional Reporter
24          NCRA Realtime Systems Administrator
25
```

39 (Pages 150 - 151)

[& - absolutely]                                                                                      Page 152

| & |
| --- |
| **&**   1:13 2:3 |

| 0 |
| --- |
| **0**   75:12 |
| **001**   69:8 |
| **03**   69:8 |
| **0x0**   93:7 |

| 1 |
| --- |
| **1**   3:9 4:1,5 12:16,24 |
| 13:17 14:8 71:1 |
| 82:22 142:6 143:5 |
| **10**   1:15 3:14 4:4 |
| 45:15,16,20,21 47:2 |
| 47:8 54:1 55:5 59:10 |
| 59:18 109:6 121:7,12 |
| 121:15 129:21 132:8 |
| 150:8 |
| **10/29/2012**   113:1 |
| **100**   2:12 |
| **1000**   2:8 |
| **11**   3:14 45:20,23 47:2 |
| 51:5 54:1,2,8,10 |
| **11/4/2012**   112:24 |
| 113:3 |
| **11:04**   70:8 |
| **11:11**   70:11 |
| **12**   3:15,17 53:6,24 |
| 54:2,5,7,9 57:6,8 |
| 62:19,22 63:7 69:4 |
| 70:15 72:9 103:15,16 |
| 109:21 110:15 114:6 |
| **12-1029**   63:8 |
| **12-23456**   4:25 |
| **12-24356**   1:2 4:23 |
| **121029**   79:18 |
| **1299**   2:16 |
| **12:31**   130:3 |
| **12:38**   130:6 |
| **12:45**   136:9 |
| **12:46**   136:10 |
| **12th**   150:10 151:18 |
| **13**   3:15 57:12 68:16 |
| 69:4,15 72:7 75:11 |

| (col 2 continued) |
| --- |
| 77:18 104:6,8 106:5 |
| 135:13 |
| **134**   3:5 |
| **136**   3:6 |
| **14**   3:16 12:2 91:25 |
| 92:23 117:9 |
| **15**   3:16 96:4 117:12 |
| **16**   3:17 98:1 117:12 |
| **17**   3:17 99:9 117:13 |
| 117:15 |
| **18**   3:18 37:24 38:4 |
| 127:6 |
| **19**   3:18 57:15 80:20 |
| 142:6 143:6 |
| **19th**   30:2 |
| **1:01**   148:12 |
| **1:03**   148:15 |
| **1:04**   1:15 149:12,14 |
| **1st**   30:1 |

| 2 |
| --- |
| **2**   3:10 6:20 7:7 9:10 |
| 10:3 15:9,10 27:19 |
| 48:14,17 55:6 70:14 |
| **20**   3:19 4:1 6:25 7:6 |
| 44:21 108:2 |
| **20004**   2:17 |
| **2004**   6:1 |
| **2009**   5:22 |
| **201**   1:13 2:4 |
| **2010**   30:2 79:20 |
| 142:6 143:6 |
| **2012**   113:18 114:4 |
| 142:23 |
| **2013**   3:17 30:2 54:21 |
| 55:11 142:6 143:6 |
| **2014**   6:14,15 12:2 |
| 54:19,23 55:8 132:19 |
| **2015**   1:15 4:4 150:8 |
| 150:11,16 151:18 |
| **22**   133:5,11 142:22 |
| **23**   133:5,5,14 |
| **2300**   123:10 |
| **2400**   2:4 |

| (col 3) |
| --- |
| **25th**   41:3 |
| **26**   55:8 |
| **27**   75:13 132:19 |
| **29**   114:4 |

| 3 |
| --- |
| **3**   3:10 6:20 7:7 9:11 |
| 10:4 15:9,10 26:3,13 |
| 27:20 48:17,19 54:10 |
| 55:6 110:6,7 125:8 |
| **30**   19:9 |
| **300**   108:24 |
| **3200**   1:14 |
| **33131**   1:14 2:5,12 |
| **33607**   2:9 |
| **34,000**   125:13 |
| **35**   109:6 |
| **350**   107:11,12,13,21 |
| 108:25 109:1 135:14 |
| 135:14 |
| **354**   107:2,3 108:24 |
| **36**   38:19 54:15 |
| **37**   47:16 115:15 |

| 4 |
| --- |
| **4**   3:3,9,10,10,11,11 |
| 3:11,12,12,13,13,14 |
| 3:14,15,15,16,16,17 |
| 3:17,18,18,19 23:18 |
| 113:18 |
| **4,075**   55:7 |
| **40**   83:14 133:5,16 |
| **4200**   2:12 |
| **4221**   2:8 |
| **43**   75:12 |
| **45**   18:18 |
| **493**   27:18 |
| **4th**   114:5 |

| 5 |
| --- |
| **5**   3:11 27:18 29:25 |
| 59:17 87:13 121:20 |
| **500**   117:17 |
| **526**   45:16 |
| **526-3**   137:7 |

| (col 4) |
| --- |
| **540**   45:17,24 |
| **542**   45:24 |

| 6 |
| --- |
| **6**   3:12 26:1,12 28:2,6 |
| 28:13 133:8 |
| **64,000**   66:13 |
| **680**   117:20 |
| **680,000**   47:11 49:20 |
| 115:18 |

| 7 |
| --- |
| **7**   3:12 48:19 55:6 |
| 59:17 121:20 125:8 |
| **70**   49:19 53:23 |
| 115:25 |
| **71**   49:19 |
| **767-029**   67:20,21 |
| 77:12,18 |

| 8 |
| --- |
| **8**   3:13 45:15,15,17 |
| 137:4 |
| **8,500**   59:12 |
| **84**   3:4 |
| **850**   19:9 |
| **8500**   59:21 60:21 |

| 9 |
| --- |
| **9**   3:13 45:18 87:12,18 |
| 132:16,17,18 133:11 |
| **9.6**   135:15 |
| **9.8**   108:10 |
| **9:37**   1:15 4:4 |
| **9th**   150:16 |

| a |
| --- |
| **a.m.**   1:15 4:4 70:8,11 |
| **able**   7:3 38:24 53:3,7 |
| 53:11 54:24 55:9 |
| 58:9 67:10 75:23 |
| 81:6 106:14 118:2 |
| 119:21 |
| **absence**   92:7 |
| **absolute**   65:4 |
| **absolutely**   10:2 |
| 104:25 113:15 130:1 |

[absolutely - aware]                                                                 Page 153

148:10
**academy**  6:3
**accept**  39:3
**access**  17:15 18:14
  57:3 64:21 105:10
  146:20,21,22
**accessed**  39:10 64:19
  65:1 109:24 110:17
  110:19,20,22 111:4
  111:10,15,16,20,24
  112:9,18,23 146:11
  146:24 147:1,21
**accessible**  17:20
  144:7,12 146:3
**accessing**  10:20,25
**accident**  82:3
**accurate**  25:18
**acetaminofen**  117:17
**acortesi**  67:20,21
  106:6 108:6
**acquisition**  26:14,16
  26:21 28:14 133:20
**action**  151:16,17
**active**  32:6 33:22
  34:1 36:21 53:18
  85:15,20 89:12 92:8
  100:11 101:9 102:25
  116:1 120:18 123:17
  130:15 145:15
**actual**  49:9 68:3 69:2
  76:10 130:9
**add**  19:4 28:11 67:16
  92:1 126:2
**added**  27:4
**additional**  28:6,11
  69:21
**addressed**  142:20
**administrator**
  151:24
**adobe**  129:8,8 140:20
**advil**  62:9
**af.msg**  79:18
**affect**  146:10 147:10
**afraid**  62:15

**afternoon**  5:9 136:15
**age**  62:15
**agent**  5:23
**agnostic**  51:12
**ago**  41:20 48:25
  90:22
**agree**  12:9 137:21
  145:12
**agreement**  131:13
**ahead**  8:13 48:10
**aim**  83:6,8
**air**  5:23
**alan**  2:11
**allocated**  32:6 34:16
  44:18
**allows**  89:4 90:5
**alphabet**  34:7 41:21
**altogether**  83:16
**ambiguity**  10:11
**amended**  3:11 45:18
**amount**  73:20,24
**analyses**  45:8
**analysis**  27:18 30:11
  31:3 45:14,19 54:13
  72:11 80:10 87:11
  123:19 125:17 140:6
**analyze**  121:21 125:6
  140:12
**analyzing**  131:9
**animal**  127:20
**answer**  60:16 81:6,16
  81:17 111:14 112:12
  135:23 136:4 148:5
**answered**  135:13
**answers**  52:18
**anticipated**  104:5
**antivirus**  146:6,11,17
  146:20 147:5
**anybody**  7:12 14:16
  17:14 29:10 59:4,5
  101:20 132:2
**anymore**  33:1,8
  40:19
**anytime**  66:6

**anyway**  53:9
**apart**  146:10
**appear**  28:3 54:12,17
  63:1 74:21
**appearances**  2:1
**appeared**  58:19
  60:13 150:7
**appears**  63:10 70:24
  73:12,13
**appends**  67:16
**application**  19:10
  20:6,9,11 31:24 51:9
  63:23 145:24 147:17
  147:20
**applications**  19:23
  64:24 139:4,7
**applied**  13:3 55:10
  142:4,6,8,16 143:11
**applies**  77:12
**apply**  56:7 123:18
  134:3
**appointed**  2:5 5:2,4
**appreciate**  149:9
**appreciates**  149:7
**appreciation**  5:15
**appropriate**  10:22
**approximate**  110:14
**approximately**  49:19
  149:14
**approximation**
  110:20 111:18
  112:10
**april**  12:2 41:3
**archive**  64:14,18
  104:3,16,17
**archived**  10:8,10
  64:14,16,16
**arosenthal**  2:11
**art**  119:3 120:9 121:1
  122:6
**aside**  33:4 41:2 61:24
  116:21 147:15
**asked**  10:6 15:5
  46:13 98:3 119:25
  121:19 125:11

**asking**  29:20 90:25
  140:24
**aspects**  92:13
**assign**  77:1
**associated**  30:1 35:21
  42:6 55:19 56:13
  76:12 78:11 82:1
  93:1 144:16 146:24
  147:11
**assume**  95:14,16
  106:22 116:12,18
  119:17 138:14 141:7
**assuming**  82:16
**attach**  107:19
**attached**  7:5 26:3
  137:5
**attachment**  26:12
**attachments**  7:8 15:9
  109:6 135:18,25
  136:1
**attempt**  41:22 42:2
  71:4 139:17,24 140:2
**attention**  51:12 60:18
  82:2
**attorney**  141:5,8
  151:13,15
**attributed**  66:1,2
  74:1,4 75:18
**attributes**  64:11
**audio**  51:23
**authority**  5:4 150:6
**authorized**  151:6
**auto**  52:10 53:1
  139:20,21,23
**automatically**  14:13
  24:10 52:10 82:25
  101:16,20 134:21
**available**  31:19 32:3
  68:12 73:25 86:10,20
  86:23 97:23 120:15
**avenue**  2:16
**avoid**  49:12 114:14
**aware**  9:19 12:19
  22:1 137:17

| b | based 41:22 56:8,9 | bit 5:14 24:5,21 49:8 | c |
|---|---|---|---|

**b** 3:8 18:12,12 32:5,5 53:15 84:16 122:16 122:17,22,23 123:3,5
**bachelor's** 6:2
**back** 7:24 18:21 22:11,12 23:7 30:20 53:14 62:18 64:15 70:10 82:12 98:3 109:21 111:8 112:16 112:20 130:5 132:8 133:10 136:20 148:14
**backed** 10:7,10 15:13 15:14
**background** 5:14 86:15 146:12
**backslash** 96:7
**backup** 8:21 11:17 11:20 16:17 25:7
**bacon** 1:13 2:3
**ballpark** 131:20
**banks** 13:13
**banner** 61:6,7,7,9,18 61:22,22 122:1,5,9 122:11,13,16,17,21 122:23 123:3,4,10,11 124:10,13,15,16,18 124:20 125:2,4
**banners** 61:14 122:7 122:8
**barkett** 2:2 3:3,5 4:7 4:16 70:4,12 83:21 84:1,4,12 87:14 91:4 91:9,12 103:19 104:23 105:3 109:23 116:23 117:8,12 121:8,11,19 125:9,11 126:10 127:2,6 129:21 130:1 132:9 134:12,16 136:9,17 137:8 139:11 142:5 147:4 148:7,10 149:1 149:5

**based** 41:22 56:8,9 56:17 80:23 105:23 107:1 120:14,15 134:1,5 142:3,17 146:14 147:10,24
**basically** 10:15 16:19 28:19 34:5 36:9 44:2 50:19 66:4
**beginning** 64:15 68:5 71:20 93:12
**behalf** 2:13,17 4:12
**belief** 14:10
**believe** 6:11 9:18 14:17 15:5 21:14 22:20 28:1 38:21 40:7,11 47:4 57:11 73:24 75:8 76:4 80:9 80:23 90:8,22 113:6 114:10 121:20 123:13 125:10,16 137:5
**benchmark** 142:22
**best** 26:20 46:23 84:12 111:17 112:9
**better** 46:8
**beverly** 1:19 139:12 150:15 151:5,21
**beyond** 69:9 106:1 115:1
**big** 21:12
**bigger** 50:15 74:6
**billing** 