UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

PROCAPS S.A.,                                              CASE NO: 1:12-cv-24356-JG

       Plaintiff,

v.

PATHEON INC.,

       Defendant.
_____/

## MEDIATION REPORT

Pursuant to Local Rule 16.2(f), the undersigned submits this Mediation Report.

1. An in-person mediation occurred on August 11, 2015.

2. All required parties were present.

3. The parties were unable to reach a settlement.

                                        /s/ John M. Barkett_____
                                        John M. Barkett, Esq.

## CERTIFICATE OF SERVICE

    I hereby certify that on this 11th day of August 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to counsel of record.

                                        /s/ John M. Barkett___