# EXHIBIT A

# *Judgment Lien Certificate*

I certify the attached is a true and correct copy of the JUDGMENT LIEN CERTIFICATE, filed on September 01, 2017 reflecting PROCAPS S.A. as the judgment debtor(s), as shown by the records of this office.

The document number of this lien is J17000513764.

Authentication Code: 170901133517#1J17000513764



Given under my hand and the
Great Seal of the State of Florida
at Tallahassee, the Capital, this the
First day of September, 2017

*Ken Detzner*
Ken Detzner
Secretary of State

# ELECTRONIC JUDGMENT LIEN CERTIFICATE

FOR PURPOSES OF FILING A JUDGMENT LIEN, THE FOLLOWING INFORMATION IS SUBMITTED IN ACCORDANCE WITH s. 55.203, F.S..

**JUDGMENT DEBTOR (DEFENDANT) NAME(S) AS SHOWN ON JUDGMENT LIEN:**

PROCAPS S.A.
CALLE 80 NO 78B - 201
BARRANQUILLA, NA. COLUMBIA
FEI#:   -            DOS DOCUMENT#: NA

## J17000513764
**FILED**
**Sep 01, 2017 12:56 P.M.**
**Secretary of State**
MHCAIN

**JUDGMENT CREDITOR (PLAINTIFF) NAME AS SHOWN ON JUDGMENT LIEN OR CURRENT OWNER OF JUDGMENT IF ASSIGNED:**

PATHEON INC.
140 KENDRICK STREET
BUILDING C, SUITE 301
NEEDHAM, MA  02492
DOS DOCUMENT#: NA

NAME AND ADDRESS TO WHOM ACKNOWLEDGMENT/CERTIFICATION IS TO BE MAILED:

JUSTIN B. ELEGANT, ESQ.
JELEGANT@BERGERSINGERMAN.COM

AMOUNT DUE ON MONEY JUDGMENT: 18,494,846.00
APPLICABLE INTEREST RATE: 5.17%
NAME OF COURT: USDC, SOUTHERN DISTRICT OF FL
CASE NUMBER: 12-24356-CIV-GOODMAN
DATE OF ENTRY: 08/17/17
WAS A WRIT OF EXECUTION DOCKETED ON THIS JUDGMENT LIEN WITH ANY SHERIFF PRIOR TO OCTOBER 1, 2001?
    ( ) YES  (IF YES, A "CREDITOR AFFIDAVIT CERTIFICATION" FORM MUST BE ATTACHED TO THIS CERTIFICATE.)
    (X) NO

**UNDER PENALTY OF PERJURY, I hereby certify that: (1)  The judgment above described has become final and there is no stay of the judgment or its enforcement in effect; (2)  All of the information set forth above is true, correct, current and complete; (3)  I have not previously filed a Judgment Lien Certificate regarding the above judgment with the Department of State; and, (4)  I have complied with all applicable laws in submitting this Electronic Judgment Lien Certificate for filing.**

Electronic Signature of Creditor or Authorized Representative: /S/ JUSTIN B. ELEGANT