# EXHIBIT E

Case 1:12-cv-24356-JG Document 1396-5 Entered on FLSD Docket 12/26/2017 Page 2 of 2
Case 1:12-cv-24356-JG Document 1174 Entered on FLSD Docket 09/01/2017 Page 1 of 1
DC 1 (Rev 01/02) Writ of Execution

# WRIT OF EXECUTION

**12-cv-24356-JG**

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

**TO THE MARSHAL OF:** Southern District of Florida

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME:** Procaps S.A.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| $18,494,846.00 | and |

in the United States District Court for the **Southern** District of **Florida**, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Procaps S.A. pursuant to Final Money Judgment (For Fees and Costs) [Doc. 1167] entered on August 17, 2017 in case styled Procaps S.A. v. Patheon Inc., Case No. 12-24356-CIV-GOODMAN [Consent Case]

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | James Lawrence King Federal Justice Building | DISTRICT | Southern District of Florida |
|---|---|---|---|
| CITY | Miami | DATE | September 1, 2017 |

Witness the Honorable **United States Magistrate Judge Jonathan Goodman**
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
| Sep 1, 2017 | Steven M. Larimore |
|  | (BY) DEPUTY CLERK |
|  | s/ Maria Cruz |

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: *Maria Cruz*
Deputy Clerk
Date: **Sep 1, 2017**

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|