# EXHIBIT F

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

[CONSENT CASE]

|  |  |  |
|---|---|---|
| PROCAPS S.A., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:12-cv-24356-JG |
| PATHEON INC., | ) ) ) | |
| Defendant. | ) ) | |

**AFFIDAVIT IN SUPPORT OF
DEFENDANT'S MOTION FOR PROCEEDINGS SUPPLEMENTARY
TO COMPEL ASSIGNMENTS OF INTELLECTUAL PROPERTY**

**BEFORE ME**, the undersigned authority, personally appeared Michael J. Klisch, Esq. who, after being duly sworn deposes and states:

1. I am one of the attorneys representing Defendant/Judgment Creditor Patheon Inc. ("Patheon") in this case and have personal knowledge of the information contained in this Affidavit.

2. On August 17, 2017, this Court entered a Final Judgment (the "Final Judgment") in favor of Patheon and against Plaintiff Procaps S.A. ("Procaps") in the amount of $18,494,846.00. DE 1167.

3. A Judgment Lien Certificate was filed with the Florida Secretary of State on September 1, 2017, perfecting Patheon's lien on all personal property of Procaps in Florida.

4. A Writ of Execution was issued and served on Procaps (DE 1174) and remains valid, entirely unsatisfied, and outstanding.

1

5. Included within Procaps' assets are certain patents of which Procaps is the assignee: (i) Patent No. U.S. 9,433,584 issued on September 6, 2016 (the '584 Patent); (ii) Patent No. U.S. 8,739,698 B2 issued on June 3, 2014 (the '698 Patent); and (iii) Patent No. U.S. 9,675,522 B2 issued on June 13, 2017 (the '522 Patent). In addition, Procaps has identified several other patents and assets it owns in response to Patheon's interrogatories herein regarding intellectual property as "Highly Confidential" information under the *Stipulated Order for the Protection of Confidential and Highly Confidential Information.* DE 86.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
Michael J. Klisch, Esq.

STATE OF _District of Columbia_ )
                                ) SS:
COUNTY OF _____       )

**SWORN TO AND SUBSCRIBED** before me, this _26th_ day of _December_, 2017, by Michael J. Klisch, Esq., who is personally known to me or has produced _driver's licence_ as identification.



By: _____
Notary Public, State of _District of Columbia_
Commission No.

My commission expires: _10-31-2019_

SHARON S. CARLOS
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 31, 2019

8222798-4