## Chart of Writs of Garnishment
### PRO CAPS S.A. v. PANTHEON INC.

| Garnishee | Answer | Creditor Reply |
|---|---|---|
| 1. Big River Investment Corp. | [D.E. 1286] | [D.E. 1345] |
| 2. Champion Performance Products, Inc. | [D.E. 1278] | [D.E. 1350] |
| 3. Direct Resources, Inc. | [D.E. 1287] | [D.E. 1349] |
| 4. Fundacion Procaps Inc. | [D.E. 1288] | [D.E. 1346] |
| 5. Health Asure, Inc. | [D.E. 1289] | [D.E. 1348] |
| 6. Iceland Health, Inc. | [D.E. 1276] | [D.E. 1361] |
| 7. Iceland Health, LLC | [D.E. 1277] | [D.E. 1355] |
| 8. M.G. Adhesives, Inc. | [D.E. 1290] | [D.E. 1344] |
| 9. M.R.S.J. Inc. | [D.E. 1291] | [D.E. 1343] |
| 10. Nature's Products, Inc. | [D.E. 1280] | [D.E. 1359] |
| 11. Nature's Products Real Estate Holding Company, LLC | [D.E. 1297] | [D.E. 1354] |
| 12. Nutri-Health Direct Real Estate Holding Company, LLC | [D.E. 1299] | [D.E. 1352] |
| 13. Originates, Inc. | [D.E. 1282] | [D.E. 1360] |
| 14. Rainbow Light Nutritional Systems, Inc. | [D.E. 1283] | [D.E. 1356] |
| 15. Rainbow Light Real Estate Holding Company, LLC | [D.E. 1298] | [D.E. 1353] |
| 16. RJR Products Group, Ltd. | [D.E. 1292] | [D.E. 1342] |
| 17. Scapolite of Florida, Inc. | [D.E. 1293] | [D.E. 1340] |
| 18. Shumode, Inc. | [D.E. 1294] | [D.E. 1339] |
| 19. Sofgen Pharmaceuticals LLC | [D.E. 1281] | [D.E. 1357] |
| 20. Suncoast Laboratories, Inc. | [D.E. 1295] | [D.E. 1341] |
| 21. Wellnext Direct, LLC | [D.E. 1300] | [D.E. 1351] |

EXHIBIT B

| Garnishee | | Answer | Creditor Reply |
|---|---|---|---|
| 22. | Wellnext LLC | [D.E. 1279] | [D.E. 1358] |
| 23. | Western Vitamins and Health Products, Inc. | [D.E. 1296] | [D.E. 1347] |
| 24. | Micuica Management LLC | [D.E. 1307] | [D.E. 1369] |
| 25. | Pacific Holdco, Inc.; | [D.E. 1309] | [D.E. 1371] |
| 26. | Pharmainvest, Inc.; | [D.E. 1306] | [D.E. 1368] |
| 27. | Teamwork Agency, LLC. | [D.E. 1308] | [D.E. 1370] |
| 28. | Balouarte, Inc. | [D.E. 1321] | [D.E. 1378] |
| 29. | Pame Holdings, LLC | [D.E. 1327] | [D.E. 1379] |
| 30. | Health Products Holdings LLC | [D.E. 1335] | N/A |
| 31. | Lake Point Investments of NC, LLC | [D.E. 1367] | [D.E. 1388] |
| 32. | Access International Services, Corp. | N/A | N/A |
| 33. | Severe Paintball L.C. | [D.E. 1380] | [D.E. 1398] |
| 34. | Jose Minski | [D.E. 1381] | [D.E. 1397] |
| 35. | Joel Minski | [D.E. 1389] | [D.E. 1406] |
| 36. | Jack Minski | [D.E. 1387] | [D.E. 1405] |
| 37. | Meyer Minski | [D.E. 1414] | N/A |
| 38. | JPMorgan Chase Bank, N.A. | [D.E. 1376] | N/A |