-----Original Message-----
From: Justin B. Elegant [mailto:JElegant@bergersingerman.com]
Sent: Thursday, January 04, 2018 9:20 AM
To: Spencer Silverglate
Cc: Gavin Gaukroger
Subject: RE: Procaps

Spencer, our forthcoming filings at issue are:

. Motion To File Under Seal Patheon's Motion For Proceedings Supplementary And To Implead Sofgen Pharmaceuticals LLC

. Patheon's Motion For Proceedings Supplementary And To Implead Sofgen Pharmaceuticals LLC

I expect that both of the above motions will be opposed by Procaps.

Unless you respond otherwise by 4.30 pm today, we will proceed accordingly with the filings.

Many thanks,

JBE


Justin B. Elegant
Berger Singerman
1450 Brickell Avenue | Suite 1900
Miami, FL  33131
Telephone:  (305)755-9500
Fax:  (305)714-4340
Direct Line:  (305)982-4069
E-mail:  JElegant@bergersingerman.com

This transmission is intended to be delivered only to the named addressee(s) and may contain information that is confidential, proprietary, attorney work-product or attorney-client privileged. If this information is received by anyone other than the named and intended addressee(s), the recipient should immediately notify the sender by E-MAIL and by telephone at the phone number of the sender listed on the email and obtain instructions as to the disposal of the transmitted material. In no event shall this material be read, used, copied, reproduced, stored or retained by anyone other than the named addressee(s), except with the express consent of the sender or the named addressee(s). Thank you.
****************************************************************************************
***************************************************************

-----Original Message-----
From: Spencer Silverglate [mailto:ssi...]
Sent: Wednesday, January 03, 2018 8:58...
To: Justin B. Elegant


EXHIBIT C

Subject: Procaps

Justin,

I got your voicemail.  I am in court tomorrow morning but hope to be available in the afternoon or Friday at the latest.  Please send me an email describing the issues on which you wish to confer so I can be prepared to have a meaningful conversation.

Thanks,
Spencer

Sent from Spencer's iPhone