131:23,25 132:3,6
**billion** 108:10
**bin** 73:6,9 86:11,11 87:2 88:5,6,7,9,14,17 88:19,21,21,23 89:2 94:11 96:16,22,23 98:8,10,10,13,15,20 98:22,24 99:3,6,18 100:1,3 110:10,11 144:9,11,11
**binary** 43:25
**biscayne** 1:13 2:4

**bit** 5:14 24:5,21 49:8 69:14 74:6 120:8 136:20
**bits** 32:17,19 71:25
**blank** 72:8,8,9,10,20 78:14 110:8,9,13 114:11,13,16,18,20 114:21,24,25 115:8
**blue** 50:22
**bob** 84:10
**bode** 42:25
**book** 31:9,10
**book's** 31:25
**boolean** 41:23 72:19 80:8,9,17 114:18
**bottom** 43:25 147:23
**bottoms** 44:1
**boulevard** 1:13 2:4,8
**bourlier** 1:19 150:15 151:5,21
**boy** 2:8
**break** 49:7 129:24 148:9
**brief** 70:9 130:4 148:13
**bring** 24:24
**broad** 71:9
**broader** 71:9
**broke** 51:13
**brought** 14:24 15:2 110:12
**browse** 61:19
**browsing** 36:10
**built** 89:3,24 96:12
**bulk** 22:18
**burt** 2:7
**business** 141:16
**button** 88:12,25 97:13
**buy** 23:7
**bypass** 89:1 94:16
**bytes** 32:18 66:13,14 72:1 107:2 108:11,24 118:22

**c** 32:5,7 53:15 67:22 84:16,20
**cabinet** 32:21,22
**cahill** 2:14 3:4 41:10 41:12 42:10 43:13 46:17,17,20 83:17,20 83:23 84:2,7,9,10 87:16 91:5,13,14 105:12 116:24 117:1 117:24 121:14 126:11 127:3,9 129:23 130:7 132:11 134:11 149:3,4
**cahill's** 135:5
**calculated** 115:16,17
**calculator** 108:2
**calculators** 108:1
**calendario** 93:7
**california** 6:1 7:20 7:25
**call** 9:6 10:22 13:16 15:3 21:8 26:12 92:12,14 94:7
**called** 4:12 18:21 26:9,11,12,13 31:7 33:2 41:2,10,11,17 41:18 61:22 68:13 79:24 94:6,20 96:23
**calling** 88:13
**calls** 20:8 40:19,21 40:22 41:4,6,9 131:4
**camilo** 93:6
**cap** 124:16,18
**capabilities.pdf.** 98:18
**capability** 15:6
**capital** 122:16,22 123:3
**capitalization** 122:19
**capitalized** 124:22
**capped** 124:15
**cardenas** 6:17 7:10 12:24 14:2,19 17:9

[cardenas - conscious]

18:17 22:7 23:6 29:8
**careful** 17:7
**carlton** 2:7
**carrera** 133:17
**carry** 18:10
**carve** 41:22 42:2
  43:19
**carves** 42:3
**carving** 41:18,19
  43:13,16,18 44:5,6
**case** 1:2 4:23,24
  31:22 34:21 40:21
  42:15 63:21 64:12,14
  66:14 67:14,15,16,17
  67:17,19,19 68:4,4
  69:6,13 70:17 71:5
  71:11 77:12,20 78:21
  79:13 80:1 84:11
  85:22 94:1,22 96:10
  97:1,24 98:14 113:7
  116:4,20 117:6,15
  122:23,25,25 123:2
  123:25 124:14 136:4
**cases** 5:17 71:12
  111:5,6
**cast** 50:15
**catch** 68:22
**catchall** 28:3 68:15
  68:22,24
**categories** 71:10
  140:24
**category** 57:13 71:8
  71:11 79:9 84:23
  95:25
**cause** 1:23
**caused** 102:1
**cell** 133:23,25
**central** 17:3,16
**certain** 13:3 35:1
  37:18 41:22 42:21,22
  63:11 64:16 79:1
  92:2,13 95:4 105:23
  113:9 118:22 142:7
  142:10

**certainly** 42:15 45:5
  61:8 101:10
**certainty** 118:16
**certificate** 150:1
  151:1
**certified** 1:20 151:22
  151:23
**certify** 150:6 151:6
  151:12
**cfjblaw.com** 2:7,11
**chair** 136:20
**change** 9:14,19,22,22
  11:13 65:22 70:6
  77:22 146:14,14
  147:23
**changed** 10:9 65:19
  114:14
**chapters** 31:10,10
**characters** 79:2
**charge** 29:18
**chatted** 4:18
**check** 50:22
**chris** 2:20
**civ** 1:2
**clarification** 137:2
**clarified** 10:13 11:14
**clarifies** 120:24
**clarify** 39:8 84:13
  92:9,21 134:14 135:4
**clarifying** 58:24
  145:17
**classes** 32:21
**clean** 90:2
**clear** 19:12 54:22
  56:10 95:11 125:2
  136:3
**click** 88:11,25 97:8
  99:1,4
**client** 141:5
**closest** 110:20
**cluster** 73:21,24,25
  74:10 76:13
**clusters** 10:18 32:17
  32:19 44:15,17,19
  74:3,4,7,9 114:22,23

**code** 44:1 72:2 78:7,8
  78:11 98:11,11
**collect** 22:1 97:3
**collected** 26:5 30:15
**collections** 22:18
**colombia** 10:23
  20:24 21:1 26:23
  27:7,24 79:20
**column** 39:19 57:7
  61:2 62:20,21 70:14
  73:1 80:21,24,25
  110:7,9 114:7,8
**come** 12:24 23:7
  40:15 82:2 92:3
  101:13 114:23
**comes** 61:9 65:23
  66:17 67:1 72:21
  73:7 80:18 95:6
**comfortably** 30:12
**coming** 4:18 8:5
  13:23 95:22 135:1
  149:7
**comma** 135:8
**command** 86:17
**commission** 150:16
**common** 122:9,11,13
**companies** 5:19
**company** 11:19 20:8
  25:10 125:3 129:8
**company's** 51:2
**compare** 118:1,6,23
  118:24 119:5
**comparing** 80:11
  118:7
**comparison** 117:19
**compilation** 63:11
**compiled** 60:24
**compiling** 133:21
**complete** 44:7,8
  70:19 151:10
**complex** 42:23,24
  43:5,6 59:7 61:5 66:4
**compute** 52:19
**computer** 5:18,20,25
  11:3,5 12:7,10 16:8

16:10,20 17:1,2,21
  18:8 19:9 30:16,18
  30:19 31:7,21,23
  34:17 36:11 53:15
  60:8 61:19,25 63:22
  64:24 65:8,21 69:3
  72:2 73:22 74:13
  82:17,25 86:13 87:22
  89:8,8 90:2,9 93:25
  94:11,25 95:3 96:22
  98:8,10,12,20 99:2
  99:23 100:5,13,23
  101:7,8 102:3,4,9,10
  102:16,18,20 103:2,4
  103:6,10 113:16,17
  113:19,25 120:12
  122:6 124:21 134:21
  135:22 137:25 138:8
  138:12 144:9 146:9
  146:18 147:1,15
**computer's** 147:13
**computers** 8:11 16:4
  64:15 82:19 102:6
  133:24
**con** 40:18
**concerning** 45:22
**conclude** 118:2
**concluded** 149:13
**conclusion** 59:20
  60:5 101:13
**conclusions** 25:21
  100:15
**concrete** 112:23
**confer** 148:7
**confident** 105:6
**confirm** 19:1
**confused** 10:24
  135:12
**confusion** 114:14
  142:19
**connected** 11:10
  105:11 151:15
**connection** 131:15
**conscious** 138:1

consistent 18:19
66:10 95:21 113:8
144:21,24
consumed 62:6
contact 7:12
contain 45:25 59:13
61:3,17 69:11 79:1
105:16 141:16
contained 22:13 25:1
42:7 47:7 58:9 64:2
64:20 65:3 67:3 85:2
88:4 93:17,25 121:23
124:10 134:22 136:1
141:23 145:25
container 105:18
containers 128:13,14
containing 141:12
contains 24:19 58:25
59:3,8 68:17 104:18
110:11
content 59:1,2
contents 31:9,9,18
32:1 141:19
context 64:17 70:23
71:5 79:17 89:13
101:12 107:20 111:7
112:7 118:20 134:21
contexts 62:4 79:25
contiguous 44:7,8
continually 64:25
contradiction 65:24
control 75:22 78:4
controllers 19:11,23
19:24,25 20:12
controls 12:3
conversation 12:23
12:25 14:19,22 15:11
15:21 18:16,23 46:12
46:16 110:25
conversations 21:22
22:7 23:13 40:5 58:5
cooley 2:16
cooley.com 2:14,15
copied 25:11 33:12
113:9,12 114:5

144:21
copies 6:22 33:21,25
34:3 53:16 65:20
100:10 102:16,19
120:18 143:17,19,20
145:23 146:3
copy 65:7,21 99:24
106:21,23 116:21
120:18,21 134:1
135:1,2 143:21,25
144:18 145:10 146:2
correct 5:11 6:9 7:19
8:17,22 9:12 10:15
11:12,22 12:6,17
13:1,14 14:12,14
17:25 18:9 19:3
20:18 22:4,15 25:5,8
27:1 28:25 33:3
37:16 43:3 46:22
48:9 50:8 51:15,25
52:8 53:4,13 57:5
58:7,15 60:15,21
71:17 83:2 84:22
105:16 106:9 107:3
109:20 121:24
125:19 126:21 131:8
131:11 135:11
138:12,13,18,25
141:9,20,21 142:1
143:18,22 144:7,12
144:18 145:19,25
146:4,5 147:3 148:2
148:3
correctly 87:22
correlate 117:23,25
correspond 75:13
117:17 133:7
corresponding 49:25
79:5
corresponds 78:9
counsel 13:8 21:14
26:2 39:21,24 40:2,4
40:8 50:10 57:18
58:5 63:6 92:17
115:17 132:19

136:16 151:13,15
count 47:13,16 106:2
106:14,19 126:1,7,19
127:13 128:1
counted 105:21
counting 128:20
counts 47:19 48:8
county 150:4 151:4
couple 103:21 107:16
107:18 127:4
course 49:19 89:25
131:2
court 1:1 2:5 4:7 5:2
5:4 8:18 9:13 10:5,6
10:14 11:19 12:2
13:8 18:18 42:20
45:17 47:8 56:21
130:13 136:18 149:6
court's 6:22 8:15
27:17 28:3,4,7,15
29:25 34:25 37:15
38:6 39:13 54:20,21
55:10 87:11 142:21
cover 98:25 137:12
covered 84:12 97:7
136:24
create 17:13 75:24
77:2,6 145:23
created 16:22 17:18
18:2,12 39:10,16
47:12,21,23 49:20
50:4,6,9,15 51:7 57:3
65:3,5,6,9,11,23 87:5
87:19,19,20,25 95:13
101:16,21 104:17
109:25 110:19 113:3
113:5,9,11,11,13,15
139:3,6,17 140:20
144:15,19,25 145:1,5
145:9
creates 68:24 104:20
143:20
creation 16:16 51:10
criminal 5:24,25

criteria 142:20
cross 3:4,6 84:8
136:13
culled 37:10
current 25:11
custodian 35:18,18
35:20 141:12
custodians 27:20
28:5,12 29:3 35:25
89:18
customer 61:4,6
cut 43:24 44:1 89:5,9
89:16,17 90:12
cuts 89:19
cutting 90:7

**d**

d 32:5,9 53:15,16
67:23 68:17 84:17
d.c. 2:17
dade 150:4 151:4
dallas 5:10 6:4 7:18
data 10:18,20,25
11:7 19:6,13,19
26:13,16,21 28:13
30:13,15,17,20,22
31:11,16,19 32:11
33:15 34:4,7,9,15,16
34:20 35:12 36:9
37:7,9 41:17,18,19
41:20 43:13,14,16,18
44:5,6 68:24 73:19
73:21,23 76:19,20
79:14 85:16 86:20,25
90:12 100:13 101:22
107:8,10,14 119:14
119:15 122:11
123:22 130:18
133:20 134:22 142:8
database 16:2
databases 18:4,5
date 4:4 23:8 30:6
37:8,10,13,14 39:10
39:11,16,17 47:5
53:19,19 55:3,15,17

[date - director]                                                                                          Page 157

56:9,17,22 85:14
95:10 110:3,13 111:1
111:1,3,12,19,24
112:8,11,18,23 113:1
113:3,10,10,11,13
123:19 130:19
131:17 142:3,5,11,17
142:20 143:5,10
144:15,16,19,20
145:1,2,5 146:14,24
146:25 147:10,24
**dated** 132:19 151:18
**dates** 30:3 37:14 38:6
39:9,15 42:6,7 55:3
56:13 64:15 72:24
111:13 112:9 142:24
143:2 145:4
**day** 78:5 134:18
150:11 151:18
**days** 34:12
**de** 79:21 103:7
117:16 134:17,20,22
134:22,23,23
**deadline** 54:20
**deal** 46:23
**debate** 52:24
**decide** 5:5
**decided** 5:6 102:11
**decision** 28:24
119:10 138:1
**default** 76:1
**defendant** 1:9 2:17
40:10
**defendants** 40:8
**define** 87:8
**defines** 87:10
**defining** 136:6
**definition** 86:7 87:24
**definitions** 50:4
**definitively** 119:25
**defragmentation**
34:21 44:8
**defragmenter** 34:13
**degree** 6:2 95:4

**degrees** 41:13
**delete** 31:6,15 82:19
86:17 88:2,11,12,17
88:18,20,22 89:1,2
90:2,6 94:4,12,14,15
97:8,13,16 98:23
99:1 102:6 110:22
**deleted** 24:3,9 33:5,7
33:21,25,25 36:16,16
36:23,25 37:9,11
39:23 41:15 45:23
47:12 53:17 55:7
59:13,21 62:24 64:13
72:18,19,23,25 73:2
73:7 81:11,15,18
82:16,23,23,24,25
85:19 86:5,8,12,14
87:1,4,8 88:6 89:5,13
89:23 90:13 91:17
92:7 93:6,10 94:2,3,7
94:8,9,12,13,16,21
94:21,25 95:5,9,23
95:25 96:2,7,9,10,11
96:13,15,18,19,20,20
96:21,24,25 97:6,9
97:14,17 99:16,18,23
100:5,10,11 101:16
102:12,24 103:17
104:8 106:12,16,17
109:12,18 110:7,13
110:15 111:10,11,23
112:10 114:7,20,21
114:23,24 115:3,11
116:3 117:4 118:8
119:12,21 120:18
121:16,22 123:10,17
124:17 125:13,21
126:14,16,19 127:15
127:18,22 128:8,15
128:18 129:18
130:16 132:13,22
133:1,21 137:17,20
137:25 138:7,16
144:5,6 145:15 146:2

**deletes** 31:15 90:5
101:21 102:3
**deleting** 34:2 97:7
135:22
**deletion** 30:25 31:18
32:2,8,10 34:23 35:5
36:8,19 38:8 82:17
84:21,24 85:4,10,24
86:3,5,9,23 89:15,17
97:1,18,19,20 99:22
110:3,18
**deletions** 54:19,23
85:7 91:16 102:9
138:10,12,12
**denotes** 86:2
**dependencies** 147:20
**dependency** 147:17
**dependent** 42:16
147:21
**depending** 77:24
146:19
**depends** 42:19 111:6
**depicted** 137:18,23
141:4 143:14
**depose** 5:1
**deposition** 1:18,23
4:5,18 7:5 41:1,2,5,7
46:11 47:3 57:23
92:13 93:9,13 131:2
136:25 149:13 151:1
151:8
**desarrollo** 117:16
**describe** 75:10
**described** 21:22
39:19 76:25 81:7
89:21 123:20
**describing** 22:10
26:4
**description** 7:3 64:10
69:4 72:16 77:8
**descriptions** 7:6
**deselect** 81:1
**designator** 77:13
**designed** 71:15

**desktops** 134:7,7
**detect** 81:9
**determine** 59:5,8
60:20 74:15 100:20
115:10,22 117:3
118:16 119:11,21
125:17 126:22
127:18 129:17
**device** 21:15 35:23
35:23,24 36:2,6 50:6
77:24
**devices** 22:2,12,13,20
23:8,10 24:25 25:1,3
27:3,6,13 28:8,20
35:25 49:19,24 53:23
115:25
**diabetrics.procaps....**
106:6
**dictionary** 61:14
**difference** 122:18
129:5,10,11
**differences** 73:20
**different** 10:19 11:6
19:5,5,7,13,13 24:5
29:17 34:16 41:13,15
46:7 47:18 54:7
64:11,21 68:21 69:14
69:19 70:18 71:10
73:8,18 74:1 75:1
77:15,16 79:25 86:14
88:2 89:6 94:3,24
103:13 109:14
127:20 129:1,3,15
135:10 141:25
147:14
**differentiate** 138:11
**differently** 5:21
**difficulty** 136:22
**direct** 3:3 4:15
**directed** 27:5 67:9
71:16
**directly** 83:15 147:19
147:22
**director** 5:16 7:10

**directory** 36:11
66:15
**disagree** 108:3
**disappoint** 136:12
**disassociate** 86:21,22
**discovery** 32:21
42:17 85:18 108:1
129:14 135:2
**discretion** 28:23
**discuss** 13:2
**discussed** 15:8 43:13
57:25 127:21
**discussing** 93:8
**discussion** 13:4 14:1
19:8 58:18,22 59:15
135:6 138:15
**discussions** 23:9 40:1
**disprove** 120:3
**distinction** 77:21
**district** 1:1,1
**division** 1:2 106:3
**doc** 126:5,6,7 127:7
**docket** 27:18 45:16
45:16,24
**document** 16:15,22
16:25 17:13,13,15,15
17:24 18:12,14 21:23
23:23 24:1,22 25:1
25:22 31:12 42:4,6
43:19,20,24 48:25
50:24,24 58:1 63:2
65:18,21 66:23 70:5
71:12 78:9,11 84:20
85:19,24 86:2,5 88:9
88:10,13 89:22 91:17
91:17,19 92:24,24
93:1 95:24 96:1,17
97:5 98:2,21 99:8,17
99:18 100:16 102:17
110:4,14 111:22
113:17,20 117:10
118:21 119:12,18
125:9 129:7 135:8
137:4,5 140:1 143:15

**documents** 4:1 16:13
16:14,17,18,20 17:3
17:10 20:13,14,15,15
20:16 42:3,21 46:24
47:21,23,25 49:14,15
52:17 53:10 55:6,8
57:10 58:17 60:14
81:10,14 82:1,8
84:16 85:1,3,6,10,13
91:15 107:15,22
116:3,19,21 117:2,4
118:17,17 122:7,22
123:4,21 125:12,13
125:21 126:1,7,8,14
126:19,20 127:11
129:13,14 130:9,12
140:7,16 143:5
148:21
**docx** 126:5,6,10,12
127:8
**doing** 5:20,22,24
15:22 131:6
**domain** 19:11,23,24
19:25 20:2,12
**dot** 48:2 53:2 114:13
114:13,14 126:5,6,7
126:8
**download** 53:2 61:20
**dox** 126:8
**drag** 98:23,24 99:2,5
**draw** 25:22
**drive** 12:11,13 15:19
16:1,21 31:7,22
32:14 34:7 35:21,22
67:18,22,23,24 75:4
75:5 76:9,11,13,18
76:20 89:7,7,10
113:23,24 114:5
134:5
**drives** 11:3,6,10
17:11 133:25 134:4,6
134:8
**drop** 99:5
**duly** 4:13 150:8

**dump** 102:18
**dupe** 103:7 134:17
134:20,22,22
**duplicate** 80:7,12
109:17 115:11
137:19
**duplicates** 118:17
**duplication** 134:23
134:23 135:7
**duplicative** 120:6,7,8
120:11,13

**e**

**e** 3:1,8,10,10,11,12
3:13,16,16,17,18 7:8
8:10 11:8,20,24 12:3
12:7,14 15:12,17,25
16:2,6,7,9,12 19:8,15
19:22 21:17,17 22:4
22:5 23:16,18 24:2,8
26:2,16 32:21 37:21
46:14 47:5 53:11
67:22,23,24,24 68:17
71:6 82:21 93:11,12
93:13,14,15,21 94:1
94:2,3,4,4,8,8,12,14
94:16,19,21,25 95:6
95:9,22 96:5,14 97:8
97:14,23 104:1,3,4
104:15,18 105:9,10
105:14,15,17,17,19
106:15,15,20,25
107:5,6,7,20 108:1
108:14 109:2,2,5,6,7
109:8 116:14 117:7
127:17,18,20,21,22
128:4,7,7,9,14
129:14 132:18,21
133:3 134:1 135:16
135:17 137:13,16
144:5 145:13,14,15
145:16,20,21,24,24
**earlier** 26:4 44:8 47:5
72:17 84:15 97:7
98:25 100:9 110:25

114:3,11 121:21
123:20 130:15
138:10 142:3 144:14
146:8
**early** 114:3
**ease** 71:11
**easily** 30:12
**easy** 132:15
**ed** 93:2,4 95:11,18,19
95:24 96:6 98:4
99:11
**ee091768** 150:16
**effect** 122:5
**efficiency** 34:4
100:14 147:14
**efficient** 102:11
103:10
**effort** 42:12 69:24
**either** 6:12 14:6
15:20 22:11 25:11
26:25 40:2 41:6
43:18 44:14 46:19
47:2 49:11 53:22
58:19 64:23 72:19
73:6 81:25 82:3
86:16 88:5 94:9
111:1,19,23 112:17
114:11,12 124:23
**elaborate** 70:20
**electronic** 27:20
42:17 85:18 135:1
**electronically** 25:10
78:17
**eml** 127:25 128:2
**emotion** 49:10
**empaque.pdf** 79:21
**employee** 11:23
12:13,14 15:16 16:22
17:18,20 18:2,11,12
18:12,13 23:9 24:2,8
151:13,14
**employee's** 17:20
**employees** 11:9 12:6
12:18,20 13:3,17
14:5,8 15:22 21:22

23:9,14 24:24 25:7
25:11
**emptied** 86:12 87:3
88:7 94:10 144:11
**empty** 88:20,21
94:13
**enables** 20:9
**encase** 31:23 34:22
35:16 36:5 41:16
50:19 56:14 63:18
64:10 66:21,25 67:9
67:13,15,16,19 68:11
68:24 69:9 70:19,22
71:6,9,14,21 73:10
74:15 75:1 77:2,2,10
79:9,16,19 80:25
92:4 99:14 142:12
**encase's** 69:24 71:3
**ended** 54:21
**ends** 88:13
**engage** 45:1
**engaged** 6:11
**engagements** 5:18
**engineering** 6:2
**enjoy** 5:9
**entails** 5:17
**entire** 30:19 77:12
101:7 112:3
**entitled** 26:13
**entity** 64:12
**entries** 32:1 33:14
45:24 60:11 100:10
**entry** 27:18 31:17,20
33:7 39:11 45:16,16
57:3 65:25,25 66:3,6
66:7 86:19 109:25
111:1,3,7,12,16,20
111:23 112:3,9,18
135:14,15,24 145:2,5
**environment** 101:22
120:12
**error** 44:3
**especially** 33:23
**esquire** 2:2,6,11,14
2:15

**essentially** 19:25
22:16 34:9 47:11
66:20 86:9 95:1
96:15 97:22 98:13
134:10 146:17
**estimate** 131:20
148:18
**everybody** 46:18
86:6
**evidence** 67:14,16,18
67:20,21 77:1,4,14
77:16 81:10,10 91:6
91:10 99:21 100:2
120:15,22
**exact** 34:2 95:12
105:8 135:8 148:5
**exactly** 5:13 9:21
11:23 38:22 45:13
67:8 75:15 76:14,19
77:9 78:18 95:19
101:13 146:21
**examination** 3:3,4,5
3:6 4:15 59:4 83:7
84:8 134:15 136:13
**examine** 51:21 147:7
**examined** 4:13
**examiner** 89:16
**examining** 120:12
**example** 17:12 22:6
33:11 43:23 51:5
55:1,5 59:10 68:7
75:21 81:13 84:16
87:2 89:6 112:1
120:17
**examples** 53:15 92:2
**exceed** 5:7
**excel** 16:14 36:14
38:13,18 48:2 49:15
49:21,22,25 50:25
51:1,16,22 60:25
85:2 107:16,17,19
126:18,20 127:10,12
127:15
**excepted** 13:4

**excerpt** 57:9 62:23
103:16
**excerpts** 57:17 104:8
**exchange** 10:5,9
13:22 21:17 23:18
**exclude** 138:20 139:2
139:17,21,24 140:2,7
140:13,15,19,22
143:5,8
**excuse** 54:9
**executable** 31:13
**exercise** 82:13
135:21
**exhibit** 3:9,10,10,11
3:11,12,12,13,13,14
3:14,15,15,16,16,17
3:17,18,18,19 6:25
7:5,6,6 10:4 23:18,21
26:1,11,12 27:18
28:2,6,13 29:25
37:24 38:4 45:15,16
45:17 47:2,8 48:11
51:5 53:6,24 54:10
55:5,7 57:6,8,12,15
59:10,18 62:19,22
63:7,7,11 68:16 69:4
69:4,5 70:15 72:7,9
75:11 77:18 80:20
83:21,23 87:13 92:23
95:13 96:4 98:1 99:9
103:15,16 104:6,8
106:5 109:21 110:15
114:6 117:8,9,15
121:7,12,15 127:6
132:8,16,17,18 133:8
133:10,11 135:13,25
137:4
**exhibits** 3:19 4:1
6:20,21,23,25 7:2,4,7
9:10 15:9,10 39:18
45:15 46:1 63:8 84:2
91:24 137:5
**exist** 53:12,17,22
69:18 135:2 145:13
145:15,20,22

**existed** 35:1 102:14
114:3 115:19,22
128:5
**existence** 65:5
**exists** 69:7 73:2
110:11 116:19
**expect** 20:7
**expected** 20:13
**experience** 135:7
**expert** 5:2
**expires** 150:16
**explain** 11:14 32:20
63:4 134:18
**explained** 9:16 10:11
**explaining** 68:7
**export** 22:4,5 50:23
70:21 81:3
**extension** 37:20
41:12 46:14 50:14
63:21 64:7,7 70:24
71:4,21 72:15 103:23
103:23 104:11 126:4
128:20,22 130:20
138:24 140:4
**extensions** 37:18
38:4 50:11 51:17,19
75:7 126:23 127:1,14
129:19 138:22 139:8
**extent** 74:23,24
116:20
**extents** 75:6
**extract** 30:20,22
**extracted** 36:18
85:15 130:15
**extracting** 37:7
**extractions** 30:14
**extraordinary** 45:2

**f**

**fact** 14:4 15:22 30:10
38:24 54:23 99:25
101:1 120:19 137:24
141:18 145:14,21
**factor** 136:8

[fair - first]

**fair**  8:4 11:21 12:23
  15:7 20:17 21:25
  24:4 26:5 27:13,25
  30:8 33:19 43:11
  52:4 105:13 118:18
  138:14 140:23
  143:13,24
**fall**  57:12
**falls**  30:20 142:13
**false**  42:1 61:9
**familiar**  4:20 142:23
  142:25
**far**  8:12 19:10 21:13
  58:23,23 86:23 89:22
  95:19 119:19 123:10
**fast**  118:10
**faster**  34:18
**february**  3:17 6:12
  54:19,23 55:8
**federal**  5:22
**feeling**  136:11
**fees**  131:17
**fell**  39:12 55:19
  56:13,25 85:16
**field**  64:11 117:14,15
  122:7
**fields**  2:7 56:10,17
**fifth**  63:12
**figure**  69:24 101:25
  124:11,13 125:20
  127:14 149:2
**figured**  37:2
**figuring**  28:8
**file**  16:2,2 18:2 19:10
  19:22 20:19 21:18
  31:7,8,12,12,14,16
  31:17,20,25 32:6,9
  32:12,21,22,23,23,25
  34:1,2,3,11,17 35:9
  35:10,20 36:3,7,13
  36:15 37:1,4,6,6,8,10
  37:13,17 38:3,7,23
  39:9 41:11,13,23
  42:8,8,9 43:16 44:5

44:11,12,16,18,20,22
46:13 48:7 49:16,18
50:4,6,9,11,13 51:9
51:17,19 52:25 53:14
53:16,22 56:13,14,23
56:25 57:3 58:13,19
58:20,25 59:1,3,8
60:7 61:16 63:1,3,16
63:19,21,24,25 64:7
64:13,18,18,20,21,22
64:25 65:3,4,4,6,6,7
65:9,17 66:1,3,5,6,7
66:16,19,20,22,24
67:1,2,9,10 68:10,10
68:11,12,22 69:24
70:24 71:2,3,4,8,9,12
71:21,21,22,24 72:1
72:15,21,22,22,25
73:2,4,5,19,22,22,23
74:1,2,4,14,17,18,20
75:2,6,17 76:6 77:1
78:1,15,17,24 79:4
79:14,15,17,19,20,21
79:23 80:5,5,12,18
81:24 82:1,23 85:15
86:1,9,14,16,18,18
86:22,24 87:1,4,7,9
87:19,20,21,25 88:3
88:3,4,19,24 89:5
90:5,6 92:8 93:15,16
93:17,18,18,19,20,22
93:25 95:23 97:1,21
98:7,19,24 99:22,25
100:1,4,11,12 101:14
102:1,3,10,14,22,23
102:24,25 103:23,23
104:2,7,11,14,15,17
104:19,20,21,22
105:13,14,15,20
106:5,5,9,11,15,17
106:20 108:6,15
109:18,24 110:7,10
110:12,13,15,18
111:11 112:10 113:3
113:5,8,13,14,17

114:25 115:2,4,6,14
115:20,22,25 116:10
117:11,18,20,21
118:1,1,3,4,8,8,23
119:16,18,22 120:1,1
120:16 123:11 124:9
124:16,17 126:4,25
127:13 128:20,22
129:2,3,4,15 130:19
134:24 138:6,7,15,22
138:24 139:7 140:20
141:24,25 142:12
143:13,15,21,25
144:10,12,15,16,17
144:19,20,24 145:1,8
145:10,13,18,19,22
145:25 146:4,10,11
146:12,14,21,24
147:1,17,18 148:1,1
148:19,20
**filed**  1:23
**files**  16:3,3,4,9,15,16
  18:7 19:13 20:13
  27:20 32:5 33:5,6,12
  34:9,23 35:1,5 36:21
  37:11,17 38:3,5,8,12
  38:16,25 39:23 41:15
  41:22 44:9,10 45:23
  47:12 48:2,5 49:14
  49:20 50:1 51:7,20
  51:23 52:5,6,7,9 53:1
  53:1,1,2,8,9,9,10,10
  54:12,16 55:19 58:13
  59:13,21 61:17,21
  62:24 68:5,13,23
  69:7,17,20 71:10,22
  75:18 76:5 79:1 80:2
  81:11 82:19,19 85:21
  87:5,6,19 88:22 89:4
  89:11 90:1,2 92:3
  93:9,9,14,21,24
  94:24 95:3,5 96:23
  99:11,13,14 100:11
  100:16,22,23 101:9
  101:17,21 102:4,5,7

102:8 104:1,1 111:10
115:11,11,19 118:13
120:5 121:22 123:11
123:16,17,18 124:6,8
127:15,24,25,25
128:2,3,8,10,12,17
129:16,17 130:16
132:20 135:23
137:14,18,19,23,24
138:2,4,20,21,25
139:3,6,8,17,20,21
139:23 140:3,7,11,12
140:13,24,25 141:3,4
141:8,10,11,14,15,19
141:24 142:4,22
143:11,14,16 144:1
145:21 146:18,25
147:11,11,21 148:20
**filing**  53:6 60:23
**fills**  73:11
**filter**  37:8,9,13,13,14
  37:17 38:3,5 39:11
  53:19 54:24 55:10,10
  55:12,14,14,18,20,22
  56:1 61:1,2 70:15,17
  70:20 142:11,17
**filtered**  72:14 143:1
**filtering**  128:20
**filters**  37:10,11 50:22
  51:22 70:18 85:15,16
  95:10 130:19,20
  142:3
**financially**  151:16
**find**  16:3 38:3,25
  59:15 76:15 85:13
  115:13 116:6
**findings**  45:22
**fine**  83:20 92:21
**finish**  34:8 70:5
**finished**  22:19
**finishing**  15:11
**firm**  17:13,14
**firms**  5:19
**first**  5:6 6:6,9 7:12
  9:15 10:11 33:4,13

Veritext Legal Solutions

37:10 41:25 47:1,1
57:6 63:10 71:25
72:17 90:13 103:22
109:23 135:14,17,24
137:3
**five** 70:3 74:3 100:24
101:2
**floating** 41:20 44:9
**florida** 1:1,14,22 2:5
2:9,12 150:3 151:3
151:23
**focus** 36:22 58:11
**focused** 8:23 59:23
**folder** 36:14,15 56:25
58:20,25 59:1,2,8,14
59:22 60:8 63:16
66:19 68:13,15,22
69:8,16,17 88:3,24
89:8,9 93:7,24 94:10
94:13,14,17,20,22,23
94:24 96:13,20,20,21
96:23 97:2,6,9,14,17
98:4,16,16,17 99:13
99:19 100:22 114:25
115:4 144:5,6
**folders** 68:18,21,23
68:24 69:13,22 88:23
92:4,4 93:10,21
99:12,15
**folks** 21:1 23:12
28:19,24 81:8
**follow** 22:19 69:19
72:12 103:21 119:23
**follows** 4:14 24:2
**force** 5:23
**foregoing** 151:7
**forensic** 5:2,18,25
27:17 30:10,19 31:3
31:22,24 45:8,14,19
54:13 87:11 89:16
96:11 97:10,11
**forensically** 21:15
98:9
**form** 116:1

**formal** 11:20
**formalities** 149:14
**format** 16:15 104:2
129:9,15
**formatted** 50:25 78:9
**formatting** 95:16
**former** 25:11
**forward** 96:9
**four** 23:8 39:9,12,15
56:24 57:2 72:24
84:16 111:13 112:8
142:12 145:6
**fourth** 63:12
**fragments** 34:19 45:9
**frame** 29:17 35:2
39:13 42:21 50:2
57:1
**franco** 133:12,14
**free** 12:8
**front** 59:11
**full** 7:5 66:15 67:3
69:3 79:12 99:15
**further** 74:25 88:8
110:5 131:1 148:24
149:3 151:12

## g

**gather** 27:10,11
**gathered** 36:6
**gel** 62:3,3 63:8
**gels** 79:17
**general** 8:11 13:21
31:6,16 64:22 65:20
66:10 111:4,12 125:4
**generally** 76:1
104:20 105:8 110:16
112:8
**generate** 39:22 47:10
47:19 48:8,21,23
49:23 50:17 51:13
58:12 82:19
**generated** 9:10 22:10
26:21 31:1 34:25
47:9 49:18 50:14
60:14 62:23 67:4

72:11 79:9 82:17
87:7,9 88:2 102:8
**generates** 42:1 92:5
99:14
**generating** 138:19
139:16
**generic** 122:5
**gigabyte** 11:25 12:16
12:24 13:17 14:8
82:22 105:25 135:22
**gigabytes** 135:15
**give** 7:3 26:8,10
27:21 69:4 77:7 84:6
87:14 121:8 126:9,13
129:21
**given** 10:3 13:20
21:10 81:7 83:4
128:14 143:25
**glean** 51:24 100:17
108:13
**gleaned** 51:16 52:21
52:23
**go** 4:8 5:6 20:23 23:1
24:14 31:21,24 32:4
32:9 35:11 47:22
48:10 53:14 54:4
76:24 78:23 82:12
83:17 88:8,18,24
92:10 94:17 96:4
98:1 99:8 103:15
108:22 109:21
112:20 114:6 121:13
124:23 125:8 129:16
132:15
**gobbledygook** 45:10
45:11
**goes** 8:12 11:24
76:21 86:18 97:9
111:8 134:13 135:5
146:17
**going** 4:20 5:5 17:15
22:22 43:17 45:1
49:7 52:18 64:6
65:13 70:13 77:19
78:4 79:16 82:11,25

84:11 86:20,20,21
99:9 103:6,19,20
112:11,16 120:17
121:1,9 125:10 132:7
133:4,10 135:20
136:5,18,25
**good** 4:7,17,22 5:12
6:5 46:18 66:9 73:14
75:5 79:6 81:4 84:4
103:19 107:9 134:12
136:15
**goodman** 1:2
**goodman's** 5:3
**google** 108:1
**gosh** 82:4
**gotten** 45:9 47:15
94:23
**gps** 76:18
**grant** 105:4
**graphic** 53:9
**graphics** 20:16
**great** 68:7
**greenwich** 65:14
**grew** 22:17
**ground** 136:24
**guess** 49:12 83:15
**guides** 140:17
**guys** 107:9

## h

**h** 3:8
**h5** 130:12
**habits** 23:10,14 25:7
**half** 43:25 44:1 90:22
**hand** 83:25 150:10
**handed** 117:12
**handle** 46:8
**handling** 50:6
**happen** 15:17 33:5
33:10 100:7 135:20
**happened** 14:5 82:3
95:16
**happens** 31:6 33:12
86:15 146:21

happy 84:1
hard 11:3,6 31:7,21
  32:14 34:7 67:23
  76:11,13,18,20 89:7
  89:10 93:6 94:7,20
  94:21,25 95:9,23,25
  96:10 116:21 118:10
  133:25 134:1,5,8
  137:1 145:15
hardware 140:16
hardy 1:13 2:3
harvested 123:21
hash 78:12,12,13,13
  78:14,15,16,19,20,20
  78:22 80:11 102:17
  118:10,12,13,18
  120:1 135:6,9
head 12:15 35:17
  45:10 62:1 121:17
  135:19
headers 68:7
heading 61:2
headings 39:19 57:7
  61:1 62:20,21 63:1,3
  63:13 70:14 80:21,24
  80:25
hear 9:21 136:21
  139:12
hearing 9:13 12:2
  13:8,13 17:17 40:14
  40:16 56:12
hearings 131:4
held 29:14
help 54:25 92:9
helpful 31:5 84:3
  97:25
hernandez 2:20
high 42:1 49:5,13
higher 49:23 107:16
  107:17
highlighted 60:11
hit 88:12,19 89:1
  94:15 97:8 123:4
hits 42:2 97:13

hitting 98:23 125:2,3
hold 14:20 15:6
  88:25 94:15
holding 11:6
home 135:21
honestly 142:24
hope 62:11,12 120:24
hopefully 5:7
hour 83:14
house 105:14
html 61:16
huh 32:17 108:7
  116:5,16,22
human 87:20
hundred 107:18
hundreds 11:9,9
  49:23 105:25 108:19
  109:2
hypothetical 112:22

**i**

icon 99:4
idea 89:20 134:24
  148:18
identical 143:15,24
  145:2
identification 4:2
  53:21
identified 21:16 22:3
  28:5 34:22 50:1
  128:1
identifier 78:1,17
identifies 35:13 37:5
  37:5 63:23 75:2
identify 27:12 35:8
  60:12 67:9 81:18,21
  115:19
identifying 16:5 83:6
image 22:1 23:15
  30:19 32:14 133:11
imaged 21:16 23:8
  27:3 28:9 36:6 67:11
  77:4
images 30:14 34:22
  129:12 133:5

imagination 107:4
imagine 47:14 62:3
  107:4 147:16
imaging 21:15 23:3
  77:7,24
imagining 35:15
implement 50:21
  51:21 61:1
implemented 55:18
  142:11
important 121:12
include 51:19 87:20
  138:25
included 39:14 55:22
  85:14,20 128:24
  138:23 139:8,9 140:5
  140:25
incurred 131:17,18
independent 28:24
independently 27:12
  51:10
index 37:1
indicate 44:11,23
  96:1 98:6
indicated 53:7
indicates 16:9 96:13
indirectly 147:19
individual 12:6
  16:19 25:7 40:22
  77:22 82:1 94:3
  104:1 127:21,24
  128:7 138:2,3 147:2
  148:19
individual's 16:3
  105:9
individuals 5:19 16:5
  27:19 28:8 29:2,13
  81:24 82:20
industry 31:23
inference 49:13
infinite 33:14
information 8:9,21
  10:9,17 12:22 15:12
  15:12 22:1,2,13
  23:10 24:21,25 25:10

27:2 28:17 29:12
  30:25 34:10 35:11
  36:6 40:6 46:1 49:17
  50:16 51:15,24 54:22
  55:9 66:18 67:3,11
  67:12 68:11 69:11,12
  69:23 74:14,18,21
  112:5 119:7,8 120:20
  131:10 141:12,16,23
  146:7
infrastructure 8:10
  8:12,20 10:16 15:4
inherent 56:16
initial 124:15,16,18
  132:22
initialized 73:16,17
initiate 102:21
initiated 102:9
  104:15
innumerable 90:4
inquire 19:17
inside 55:3,19 56:1
  67:1 73:8,23 88:23
  93:13,14,22 94:4,5
  98:17 127:22
insights 83:4
insofar 21:25
installation 140:8
instance 32:5 51:17
  125:11 145:7
instances 73:5
  110:21 111:9 115:25
  120:10 128:21
  134:24
instruct 38:2,5 143:4
instructed 28:20
  124:3
instruction 124:1
instructions 21:10,13
  58:12
intact 44:6,8
intensive 42:13
intention 138:17
interacted 64:23
  147:18,19

[interaction - lesser]                                                                    Page 163

**interaction** 104:16
**interchangeable** 111:5
**interchangeably** 43:9,10
**interest** 20:21 68:8,9
**interested** 57:20 151:16
**interface** 95:15 147:22
**internal** 80:13
**internally** 47:9
**internet** 53:2 61:15 61:19,21 122:10 125:4 138:21,25
**interpret** 105:23
**interpretations** 46:9
**interrupt** 91:4 147:4
**interview** 6:17 7:9,13 7:16,23 8:7,24 9:1,3
**introduced** 113:14
**invalid** 114:22,23
**inventoried** 38:11
**inventories** 56:8 57:9 132:19 137:15,24 138:11,20 140:3,7,12 141:1,4,11,15,19 142:4,7,22 143:14 144:2,16 146:25 148:20
**inventory** 26:9 38:15 62:23 143:11 147:12
**inventorying** 54:16
**investigations** 5:24
**investigative** 5:16,21 5:24,25
**investigator** 101:12
**involved** 6:6,10 90:1 121:2 131:5
**involvement** 95:17 131:1
**ipad** 134:9
**ipad's** 134:10
**irrelevant** 67:25

**issue** 120:24 125:6
**item** 36:13,14,15,16 55:2 67:14,14,18,20 67:21 68:6 70:22 71:7 77:3,4,14 97:16 110:22
**items** 50:21 67:16 77:16 94:9,12,14,16 96:8,10,10,11,13,20 96:20,22 97:3,6,9,14 97:17 99:18 103:17 104:9 116:3 117:4 121:16 124:17 126:15,16 132:13,22 133:1,21 144:5,6

**j**

**j** 2:15
**james** 1:19 150:15 151:5,21
**january** 30:1 142:6 143:5
**japan** 6:1
**jbarkett** 2:3
**job** 103:19
**john** 2:2
**joint** 40:19,20 131:4
**jorden** 2:7
**josh** 24:16
**joshua** 23:19
**jpg** 51:22
**judge** 5:3 9:16
**judges** 50:10
**july** 30:2 54:21 55:11 142:6 143:6
**june** 1:15 4:4 150:8 150:11 151:18

**k**

**keep** 15:17 25:6,23 139:11
**keeps** 35:12 44:16 66:20 93:20
**keyword** 41:22,23 43:7 53:19,19 59:6,7 59:9 85:17 95:10

123:20
**keywords** 42:22,22 42:24 43:4,5
**kids** 149:8
**kind** 10:18 21:23 31:8,13 33:4,5,14 34:14,20 36:11 43:24 48:7 50:20 53:21 61:24 63:11 64:15,18 68:15,21 71:25 75:18 75:19 86:6 90:15 93:12 94:22 101:8 102:5,10 104:16 108:3 111:8,14 112:2 119:23 138:21
**kinds** 89:25 107:25
**klisch** 2:15
**knew** 8:8,18 27:23 35:1
**know** 7:25 8:13 9:2 9:13 13:12,20 14:4,7 14:9,25 15:8,20,24 17:6,10 19:11 20:22 21:21 22:6,19,24 25:9 27:9 33:8,18 40:14,18,19 41:17 47:10 49:11,21 50:2 51:10 52:19 56:18,20 57:20 59:4 61:7,16 62:1,4,5,9,10,12,25 64:6,6 66:22 69:10 69:18 72:8 74:8,13 79:17 81:6 82:18 83:7,21 86:21 87:4 88:1 89:18 90:9,13 90:21,21 91:23 92:2 92:6,17 94:23 95:3 100:21,24 101:8,10 101:11,15,18,22 102:12,13 105:22,24 106:1 107:9,18,20 108:3,16 109:9,18 110:21 118:7,21,22 118:23,23,25 119:24 120:6,11,13,19,19,21

123:6,9,12 124:4,11 124:12 127:23 131:3 131:19,22,22,24 133:23 136:10 137:23 141:3,7,10,14 141:22 142:7,10,25 143:1 146:7 147:5 149:6
**knowing** 95:2
**knowingly** 61:20
**knowledge** 9:21 54:14
**knows** 46:19 63:6 67:1 141:18
**kunkel** 1:18 4:6,11 4:17 6:23 7:8 23:19 27:22 46:4 57:8 63:9 70:13 81:7 84:10 130:8 136:15 145:12 148:17 149:5 150:7 151:8

**l**

**lab** 30:20
**labor** 42:13
**laptop** 133:11,14,16
**laptops** 134:5,6
**large** 1:22 107:5,6,20 135:18
**lasted** 18:17
**lastly** 132:7
**law** 5:19 17:13,14
**lawyer** 28:16
**lead** 9:1,6
**learn** 16:13,16
**learned** 24:4
**leave** 5:1
**leaving** 149:7
**left** 21:11 23:23 25:15 34:20 46:20 70:3 95:1
**legend** 137:7
**lends** 42:24
**lesser** 127:5

[letter - master]                                                                                          Page 164

**letter** 67:18,22
**letters** 72:5 116:14
**library** 31:13 78:20
**licenses** 140:13
**licensing** 140:11
**life** 42:11,18 62:7
**light** 53:3
**likewise** 139:6 144:9
**limit** 12:1,5,16,19,21
  12:24 13:3,18,19,19
  13:23,24,25 14:6,8
  16:6 24:3,9 30:10
  82:22
**limitation** 24:17
**limitations** 56:9,17
  56:18 57:21
**limited** 30:13,23
  49:18
**limits** 5:6,8
**line** 26:15 28:4 36:13
  36:14,15,16 47:13,16
  50:21 55:2 68:6 93:2
  93:4 147:23
**linear** 76:20,20
**lines** 50:22 141:22
**lingo** 122:12,14,19
  124:21 125:4
**link** 76:5,5 80:3,4,5,6
  132:23 133:5 137:19
**list** 3:19 6:24 7:6
  26:11 27:19,24 28:6
  29:8 37:20,24,24
  41:12 46:14 47:22
  59:6 61:6 90:3 92:25
  115:16,18 126:25
  138:23 139:8 140:5
**listed** 28:14 38:4,6
  49:14,20 50:12 52:7
  133:19 141:11,15,19
**listing** 39:22
**literally** 50:4,20 72:5
**litigation** 14:19 15:6
  81:14 143:16 148:21
**little** 5:14 10:24 24:5
  34:10 49:8 69:14

**74:6** 112:22 120:8
  123:5 136:20
**livenote** 151:23
**llp** 2:16
**local** 12:11,13 15:18
  16:1,21 17:2,11,11
  18:8 35:21
**located** 69:17,25
  109:15,16
**location** 65:11 74:25
  76:8,10 89:6,10,11
  89:12 102:11 109:14
  113:9 114:5 144:21
**locations** 10:19,20,25
  137:20
**log** 73:8,10 110:11
**logical** 66:13 73:15
  73:17 107:1 118:23
**logins** 20:1
**logouts** 20:1
**long** 18:23,25 52:17
  55:15 98:11 135:6
  136:11
**longer** 70:20 73:25
  86:10 110:18
**look** 25:14 27:15
  31:24 38:7 50:25
  59:4,5,11 62:17,19
  71:22 74:11 75:23,24
  75:25 80:15,20 82:9
  82:10 87:17 89:17
  90:16 91:24 92:23
  93:1,22 96:6 98:4
  100:19 103:6,6,7,22
  106:4 108:5 111:7,13
  112:23 114:7 121:7
  121:12 125:8,11
  126:6 133:3 137:3,6
  142:25
**looked** 10:1 52:1
  58:17 61:25 109:14
  116:14,14 138:7
**looking** 8:18 23:24
  31:25 35:9 42:19,20
  45:14 48:13 51:17

**55:4** 57:6 59:17 60:3
  68:16 69:15 72:7
  75:11 83:5 85:2 91:2
  102:23 117:8,15
  118:24
**looks** 62:25 108:10
  113:5 132:25 133:10
  133:11,14,16
**lost** 68:5,10,10,13,23
  69:7,20 92:3 99:11
  99:13 100:16,22,23
  118:8
**lot** 26:19 33:12,23,24
  61:15 64:20 100:9
  102:2,3,6,22 107:15
  114:15 122:10
  129:13 131:3,6 135:1
  136:24,25 146:20
**lots** 61:18
**loudly** 136:19
**lower** 122:17,23
**lump** 71:10
**lumped** 94:20

**m**

**m** 2:2 3:1
**mac** 2:6 136:16
**machine** 87:6,21
  119:9
**mail** 3:10,10,11,12,13
  3:16,16,17,18 7:8
  8:10 11:8,24 12:3,7
  12:14 15:12,17,25
  16:2,6,7,9,12 19:8,15
  19:22 21:17,17 22:4
  22:5 23:16,18 24:2,8
  26:2,16 46:14 47:5
  71:6,11 82:21 93:11
  93:12,13 94:1,4,12
  94:14,16 95:22 96:5
  96:14 97:14,23 104:1
  104:4,15 105:9,10,15
  105:17,17 107:20
  117:7 127:21 128:7
  132:18,21 133:3

**134:1** 137:13,16
  144:5 145:13,14,15
  145:16,20,21,24,24
**mailbox** 12:4,8,14,16
  13:18 16:6 105:9
**mailed** 37:21
**mails** 11:20 53:11
  93:14,15,21 94:2,3,4
  94:8,8,19,21,25 95:6
  95:9 97:8 98:16
  104:3,18 105:14,19
  106:15,15,20,25
  107:5,6,7 108:14
  109:2,2,5,6,7,8
  116:14 127:17,18,20
  127:22 128:4,7,9,14
  135:16,17
**maintain** 65:9
**maintained** 73:8
**majority** 51:7
**making** 28:24 135:21
**manage** 20:1
**management** 17:14
  17:16
**managing** 5:17,17
**map** 76:9
**march** 6:12
**marked** 4:2 6:24
  23:18 27:18 31:18
  32:2,7,10 33:25
  34:23 35:5 36:8,16
  36:19,25 38:8,25
  45:15 84:21,24 85:3
  85:7,10,19,24 86:3,4
  86:8,23 91:15 96:25
  97:17,19,20 110:18
  137:4
**master** 2:5 5:4 31:8
  31:14,17,20,25 33:7
  33:13,14 34:11 35:9
  35:10,20 36:3,7 37:1
  37:4,6 38:7,23 42:7,9
  44:11,16,22 60:25
  63:19,25 64:20 65:3
  65:17 66:3,5,7,19,22

67:2 68:12 72:21,22
73:4 74:17,18 79:19
80:18 86:1,16,18,24
93:16,18,20,22,25
97:1,21 100:10
102:23 115:2,6
120:16 148:1
**masters** 6:3
**match** 144:1 148:19
**matches** 118:9,25
119:1
**matching** 143:13
**material** 29:18,21
79:21
**matter** 6:7,10 26:15
29:21,23 30:6 131:1
131:18 145:14,21
**maximize** 34:4
100:13
**mba** 6:3
**mccoy** 2:6 3:6 41:10
46:11,20 57:22
134:13 135:5 136:9
136:12,14,16,23
137:9 139:13,15
147:8 148:9,16,24
**mean** 22:24 30:15
33:6 49:7 50:5 60:5,8
64:18 65:6,14 68:8
68:20 85:12 87:9
91:19 92:8 93:5
102:2,22 103:25
107:8 108:18 110:23
111:3 114:17 117:25
117:25 120:22 121:4
129:10 131:7 138:3,5
143:2,16,18
**meaning** 11:1,1
31:18 32:6 40:2 42:2
43:2 78:16 109:24
**meaningless** 64:17
70:23
**means** 32:11 33:8
39:4 44:25 53:13
55:17 66:4,6 68:5,10

71:4 74:3 75:21 76:4
78:10 80:1,2,15
86:24 87:19 95:19
100:2 113:11 114:13
114:18,19,20,21,24
134:19 145:4,7
**meant** 122:8
**mechanical** 51:3
52:14 58:12 82:13
83:10
**mechanically** 51:13
60:20,25
**media** 4:5 10:22 11:1
53:22 113:12,13
114:1,2 115:20
130:17 133:8 134:5
**medicine** 62:12
**meeting** 21:14
**megabyte** 109:6
**megabytes** 105:25
107:3,12,13,16,18,21
108:25 109:1 135:14
**memo** 10:11 11:18
**memorandum** 19:6
**memory** 13:13 80:23
**memos** 6:19 9:10,14
15:8
**mention** 100:4
**mentioned** 1:23
54:20 87:2 92:11
101:25 112:21
121:25 146:7
**mentions** 133:5
**messages** 108:19,19
**met** 29:1,6
**metadata** 56:9,17
92:25 95:24 96:5
98:2 99:10 116:13,17
116:18,19,21 117:2
117:22 118:7 146:14
147:10,24
**method** 43:18 99:1
126:23
**metric** 108:14

**mg.doc** 117:17
**miami** 1:2,14 2:5,12
5:9 150:4 151:4
**michael** 1:18 2:15
4:11 21:6 150:7
151:8
**microsoft** 13:21 16:1
31:11 43:21,24 44:2
71:6,7 90:5 96:12
104:2,24 125:12,13
125:21 126:14,18
127:10,14 139:3,7,18
144:10
**mike** 4:6
**million** 42:3 100:25
101:2,4 107:2 108:24
**mind** 10:1
**mine** 5:7
**minute** 129:21
**minutes** 18:18 70:3
83:14
**mirror** 105:8
**miscommunication**
9:25
**missing** 82:8
**misunderstanding**
9:25
**mklisch** 2:15
**mmccoy** 2:7
**model** 33:4
**modified** 39:11 57:4
65:25,25 109:25
110:19 111:1,3,7,12
111:16,20,23 112:9
112:18 144:15 145:2
145:6
**moment** 82:18
**morning** 4:17
**motion** 3:9 5:1
**mouse** 99:5
**mouth** 118:19 122:4
**move** 70:2 100:13
136:19
**moved** 102:10 103:9

**moves** 34:14
**movie** 135:23
**moving** 34:4,15
**mp3** 51:23
**msg** 63:22 71:5,5
103:23 104:1,3
105:15 110:15
127:25 128:2
**multimedia** 51:8,18
**multiple** 10:20 11:3,6
35:25 36:1 53:16
63:1 79:15 102:16,19
105:14 145:22,23
**music** 51:8,18

## n

**n** 3:1,1
**n.w.** 2:16
**name** 4:4 26:8,10
27:9 58:25 59:3,14
59:22 60:8 61:2,2
63:5,7,15,16,16 64:2
64:6 66:24 67:18,19
71:24 77:1,3 78:23
78:24,25 79:5,7
84:10 92:14 94:24
106:6 112:4 115:20
117:18 118:4 119:16
119:18 123:11
124:17 125:3 132:4
143:13,15,25 144:1
**named** 58:20 104:24
**names** 21:5 28:2,6,14
53:14 61:4,6 115:15
115:25 116:10
117:20,21 118:1,1
148:19,20
**narrow** 42:20
**nature** 71:13
**naval** 6:3
**navy** 8:4
**ncra** 151:24
**nearing** 13:18 14:6
**necessarily** 13:23
15:5 65:9 91:11 92:8

[necessarily - overwrote]

143:16,18 147:18
**necessary** 72:13,14
87:21
**need** 12:7 115:2
**needed** 8:8
**needing** 16:6 21:16
**negative** 120:4
**neither** 20:11 28:10
**net** 50:15
**never** 29:1,6 62:12
79:7,7 80:14 103:6
107:19 139:13
**new** 31:19 32:11,23
32:25 44:19 86:20,25
89:12 97:23 143:25
**nice** 50:25
**nodding** 12:15 35:17
121:17 135:19
**nomenclature** 12:10
19:8 26:17 95:20
**non** 41:23
**normal** 61:13,14
87:21 137:25
**notary** 1:21
**notebook** 134:2
**notes** 9:7,9 151:11
**notice** 1:22 3:12,13
3:14 13:20,25 14:11
14:20 45:17,21 54:18
82:4 121:16
**noticeable** 103:11
**noticed** 58:16
**notions** 86:7
**november** 113:18
114:5
**noviembre** 69:8
**nuance** 122:20
**number** 4:23,24 7:2
13:16 19:7 38:20
42:1,25 47:15,21,22
49:13,22,23 54:15
55:5 60:1,21 76:23
79:2 86:13 102:21
104:3,18 106:1,14,19
106:25 107:1,6,6,21

108:14 109:3 118:22
125:20 126:7,8,9,13
126:19,22 127:14,18
128:7,9,17 129:17
137:7 147:13
**numbers** 9:15 47:7,9
48:12,16,21,23 49:5
49:9 52:19 58:9
60:23 75:11 76:12
77:15 81:25 83:22,23
84:5 133:7

**o**

**o** 3:1 105:6
**o'brien** 21:6 26:25
27:5,23 28:10
**oath** 150:1
**obviously** 7:4 17:7
40:13 54:5 59:7 61:5
75:14
**occupied** 44:16 79:22
79:22
**occupies** 73:23 79:21
**occupy** 32:25 103:13
**october** 114:4 142:22
**offhand** 74:8 75:15
124:2
**office** 5:23 107:21
131:23 132:1,3,6
139:4,7
**official** 150:10
**offline** 104:21 105:7
**oh** 32:8 48:19 54:4
55:12 62:8 74:8
92:16 129:12
**okay** 5:12 11:4 12:13
13:7,10 14:15 15:1
17:23 20:23 21:18
23:25 24:12 28:19
29:19 32:9 37:14
39:3 43:11 45:4 47:7
48:10,15 53:24 56:2
56:20 58:16 59:19
60:10 62:7 65:15
72:2 74:10,23 79:24

80:16 81:4 83:9,13
87:7 88:1 92:10,20
97:25 103:3 104:5
105:3 111:25 112:14
115:7 117:14 121:9
121:18 122:16
123:24 124:4,9,10,12
124:16,20 129:23,24
144:22
**old** 32:12 34:12 54:9
79:15,23
**older** 39:17
**oldest** 39:15,16
**once** 79:22 110:17
123:16
**ones** 28:11 36:23,25
81:3
**onset** 69:21
**open** 50:24 63:23
67:15
**opened** 50:25 65:18
65:19
**operating** 33:24 34:3
34:13 35:15 86:13,16
89:4 139:18
**operation** 87:21
137:25
**opinion** 37:15 119:1
**opposed** 27:12 79:12
121:2 147:1
**option** 143:21
**order** 3:11 4:25 5:3,5
6:22 8:15 12:7 27:17
27:21 28:3,4,7,15
29:25 30:4 34:25
37:15 38:6 39:13
42:20 43:21 45:18
50:15 87:10,11,18
90:19,20,23 94:2
130:13 142:21,25
143:2,4,7
**ordered** 90:20
**organize** 121:10
**organized** 6:24

**original** 10:6 79:12
79:13,14,24 82:12
89:13
**ost** 104:19,20 105:6,8
105:14,16,20 108:5
108:15 128:2,10,12
**osts** 104:12
**outlook** 14:11 16:1
31:12 71:6,7 96:13
104:2 144:5,6
**outside** 38:6 54:12,17
143:5
**overall** 8:11
**overinclusive** 41:25
**overlaps** 117:23
**oversaw** 142:16
**overwhelming** 51:7
**overwriting** 30:25
33:2
**overwritten** 31:19
32:3,8,11 33:15,16
34:24 35:2,6,13,14
36:17,17 37:2,7,12
38:9,16 39:1,4,4,23
43:15,17,21 44:10,12
44:14,19,20,22,23
50:7,23 53:17 54:16
57:9 58:13,19 62:24
62:24 64:13 74:14,20
79:14,18 80:1,16
81:24 82:8 84:21,24
85:4,7,11,20 91:16
95:5 97:23 106:12
109:12,19 115:11
118:8,13 119:13,22
126:16 132:20
137:14,18,21,24
138:20 140:3,7,12,25
141:4 142:4,21
143:11,14 144:1
146:25 147:11
148:20
**overwrote** 79:15

## p

p  62:3,3 63:8 79:17
p.m.  1:15 130:3,6
  148:12,15 149:12,14
page  3:2 24:18 26:3
  26:13 27:19 48:13,14
  48:17,17,19 54:10
  55:6,6 57:7 59:17
  63:10 70:2,14 71:1
  72:17 73:16 78:7,8
  78:23 92:25 96:6
  98:3 99:10 103:22
  108:2 109:23 110:6,7
  112:20 114:7 121:20
  125:8 137:12
pages  9:10 15:10
  23:20 25:14 54:15
  63:12 78:11 107:23
  137:6
paid  60:17 131:15
pantheon's  3:9
paper  22:10 27:20
paragraph  20:4,5
  27:19 45:18 87:12,17
parameter  143:10
parameters  56:8
part  6:16 28:24
  78:22 90:19,23 93:21
  95:16 131:5 133:21
partially  35:13 43:15
  43:17,20 44:10,12
participated  7:15
particular  7:23 12:5
  12:20 14:1 20:10
  34:8 35:21 44:18
  50:5 59:8 63:24
  66:16 67:20 68:6
  69:25 77:14 78:10
  81:3,11 82:21 88:19
  95:23 98:15 100:23
  102:1 105:20 110:4
  115:22 121:23 132:2
  138:6,7

particularly  8:9
  42:14
parties  4:12 5:8 6:21
  28:5,15 45:13 46:2,6
  46:9,15 51:14 52:25
  58:6,14,18 132:23
  137:14 151:13,15
partition  67:23 68:17
  69:25 90:11,12,15
partitions  90:10,11
parts  63:12
party  89:25 130:8
paste  89:9,16 90:7
path  66:15,16,18
  67:1,4,10,17 68:3,11
  69:2,3 79:12,12,13
  79:14,24 85:18 95:21
  95:21 99:15 103:12
patheon  1:8 4:24
  53:5 54:10,18 55:9
  59:12,14,18,22 60:7
  60:11 61:3,8 62:3
  63:9 84:11 98:16
  115:17 117:5 119:18
  119:22 130:10
patheon's  3:12,14
  5:1 45:21 47:8 48:11
  51:6 58:10 92:17
  121:15
patterns  82:7,9,10
pay  51:12
pdf  16:15 18:2
  117:11 128:17,20,22
  128:22,23,25 129:1,6
  129:8,9
pdfs  128:23 129:14
pennsylvania  2:16
people  5:18 16:20
  21:3
perceived  65:24
percent  44:21
percentage  52:6
perez  9:5 21:6 26:25
  27:6,23 28:11

perfect  81:4
performed  89:19
period  11:24 30:1,11
  30:14,17,21,23 54:12
  54:17,21 56:14
periods  56:22
permission  75:19
permissions  75:16,18
person  9:3 21:7 27:9
  50:6 92:14
personal  104:23,25
  141:12
personally  40:20
  51:24 150:7
pertaining  51:19
pertains  78:25
  122:10
phenomenon  33:20
phone  92:12,14
  134:10
phones  133:23,25
phrase  72:18 86:8
phrased  101:19
phrases  41:23,23
physical  32:12 73:18
  74:5,25 75:1 76:8,8
  103:13
physically  20:23 75:3
  75:4 76:11 83:24
pick  66:21
picked  53:18 56:14
  57:1 68:8
picks  77:10
picture  51:8,18 53:10
  129:3,7
pictures  51:23 61:20
  61:21 129:13,15
piece  22:10 113:12
pieces  115:19 134:5
place  41:14 58:22
  65:8 68:25 89:2
  99:14 103:10
placed  144:6,10
plaintiff  1:6 2:13
  40:4,12

plaintiffs  40:12
plan  41:6 117:16
planned  8:12
planning  8:12 41:1,2
  41:4
platform  135:3
play  28:7 65:23
played  67:7
please  103:15 121:7
  139:11 148:9
plugged  89:7
plural  40:12
point  8:4 15:7 19:2
  23:4,7 30:8 40:15
  41:10 42:5 43:11,15
  51:6 52:4 53:6 54:11
  54:18 69:9 82:12
  121:1,4 130:14
pointed  46:14
points  31:9 76:6
  136:25 137:1
policy  11:20
poor  139:12
populated  110:10
  117:16
populates  80:10
portable  16:15
  104:21,22,23 105:1,2
portion  40:21 69:6,7
  73:25 74:3
positions  29:13
positive  42:2
positives  61:10
possible  48:23 50:13
  80:24 110:21 137:17
possibly  145:8
potentially  135:16
powerpoint  18:7
  20:16 129:16,17,19
powerpoints  107:16
ppt  48:5 129:19
pptx  129:20
practice  42:17
practices  25:7

precedes 67:17
precise 113:25
precisely 128:13
preconceived 86:7
predates 113:11
predicate 14:7
pregnant 149:8
preliminaries 4:9
premarked 6:21 7:7
preparation 8:6
prepare 7:22 47:2
 49:1
prepared 85:6
presence 16:9
present 2:19 73:4
presentation 20:16
presented 23:15
 69:20 120:22
presents 36:9
preserve 30:17,18
preserving 21:17
pretty 21:12 25:17
 45:2 105:6
previous 65:20 78:25
 86:22
previously 53:16
primarily 31:22
printed 63:2
prior 5:22 37:7 41:3
 46:1
private 141:11,15
privileged 141:5
probably 61:9 68:9
 107:15 108:21 145:4
 145:6
problem 74:12
procaps 1:5 3:13,14
 4:24 6:7,10 7:9,13
 8:10 13:17 14:5
 17:18 20:2 25:4,6,9
 28:16,16 29:5,14,21
 30:6 45:17,23,24
 51:6 53:5 54:14 55:7
 58:2 60:8 61:4 91:21
 91:22 98:18 101:15

116:4,19 117:3
125:13 130:11
131:13,16 136:16
141:16 147:6
procapsgroup.com....
 108:6
proceed 5:5 102:11
process 4:19 41:24
 42:23 43:1 69:19,21
 86:15 89:15 94:7
processed 85:21
processes 41:16
 146:9,13 147:10,14
processing 20:15
produced 45:11
 85:22 91:10,20 95:14
 116:4,8,11,20 117:3
 117:5,22 118:3
 143:15 148:21
product 83:5,9,10
 141:8
production 91:17,19
 92:5,24 95:17 130:9
professional 1:20
 151:6,22,23
profile 75:24
profiling 75:20
programs 20:10
projects 63:8 79:18
prove 119:25 120:4
provide 39:24 49:17
 51:14 58:14
provided 6:22 22:21
 27:11 28:16,21 29:15
 47:4 85:17 95:10,12
 109:13 130:12,18,21
 132:12,13
pst 16:1,2,3,3,4,9
 31:12 93:13,15,17,18
 93:21,22 94:4,5,5,9
 94:10,17 95:23 96:16
 97:2,22 104:2,14,15
 104:17,21 105:13,16
 105:20 106:4,5,9,11
 106:15,17,20 108:23

109:10,11 127:22
 128:2,9,12 145:13,18
 145:19,20,22,25
 146:3
psts 94:18,19 104:12
public 1:21
pull 32:7,9 122:22
pulled 32:13 34:22
 34:24 35:3 37:11
 124:14
pulling 37:9
purely 35:9 51:3
 52:13 82:12
purged 101:8 102:5
purported 57:21
purpose 15:3 19:21
 44:5,6 81:11
purposes 106:22
 134:25
pursuant 1:22 6:22
 27:21 34:25 45:18
put 19:6 54:24 67:6
 68:24,25 69:10 70:19
 99:17 104:6,6 118:19
 120:20 122:4
puts 67:14,22 68:12
putting 34:16 116:21

q

quantify 107:13,23
 108:20 109:1
question 14:7 29:20
 47:10 55:13 81:17
 98:3,18 99:10 101:19
 104:6 106:22 112:7
 112:12 116:12
 135:13,24 140:11
 145:17,20
questioning 119:24
questions 8:14 31:3
 41:12 103:21 121:19
 135:5 138:9 144:4
 148:24
quick 129:24 132:8

quite 24:21 42:13
 59:7 101:10

r

r 2:6
raise 137:2
raises 20:20
ran 37:8 122:24
 123:6,9
range 30:6 142:6,13
 143:5
ranges 123:19
rcahill 2:14
reach 13:24 100:15
reached 13:25 14:8
 16:5 24:3,9 82:22
reaching 13:19 14:6
reaction 49:4
reactions 46:25
read 8:15 9:16 12:1
 12:18 38:19 46:4,24
 46:25 47:6 48:10
 49:1,1 54:11 56:7
 57:7 87:22 133:4
 134:18
reading 11:18
reads 87:18
real 129:10 132:8
really 8:11 10:16,19
 11:5 16:8 43:17
 44:25 45:25 48:7
 49:10,12 50:10 51:12
 58:11 59:3 60:8 61:7
 61:24 64:10,17 68:22
 70:23 71:3,20 73:20
 74:16 82:11 89:3,14
 89:15,24 90:3 93:9
 95:18 96:21 100:1
 102:13 105:17 106:2
 107:4,9 109:4,8
 111:6,6,15 112:4
 113:13 121:4 128:3
 134:4,23 136:3,5
 138:6

realm  115:18
realtime  1:20 151:22
  151:24
reason  16:10 18:1
  68:9 81:18,25 97:4
  138:17
recall  9:3 12:20,22
  14:3,21 22:8 40:18
  40:20 90:25 91:3
  92:17 124:2 132:12
receive  13:24
received  92:24
recess  70:9 130:4
  148:13
recognize  95:18,20
recognizes  86:18,19
  86:24
recollection  18:19
record  4:3 6:20 26:2
  57:18 70:7,11 92:22
  130:2,6 132:19
  136:16 148:11,14
  149:11 151:10
records  74:18
recover  33:1 41:14
  41:17 44:6 94:2,7,25
  95:2,4,7,8
recoverable  43:18
  97:10 127:15,19,23
  128:15,18
recovered  42:8 68:18
  68:21,23 69:13,19,22
  91:18 92:4,6 94:19
  95:1,8,22 96:2,11,14
  96:15 98:7,19 123:18
  124:7 125:22 128:8
  130:16
recovery  41:13
  139:23
recycle  73:5,9 86:11
  86:11 88:5,6,7,13,17
  88:19,20,21,23 89:2
  94:11 96:16,22,23
  98:8,10,10,13,15,20
  98:22,24 99:3,6,18

100:1,3 110:10,11
  144:9,11,11
recycle.bin  98:4
recycler  73:6 88:4
recycling  87:2 88:9
redirect  3:5 134:15
refer  61:15
reference  8:20 10:2
  59:18 76:6 97:21
referenced  31:14
  42:9 137:19
references  7:2 33:16
  76:3
referencing  95:20
referred  26:15
referring  20:3 37:25
  56:19 62:9 66:5,5
  124:6,7 135:14
refined  49:16
reflect  135:25
reflected  37:15 93:16
  93:18
reflecting  73:19
reflective  65:14
reflects  71:6
regarding  8:9,9
regardless  71:21
regards  60:22 122:19
registered  1:20 151:5
  151:22
relate  140:8,13,16
related  23:8 41:5
relates  142:21
relative  151:12,14
relevant  56:14
remainder  19:15
remaining  73:24
  146:3
remember  14:23
  22:9 30:2 58:21
  84:19 92:13 103:16
  122:7 130:22 132:14
remind  57:2
removing  134:25

renaming  143:21
render  43:21 44:2
repeat  84:12 103:20
  125:10 137:1
repeated  72:16
repetition  25:19
report  10:7 21:18
  22:16 46:7 51:14
  53:7 57:17 58:5
  70:22 81:24 85:1,6
  103:17 104:9 116:3
  117:4 121:16 124:17
  126:15,16 132:13,13
  132:22 133:1,22
  151:7
reporter  1:20,21 4:8
  136:18 151:6,22,22
  151:23,23
reporter's  151:1
reports  34:25 36:1
  58:13 117:18,22
  128:1,3 131:9 139:9
  139:16
repository  17:3,17
represent  20:7 31:11
  80:24 84:11
representation  13:7
represented  141:24
representing  34:17
represents  74:2
  100:12
requested  151:9
residing  66:23
resolving  71:4
respect  9:17 11:17
  83:4 108:20
respective  45:13
respectively  45:25
responding  4:13
  138:10
response  3:14 24:16
  45:24 51:5
responsive  37:12
  42:22 53:20

result  16:4,7 34:19
  89:11
results  7:9 40:3,3
  42:13
retain  94:22
retained  65:20
retention  16:17
retrievable  45:1,5
retrieve  22:14 23:16
retrieved  73:3
return  5:10
returned  21:19
review  67:11 71:11
  81:23 135:3 151:8
revised  10:8
rid  112:3
right  4:20 6:16,17
  7:22 8:23 9:7,20
  11:13,16 12:9,18,22
  13:15 14:18,23 16:12
  17:12 18:1,7,16
  19:17 20:11,19,22
  22:9,22 23:2,4,17
  25:13,20,23 26:10
  27:5,15 28:13,19,23
  29:9,12,24 30:24
  32:15,19 35:4,8 36:2
  36:18,20 38:2,11,22
  39:7,18 40:22,24
  43:4,12 44:25 45:12
  46:18,23 47:18 48:20
  48:24 49:4,6 52:22
  53:5 55:25 56:16
  57:12 58:8,10 60:1
  60:19 62:14 63:20
  64:3,8,9 65:2,12
  66:12,25 67:5,5,5,8
  68:1 69:20 70:2,4
  71:18 72:3,16 75:16
  75:21 76:25 78:3
  79:3,11,25 80:3
  81:20,23 83:13 86:4
  87:14 88:10,25 91:21
  92:20 96:18 97:8,19
  99:1 103:3 104:7,9

[right - signature]                                                                    Page 170

104:25 105:5 106:12
106:16,24 109:16
111:21 112:17 113:8
116:17 119:5 121:16
122:3 123:5,13 125:5
125:12,17,18 128:11
130:18 133:4 134:20
135:21 136:4,19
149:1
**road** 118:6
**robert** 2:14
**role** 5:13 28:7 51:2,2
52:13 67:7 97:3
**romero** 98:17
**room** 32:22,24
**rosenthal** 2:11
**run** 30:22 36:5 69:21
72:11 78:19 80:10
94:6 123:8 124:3
147:15
**running** 131:9
144:10 146:12 147:6

**s**

**s** 3:8
**s.a.** 1:5 4:24
**s.e.** 2:12
**sake** 138:15
**sample** 38:24
**save** 12:7 15:25 16:6
16:20 52:10 53:1
139:20,21
**saved** 15:18 16:10
17:11 50:6 51:1 52:9
65:17,18,19 73:22
93:13 127:24
**saving** 16:7,17
**saw** 47:1 116:13
**saying** 13:25 23:8,21
42:13 54:2,5 56:20
86:17 88:16 90:24
99:4 102:15 103:9
111:9 118:15 119:3
145:18

**says** 24:6 28:4 39:3
48:17 54:15 59:12
68:17 75:25 99:11
114:10
**scanning** 146:12,18
**scenario** 147:16
**scenes** 146:9,13
147:9
**science** 119:4 121:2
**scope** 115:1
**scout** 2:8
**screenshot** 95:12
**seal** 150:10
**search** 43:6,7 58:18
58:25 59:3,11,15
60:12 115:24 119:13
119:15 122:21 123:2
123:7,8,9 128:25
**searched** 27:21 124:7
133:21
**searches** 30:13,22
53:20 85:17 95:10
122:24,25 123:20,24
123:25 130:19
**second** 2:12 3:11
7:24 9:10,15 10:13
15:10 18:23 20:5
22:23 23:20 24:18
41:20 42:5 45:18
48:10,24 49:8 53:25
63:12 91:5 92:25
148:8
**sector** 32:25 73:21
74:7 75:1 76:8,13,21
76:21
**sectors** 32:15,17
44:15,17,19 74:8,10
**secure** 67:10
**see** 25:14 26:3,11
32:1,4 33:13,18,22
33:22,25 34:12 36:7
36:7 38:24 44:4 46:6
53:21,24 55:1,6,21
55:23 58:20 59:11,14
59:18 62:1 68:3,14

69:3 70:4 72:18,24
73:10 76:6 77:5
80:11,13,20 82:7
83:18 89:14 90:16
91:6 92:5,10 93:2
95:6,7 96:7 98:8,14
99:11,20 100:2,9
101:9,12 102:3,9,24
104:7,11 106:7 108:8
109:25 110:3 112:1
113:10 114:4 115:5,7
117:6,23 118:8,21
120:10,14 125:14
137:10
**seeing** 22:9 116:2
**seen** 9:17,18 45:8
48:25 107:17 110:21
111:9
**sees** 67:24
**select** 81:1 88:10 89:8
89:9
**send** 18:13 21:1
94:12,13
**sending** 94:9
**sends** 86:17
**sense** 49:7 50:10 81:4
96:24
**sensitive** 122:25
123:1,2,25 124:14
**sent** 46:3,13,15 63:9
73:5 85:21 88:4,9
96:19 97:3 100:3
110:10 132:22
137:14
**sentence** 10:8 87:17
**september** 150:16
**server** 10:3,10,12,17
10:19,25 11:1,11,14
12:3,4,8 16:23 19:2,9
19:10,16 20:9,19
105:9,11 134:1
**servers** 9:15 10:3,7
11:14 13:22 19:1,5,7
19:10,11,15,21,22,25
20:6,12

**services** 5:16
**set** 20:1 78:12,13,19
78:20,22 142:8
**setec** 5:13,17 6:11
28:17 53:6 56:7,10
85:9 115:10 121:21
123:13,16,20 130:8
130:12 131:1,4,15,18
131:22 132:12
137:23 138:10,16,19
139:2,16,20,23 140:1
140:6,12,15,19 141:3
141:7,10,14,18,22
143:4,6
**setec's** 45:22 95:17
131:13
**shaking** 45:10
**shb.com** 2:3
**shed** 53:3
**sheet** 27:4 49:14
137:13
**sheets** 49:15
**shift** 88:25 94:15
**shook** 1:13 2:3
**short** 42:12 78:23,24
78:25 79:5
**shortcut** 76:5 80:4
**shortcutted** 111:14
**shorthand** 7:1
**show** 23:17 26:1 90:7
90:8,10,13 128:3
132:21 142:12
**showed** 40:3 45:14
46:7
**showing** 21:13 62:3
**shows** 61:12 64:11
70:21 120:22
**shy** 139:13,14
**side** 9:21 40:2 41:6
**siegel** 23:19 92:15,18
**signature** 71:19,19
71:20,22 72:8,11
149:14 150:14
151:20

significance  60:4
similar  31:25 36:10
  36:14 46:1 74:25
  94:11 100:8 128:24
simply  6:23 16:7
  19:1,22 27:10 51:13
  66:22 144:24
single  93:17 104:4
  105:15,17
singular  40:13
sir  40:15 105:1
sit  83:18 143:9
  148:17,22
site  10:23 21:14
  22:25 26:23 27:7
  61:19
sitting  52:5 53:3
  59:25 82:15
situation  118:20
  146:23
six  74:4
sixth  74:3
size  24:17 66:13
  73:15,16,17,17,18
  74:5 105:23 107:1
  118:23
sizes  135:25 136:1
slang  134:23
slash  96:9
small  49:22 107:6,6
  109:8
smaller  74:9 109:3
snapshot  96:5 98:2
  99:10
softgel  61:4 62:5,8
  122:10
software  35:16 36:5
  37:5 38:2,5 41:16
  50:19 67:4 71:15
  82:20 90:1,17 101:16
  101:20,25 103:5
  112:2,16 140:8,8,11
  140:13,16,21 146:7
  146:11,17,19,19
  147:5,16

softwares  146:20
somebody  22:25
  28:16
somebody's  30:16
  42:18
someone's  42:11
sorry  48:19 54:2
  100:22 147:4 148:4,6
sort  11:2 13:19 18:8
  52:12 76:18
sound  51:8,18 78:4
  142:23,24
sounds  50:5
soup  34:7 41:21
source  93:2,4 95:11
  95:18,19,25 96:6
  114:1,2 115:23 118:3
  142:19
source's  130:17
sources  123:17,22
  133:8,19,20
south  1:13 2:4
southern  1:1
space  12:8 32:2,12,22
  32:25 34:6 41:21
  53:18 79:22 86:19,25
  94:6,17 101:9 103:13
  129:14 135:21
spaces  34:16
speak  29:10
special  2:5 5:4,23
  68:4 97:2,3
specific  70:22 98:12
  98:15 101:13 108:22
  112:1
specifically  30:24
  41:14 88:5
specifics  109:4
speculative  148:23
spiral  134:2
spoke  99:1
spoken  29:7
spreadsheet  3:15,15
  3:18 17:19,19 22:15
  22:17 26:3,4,8,13

36:1,15 40:5 49:25
  51:1 59:5,6 60:25
  82:24 105:22 107:19
  124:9 126:2
spreadsheets  16:15
  20:15 38:13,18,20
  39:22 47:14,17 48:22
  49:21,22 50:17 51:11
  51:16,21 52:7,22,24
  54:16 60:3,24 83:6,8
  85:3 107:17,18
  115:15 124:8 125:23
  125:25 128:19 134:2
  134:3,4
spring  6:12
stake  42:11
stand  81:25
standard  31:23 42:17
stands  105:7
start  5:13 23:3 27:3
  34:8 40:3 50:3 55:13
  69:10 91:25 92:11
  137:6
started  4:19 26:23
  40:25
starting  74:23,24
  76:9
starts  76:21,24
state  1:21 150:3
  151:3
statement  11:21
  20:17 24:4 26:6 56:6
  137:21
states  1:1 6:3
statistical  49:13
statistically  42:1
stay  12:4 136:19
stays  11:25 12:3 94:5
stefan  6:7,9 7:20,25
  9:2,16 10:6,10 11:19
  13:9 18:17 26:2,14
  110:25 131:24
  132:18 137:13,16
stenographic  151:11

stenographically
  151:7
step  30:21 72:12
  88:16 115:21
steps  31:2 45:2
stick  114:6
storage  10:21 11:1
  22:12,13 23:10,14
  24:3,9 104:21,21
  105:7
store  12:14 24:25
  99:14
stored  10:9,18,25
  16:23,25 25:10
storer  10:17
stores  24:2,8
straight  94:17 106:3
strange  101:11,19
stream  34:9
street  2:12
structure  66:15,19
  94:22
struggling  139:12
students  32:20
style  107:21
suarez.pst  93:6
sub  69:11
subfolder  69:12
  98:11
subfolders  69:9
subject  26:15
subjected  85:17 95:9
submission  47:8
  48:11 51:6 58:10
submissions  58:21
submitted  58:1,6
subsequent  15:21
subsequently  79:4
substantive  20:13
  53:10
successful  43:2
suggest  145:3,10
suggested  10:12
  144:17

[suggesting - time]                                                      Page 172

**suggesting**  13:11
**suite**  1:14 2:4,8,12
**summarize**  24:13,22
  58:8 128:6
**summarized**  23:20
**summarizing**  45:21
  121:16
**summary**  23:22 24:1
  25:13 26:5,14,16,22
  28:14 133:20
**supplemental**  45:22
**supposed**  13:11
  29:22
**sure**  23:6 81:2 83:20
  84:7 91:13 107:25
  108:2 115:10 121:3
  123:14 132:4 136:7
  148:10
**surprised**  49:6
**surveys**  73:10
**swear**  4:8
**sworn**  4:13 150:8
**symbolic**  80:3,4
**system**  17:14,16
  24:10 31:12 33:24
  34:4 50:18 52:10
  65:6 71:12 83:1
  86:13,17 87:22 89:4
  102:5,7 113:14
  137:25 139:18
**systems**  6:2 151:24

**t**

**t**  2:14 3:1,8
**table**  31:8,8,9,14,17
  31:17,20,25 32:1
  33:8,13,14 34:11
  35:9,10,20 36:3,7
  37:4,6 38:7,23 42:8,9
  44:11,16,22 63:19
  64:1,20 65:4,17 66:3
  66:6,7,19,22 67:2
  68:12 72:21,22 73:4
  74:17,18 79:19 80:18
  86:1,16,18,24 93:16

93:19,20,22,25 97:1
  97:21 100:11 102:23
  115:3,6 120:16 148:1
**take**  9:1 20:12 22:12
  27:15,23 29:1,24
  30:19 34:15 43:15,23
  48:10 57:8 62:11,17
  62:17,19 80:8,20
  82:18 99:4 115:14,18
  117:19 118:5,6
  129:24 137:3 148:9
  148:19
**taken**  1:19 31:2
  32:23 70:9 130:4
  148:13
**takes**  68:11 73:19
  111:6
**talk**  22:22 30:24 31:6
  35:4 39:20 45:12
  57:22 63:13 87:5,5
  116:2 124:20 136:19
**talked**  14:16,25 39:9
  41:11 42:10 44:7
  46:11,19 72:25 73:15
  80:22 92:3 93:12,23
  100:8 108:17 125:9
**talking**  16:24 19:4,12
  20:14 38:15 41:5,20
  58:24,24 93:10 94:1
  123:14 130:15
  137:15 148:4
**tampa**  2:9
**tape**  70:6
**target**  80:5 88:19
  94:14 118:24
**targeted**  99:22
**team**  142:15,16
**teams**  5:17
**technical**  5:14 56:9
  56:16 107:9 131:7
**technically**  136:10
**telephone**  7:16
  139:13
**tell**  5:13 9:20 19:14
  23:22,23 30:5 50:20

52:6 58:9 60:1 75:14
  75:22 78:21 79:16
  81:14 82:15,21 83:15
  84:5 87:3 91:16
  99:24 101:2,4,5,24
  103:4 105:19,21,24
  106:25 110:14
  124:12 128:4,5,7,9
  128:13,17 138:16
  142:5 143:7
**telling**  64:12
**tells**  38:7 72:22 79:19
  80:5 98:19
**templates**  140:1
**temporal**  56:7
**temporary**  52:5,7
  53:1,9 61:21 138:20
  138:25 139:2,6,17
  140:19
**term**  43:8 50:8 58:25
  59:3,9,15 86:4 87:11
  87:18 97:20 119:13
  121:23 122:1,1,5,6
  122:11,21
**terms**  43:6 49:8
  52:10,24 58:18 59:6
  59:7,12 60:4,6,12
  66:23 82:20 121:25
  123:2 138:9
**test**  120:12
**testified**  4:14 84:13
  84:15 114:10 115:9
**testify**  144:14
**testimony**  125:16
  142:3 146:8
**texas**  6:4
**text**  43:25 50:24,24
  78:8
**thank**  4:17 56:4
  91:12 148:24 149:5
  149:10
**thing**  18:8 23:11
  42:18 45:9 52:12
  91:13 92:11 97:22
  133:4 135:12 142:2

**things**  33:5 34:14
  41:11,24 42:25 61:15
  62:13 64:16,21 71:13
  75:20,25 76:15 84:13
  90:2 99:2 100:8,13
  100:14 105:23 111:9
  123:18 131:4 134:14
  135:4 147:14
**think**  6:8 9:24 13:6
  24:6 25:16,17,18
  26:9 32:15 38:19
  39:18 40:17 42:15
  50:1,9 55:1 60:22
  63:15 70:15 75:9,13
  76:4 78:10 86:2,6
  92:9 101:10,20
  102:15 106:2 109:5
  111:14 112:13,21
  114:21 115:1,9,16
  117:10,13 118:5
  120:4,25,25 121:4
  122:18 131:5 136:10
  136:21 144:14 148:4
**thinking**  107:10
  111:25 112:6
**third**  20:5 23:20
  63:12 67:23 89:25
  114:7
**thought**  89:15 110:24
**thoughts**  90:15
**thousand**  117:20
**thousands**  49:24
  93:14 108:19,21
  109:2,8 135:16
**three**  25:14 33:25
  34:3 100:9,10 120:18
**thrown**  32:24
**thumb**  89:7 113:23
  113:24 134:4,6
**tied**  11:25
**tiff**  128:24 129:1,5,7
**tiffs**  128:24 129:12
**time**  5:6,8 8:1,13
  11:24 22:18 30:1,11
  30:14,17,21,23 35:1

[time - valuable]

Page 173

39:13 42:21 47:1
50:7 54:12,17,21,24
55:4,10,10,12,13,14
55:20,22 56:14,22
57:1 62:6 64:22,25
65:4,5,10,14,18 66:2
70:8,11 77:7 80:25
82:20 83:15,16 103:4
110:17,20,23 111:4,8
111:10,15,16,16,20
114:3 130:3,6 138:17
148:5,12,15,18 149:6
149:12
**times** 33:16,17,24
61:18 63:1 100:9
102:2,3,6,22 114:15
129:13 135:1 145:22
**timestamp** 64:19,22
64:25 65:10,16,19,22
65:23 66:1,4,8 73:2
73:11 110:12 146:22
**timestamps** 39:10,12
55:19,24 56:24 65:13
66:11 112:4 142:13
**title** 52:25 117:14,16
**titled** 96:21
**tmp** 53:2
**today** 49:2 52:5 53:3
59:25 82:15 131:2
137:15 143:9 148:17
148:22
**todd** 132:18
**told** 10:14 11:19 17:5
17:8,9 18:18 27:11
37:1 46:15,16,16,17
143:3
**tool** 97:11,11
**tools** 31:22 96:11
**top** 48:18 62:1 69:17
106:4,5 133:3 137:7
**topic** 46:2
**tory** 132:4,5
**total** 47:13,16
**touch** 79:20 146:13

**touched** 145:8
146:10
**track** 25:6 35:12
44:17 66:20 93:20
**tracked** 25:3
**tracking** 22:15,17
**traffic** 11:8
**trail** 119:24
**training** 8:4
**transcript** 9:17,18
12:1 54:8 151:9,10
**transferred** 19:14
**transform** 112:3
**translated** 72:4
**transmittal** 137:13
**transmittals** 7:8
**tree** 36:11
**trick** 24:13
**tried** 60:12
**tries** 71:9,10
**trip** 21:12
**troublesome** 62:2
**true** 17:23 18:2 52:4
57:15 60:10 92:16
120:2 151:10
**try** 42:2 43:14 50:15
81:21 85:13 86:8
94:7 136:25 139:20
148:19
**trying** 24:13,21
27:12 34:4,6 101:24
116:6 118:19 119:5
120:4,5 121:5 124:11
124:13
**turn** 83:13,16 121:20
137:12
**two** 9:9,14 21:4 41:24
46:24 61:14 68:23
90:11 118:16 127:13
129:11 134:14,24
135:4 142:20 145:20
149:8
**type** 5:20 20:16 37:8
37:10,13 42:18 43:1
44:5 53:9 71:2,3,9

85:15 89:17 122:5
123:19 129:1,3
141:25
**types** 8:13 16:13 19:5
19:5,13,13,19 20:14
41:23 49:16,18 51:9
51:20 52:25 58:13
61:16 82:2 84:16
140:20
**typical** 90:4
**typically** 20:8 65:18
69:20 102:8 104:16
105:1 113:10 124:21

**u**

**uh** 32:17 108:7 116:5
116:16,22
**ultimately** 120:4
**ultramini** 79:20
**unallocated** 34:5,6
41:21
**unavailable** 59:2
**unclear** 142:2
**uncover** 85:9,12
**undersigned** 150:6
**understand** 6:19 7:3
24:18 36:22 45:7
55:13 56:4 135:23
**understanding** 11:18
13:16 15:4,11,14
17:4,8,18,22 18:11
18:15 19:18,20 24:11
131:16 143:10
**understood** 23:21
142:5 144:14
**undertake** 42:12
81:20
**undertook** 60:6
**unique** 61:8 63:4
78:16 79:7
**unit** 4:5
**united** 1:1 6:3
**universally** 113:15
**university** 6:4

**unrecoverable** 45:23
59:13,21 121:22
123:10 125:14
126:20 129:18
**untitled** 93:6 94:23
**unusual** 82:4
**update** 64:21 79:18
111:11 112:4
**updated** 64:25 66:7,8
132:13 133:1
**updates** 140:9 146:22
**updating** 110:22
**usable** 86:25
**usb** 89:7 134:7
**use** 10:22 12:11
20:10 26:10,16 32:21
39:11 50:8 81:9 84:6
86:8 87:10,12,24
96:24 101:20 103:5
**useful** 42:14
**user** 31:15 34:2
47:12,21,22 49:18,20
50:4,9,14,14 51:7
64:23 67:24 68:3
69:2 75:20 86:10,17
87:5,7,9,19,25 88:2,2
88:23 89:14,23 90:4
90:6 96:17,18 97:10
97:12,13 98:12,12,15
98:23 99:17,22
101:16,21,21 102:8
102:13,21 103:1,12
104:15,16,19 138:1,8
138:10,12,16 140:16
143:20,21 145:23
146:2,11 147:2,18,22
**user's** 138:17
**users** 20:9
**usually** 13:24 41:25
65:10 71:5 129:8,12

**v**

**valid** 42:4
**valuable** 49:17

**value** 78:12,13,14 102:17 118:10,12,18 120:2 135:9
**values** 78:20 80:11 135:7
**vanna** 84:4
**various** 10:25 11:8 11:10 22:2 27:6
**veritext** 2:20
**veronica** 9:5 21:6,7
**verse** 4:24
**version** 34:1 102:25
**versions** 33:23 78:25 102:5,24
**versus** 10:3 19:2 59:1 73:21 138:8
**video** 4:5 51:8,18
**videographer** 2:20 4:3 70:3,7,10 130:2,5 148:11,14 149:11
**videotaped** 1:18
**views** 45:13 46:7
**voice** 139:11
**vs** 1:7

**w**

**w** 2:8
**wait** 45:19
**waived** 149:15
**wake** 34:20
**walk** 31:1 52:16 62:21 63:3
**walked** 41:15
**walking** 13:15
**want** 17:7 25:14 26:1 36:22 45:19,20,20 49:12,16 52:17 54:3 63:13 75:22 76:15 81:5 83:18 84:5,13 88:1 100:21 101:11 101:12,22 102:13 109:4 111:13 115:10 122:4 148:7
**wanted** 15:16 18:11 39:8 56:21 75:24

**warning** 129:22
**washington** 2:17
**way** 10:8,15 13:21 15:25 18:14 29:17 30:17 31:5 32:20 36:9 46:23 47:19 49:11 50:2 52:3 60:1 63:2,22 66:25 67:13 71:15,16 76:2 78:8 85:25 94:3 95:2 96:24 101:18 107:24 108:18,20 109:9 118:16 119:25 120:3 124:2,23 131:14 136:20
**ways** 43:14 73:18 75:1 86:14 87:3 88:2 89:3,21,22,25 90:4,5
**we've** 9:16 12:1 16:23 19:4,12 80:21 85:2 93:8,23 94:23 111:9 114:22 137:15
**website** 61:23 122:11 122:14,19
**wednesday** 1:15
**week** 6:23 46:3 132:25
**went** 4:19 21:3 22:14 27:24 60:11 109:23
**whichever** 111:17
**white** 84:4 94:6,17
**wholesale** 30:16 88:21
**wife** 149:8,8
**window** 55:4
**windows** 33:24 63:22 75:20,22 79:1 89:4 89:24 139:18 144:10
**wipe** 90:1
**wiping** 90:17 112:2 112:15
**witness** 4:8,12 91:8 91:11 104:24 105:4

92:21 112:22 134:13 135:4

117:9,14 121:9,13 127:4,7 132:10 147:7 149:10 150:10
**woman** 9:4
**word** 10:22 12:11 16:14,22,25 17:23 20:14,15 26:10 31:11 32:15,16 42:3,4,5 43:4,7,19,22,24,25 44:2 47:25 49:14 55:6 59:13,22 60:7 61:3,9,12,13,14,18 62:2 64:14 70:15,16 81:10 82:23 86:8 96:25 107:15 119:17 119:22 122:9,10,13 122:14,23 123:4,11 123:24,25 124:10,13 124:15,15,20 125:2,4 125:12,13,21 126:1,3 126:14 134:17,20
**words** 26:19 38:23 60:12,13 62:3 68:4 72:5 80:7 93:4 95:25 109:24 113:16 118:15,19 122:4,4 123:14
**work** 5:21,25,25 6:1 12:12 13:22 15:21 18:5 22:11 34:18 44:10 59:23 60:6 62:20 81:8,8,9 83:3,9 83:10,11,19 91:7,9 130:25 131:7 141:8
**worked** 6:8,9 13:17 22:25
**working** 5:18 23:5
**works** 30:18 50:20 67:13
**workstation** 19:9
**worry** 121:11
**worth** 107:14 118:5
**written** 23:11 30:9 39:11,17 57:3 65:16 65:22 109:25 110:19

113:1,6,10 144:20
**wrong** 38:20,23 58:10 60:2
**wrote** 137:16

**x**

**x** 3:1,8 23:8
**xls** 48:2 126:24 127:7 127:12
**xlsx** 48:2 126:24 127:7,12

**y**

**yeah** 10:2 22:22 24:8 24:20 63:14 72:10 73:17 77:19,20 92:1 92:19 99:21 102:2 105:22 106:18 111:3 112:7,19 113:24 114:12,12,23 115:14 127:7,8 128:23,24 129:12 147:13,20
**year** 41:3 90:22
**yvonne** 98:17

**z**

**zero** 75:9 76:7,21 78:9
**zip** 64:18

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2014.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.